**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and** | § | |
| **Key Patent Innovations Ltd.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 7:25-cv-00222** |
| | § | |
| **MARA Holdings, Inc. (f/k/a Marathon** | § | **JURY TRIAL DEMANDED** |
| **Digital Holdings, Inc.)** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. in the above-captioned action, states that Malikie Innovations Ltd. is a wholly-owned subsidiary of Key Patent Innovations Ltd. and no publicly held corporation owns 10% or more of its stock. Key Patent Innovations Ltd. is a wholly-owned subsidiary of New PP Licensing LLC, and no publicly held corporation owns 10% or more of Key Patent Innovations Ltd.'s stock.

1

Dated:  May 12, 2025

*Of Counsel*:

Mark D. Siegmund, TX Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

Respectfully submitted,

*/s/ Mark D. Siegmund*
Khue V. Hoang
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem
**Reichman Jorgensen**
   **Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*