IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:25-CV-00222-DC-DTG |
| **MARA HOLDINGS, INC.,** | § § § | |
| *Defendant,* | § | |

### ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (ECF NO. 15)

Defendant MARA Holdings, Inc. filed its first unopposed motion for extension of time to respond to Plaintiff Malikie Innovations Ltd.'s complaint (ECF No. 15). The defendant seeks a forty-five (45) day extension of the deadline to respond to the complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that Defendant MARA Holdings shall respond to the plaintiff's complaint **on or before July 21, 2025**.

**SIGNED** this 28th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE