# Exhibit 10

**Exhibit 10: U.S. Patent No. 8,666,062**

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of performing a finite field operation on elements of a finite field, the method comprising a processor: | MARA Holdings, Inc. (hereinafter "MARA") performs a method for finite field operation on elements of a finite field during the transfer of Bitcoin to an address, which is a cryptographic operation, using a processor. *See*, *e.g.*:<br><br>"Marathon is a digital asset technology company that is principally engaged in producing or **'mining' digital assets with a focus on the Bitcoin ecosystem** … **The term 'Bitcoin' with a capital 'B' is used to denote the Bitcoin protocol** which implements a highly available, public, permanent, and decentralized ledger." (Emphasis added)<br><br> *See*, *e.g.*, MARA Holdings, Inc., Annual report pursuant to Section 13 and 15(d), (Form 10-K/A), at F-9, filed May 24, 2024, available at https://ir.mara.com/sec-filings/all-sec-filings/content/0001628280-24-025261/mara-20231231.htm.<br><br>"The Bitcoin protocol is the technology that enables Bitcoin to function as a decentralized, peer-to-peer payment network. This open-source software, which sets the rules and processes that govern the Bitcoin network, is maintained and improved by a community of developers around the world known as Bitcoin Core developers … 'At Marathon, we have historically focused on supporting Bitcoin by adding hash rate, which helps secure the network, and now, we are supporting those who maintain **the open-source protocol on which we all depend** by contributing to Brink,' said Fred Thiel, Marathon's chairman and CEO." (Emphasis added)<br><br> *See*, *e.g.*, Marathon Holdings Collaborates with Brink To Raise Up to $1 Million To Support Bitcoin Core Developers, GlobeNewswire (May 18, 2023), available at https://www.globenewswire.com/news-release/2023/05/18/2672276/0/en/Marathon-Digital-Holdings-Collaborates-with-Brink-To-Raise-Up-to-1-Million-To-Support-Bitcoin-Core-Developers.html.<br><br>"The MaraPool wallet (Owned by the Company as Operator) is recorded on the distributed ledger as the winner of proof-of-work block rewards and assignee of all validations and, therefore, the transaction verifier of record. The pool participants entered into contracts with the Company as Operator; they did not directly enter into contracts with the network or the requester and were not |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | known verifiers of the transactions assigned to the pool…Therefore, the Company determined that it controlled the service of providing transaction verification services to the network and requester. **Accordingly, the Company recorded all of the transaction fees and block rewards earned from transactions assigned to the MaraPool as revenue, and the portion of the transaction fees and block rewards remitted to the MaraPool participants as cost of revenues**." (Emphasis added).<br><br>*See, e.g.*, MARA Holdings., Inc., Quarterly report, (Form 10-Q), at Note 4 – Revenues, filed November 12, 2024, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001507605/000162828024047148/mara-20240930.htm.<br><br>*See, e.g.*, https://mempool.space/address/15MdAHnkxt9TMC2Rj595hsg8Hnv693pPBB.<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. **Message signing from segwit addresses has been added by BIP137 … The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section." (Emphasis added)<br><br>*See, e.g.,* Message Signing, https://en.bitcoin.it/wiki/Message_signing. |

2

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | "This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe the standard for signatures of messages that can be signed and verified between different clients that exist in the field today." (Emphasis added)<br><br>*See, e.g.*, Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki.<br><br>In secp256k1, type secp256k1_fe consists of 5 or 10 machine words, depending on the machine's word size: "field_5x52.h" applies to machines with 64bit word size and "field_10x32.h" applies to machines with 32bit word size. *See, e.g.*:<br><br>```/** This field implementation represents the value as 5 uint64_t limbs in base<br> *  2^52. */<br>typedef struct {<br>    /* A field element f represents the sum(i=0..4, f.n[i] << (i*52)) mod p,<br>     * where p is the field modulus, 2^256 - 2^32 - 977.<br>     *<br>     * The individual limbs f.n[i] can exceed 2^52; the field's magnitude roughly<br>     * corresponds to how much excess is allowed. The value<br>     * sum(i=0..4, f.n[i] << (i*52)) may exceed p, unless the field element is<br>     * normalized. */<br>    uint64_t n[5];<br>    /*<br>     * Magnitude m requires:<br>     * n[i] <= 2 * m * (2^52 - 1) for i=0..3<br>     * n[4] <= 2 * m * (2^48 - 1)<br>     *<br>     * Normalized requires:<br>     * n[i] <= (2^52 - 1) for i=0..3<br>     * sum(i=0..4, n[i] << (i*52)) <= p<br>     * (together these imply n[4] <= 2^48 - 1)<br>     */<br>    SECP256K1_FE_VERIFY_FIELDS<br>} secp256k1_fe;```<br><br>*See, e.g.*, bitcoin/src/secp256k1/src/field_5x52.h |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | "The points on the elliptic curve are the pairs of finite field elements."<br>　　See, e.g., '062 pat. at col. 1, lines 50-52.<br><br>```
/** A group element in affine coordinates on the secp256k1 curve,
 * or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 * ...
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;

...

/** A group element of the secp256k1 curve, in jacobian coordinates.
 * ...
 */
typedef struct {
    secp256k1_fe x; /* actual X: x/z^2 */
    secp256k1_fe y; /* actual Y: y/z^3 */
    secp256k1_fe z;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_gej;
```<br>　　See, e.g., bitcoin/src/secp256k1/src/group.h<br><br>MARA performs the method using a processor. See, e.g.:<br><br>"Our core business is bitcoin mining, and we produce, or 'mine,' bitcoin using one of the industry's largest and most energy-efficient fleets of **specialized computers** while providing dispatchable compute as an optionality to the electric grid operators to balance electric demands on the grid." (Emphasis added) |

4

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See, e.g.*, MARA Holdings, Inc., Form 10-K/A, at 6, filed March 3, 2025, available at https://ir.mara.com/sec-filings/all-sec-filings/content/0001628280-24-025261/mara-20231231.htm. <br><br> "Over the past three years, digital asset mining operations have evolved from individual users mining with **computer processors, graphics processing units and first-generation mining rigs**. New processing power brought onto the digital asset networks is predominantly added by professionalized mining operations, which may use **proprietary hardware or sophisticated machines**." (Emphasis added) <br><br> *See, e.g.*, MARA Holdings, Inc., Form 10-K/A, at 21, filed March 3, 2025, available at https://ir.mara.com/sec-filings/all-sec-filings/content/0001628280-24-025261/mara-20231231.htm. <br><br> "As of December 31, 2024, we operated approximately 400,000 bitcoin mining **ASICs**, capable of producing 53.2 EH/s with an efficiency of 19.2 joules per terahash, which is among the most efficient in the industry." (Emphasis added) <br><br> *See, e.g.*, MARA Holdings, Inc., Form 10-K/A, at 21, filed March 3, 2025, available at https://ir.mara.com/sec-filings/all-sec-filings/content/0001628280-24-025261/mara-20231231.htm. <br><br> "Miners, which operate **specialized hardware, known as bitcoin mining rigs or application-specific integrated circuits ("ASICs")**, then compete to process these unconfirmed transactions into a 'block.'" (Emphasis added) <br><br> *See, e.g.*, MARA Holdings, Inc., Form 10-K/A, at 6, filed March 3, 2025, available at https://ir.mara.com/sec-filings/all-sec-filings/content/0001628280-24-025261/mara-20231231.htm. |
| 1[a]  obtaining a first set of instructions for performing | MARA's miners obtain a first set of instructions (e.g., for executing `secp256k1_ge_set_gej`) for performing the finite field operation on values representing the elements of the finite field. |

5

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| the finite field operation on values representing the elements of the finite field; | For example, in secp256k1, type secp256k1_fe consists of 5 or 10 machine words, depending on the machine's word size: "field_5x52.h" applies to machines with 64bit word size and "field_10x32.h" applies to machines with 32bit word size.  *See*, *e.g.*:<br><br>```
/** This field implementation represents the value as 5 uint64_t limbs in base
 * 2^52. */
typedef struct {
    /* A field element f represents the sum(i=0..4, f.n[i] << (i*52)) mod p,
     * where p is the field modulus, 2^256 - 2^32 - 977.
     *
     * The individual limbs f.n[i] can exceed 2^52; the field's magnitude roughly
     * corresponds to how much excess is allowed. The value
     * sum(i=0..4, f.n[i] << (i*52)) may exceed p, unless the field element is
     * normalized. */
    uint64_t n[5];
    /*
     * Magnitude m requires:
     * n[i] <= 2 * m * (2^52 - 1) for i=0..3
     * n[4] <= 2 * m * (2^48 - 1)
     *
     * Normalized requires:
     * n[i] <= (2^52 - 1) for i=0..3
     * sum(i=0..4, n[i] << (i*52)) <= p
     * (together these imply n[4] <= 2^48 - 1)
     */
    SECP256K1_FE_VERIFY_FIELDS
} secp256k1_fe;
```<br><br>  *See*, *e.g.*, bitcoin/src/secp256k1/src/field_5x52.h<br><br>"The points on the elliptic curve are the pairs of finite field elements."<br>  *See*, *e.g.*, '062 pat. at col. 1, lines 50-52.<br><br>```
/** A group element in affine coordinates on the secp256k1 curve,
 * or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 * ...
``` |

6

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;

...

/** A group element of the secp256k1 curve, in jacobian coordinates.
 * ...
 */
typedef struct {
    secp256k1_fe x; /* actual X: x/z^2 */
    secp256k1_fe y; /* actual Y: y/z^3 */
    secp256k1_fe z;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_gej;
```

*See, e.g.*, bitcoin/src/secp256k1/src/group.h

The result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See, e.g.*:

```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```

*See, e.g.*, bitcoin/src/secp256k1/src/ecdsa_impl.h |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See*, *e.g.*:<br><br>```/* Multiply two unsigned 64-bit values a and b and write the result to r. */```<br>```static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,```<br>```  uint64_t a, uint64_t b);```<br><br>*See*, *e.g.*, bitcoin/src/secp256k1/src/int128.h |
| **1[b]** executing the first set of instructions to generate an unreduced result completing the finite field operation; | MARA's miners execute the first set of instructions (e.g., for executing `secp256k1_ge_set_gej`) to generate an unreduced result completing the finite field operation.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See*, *e.g.*:<br><br>```static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,```<br>```  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,```<br>```  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid```<br>```) {```<br>```    ...; secp256k1_ge r; ...;```<br>```    secp256k1_ecmult_gen(ctx, &rp, nonce);```<br>```    secp256k1_ge_set_gej(&r, &rp);```<br>```    secp256k1_fe_normalize(&r.x);```<br>```    secp256k1_fe_normalize(&r.y);```<br>```    secp256k1_fe_get_b32(b, &r.x);```<br>```    secp256k1_scalar_set_b32(sigr, b, &overflow);```<br>```    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;```<br>```}```<br><br>*See*, *e.g.*, bitcoin/src/secp256k1/src/ecdsa_impl.h<br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See*, *e.g.*: |

8

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
|  | ```/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
   uint64_t a, uint64_t b);```<br><br>*See, e.g.*, bitcoin/src/secp256k1/src/int128.h |
| **1[c]** obtaining a second set of instructions for performing a modular reduction for a specific finite field; | MARA's miners obtain a second set of instructions (*e.g.*, for executing `secp256k1_fe_normalize`) for performing a modular reduction for a specific finite field.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See, e.g.*:<br><br>```static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
   secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
   const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
   ...; secp256k1_ge r; ...;
   secp256k1_ecmult_gen(ctx, &rp, nonce);
   secp256k1_ge_set_gej(&r, &rp);
   secp256k1_fe_normalize(&r.x);
   secp256k1_fe_normalize(&r.y);
   secp256k1_fe_get_b32(b, &r.x);
   secp256k1_scalar_set_b32(sigr, b, &overflow);
   ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}```<br><br>*See, e.g.*, bitcoin/src/secp256k1/src/ecdsa_impl.h<br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See, e.g.*:<br><br>```/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
   uint64_t a, uint64_t b);``` |

9

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | *See, e.g.*, bitcoin/src/secp256k1/src/int128.h<br><br>The function `secp256k1_fe_impl_normalize` ensures a field element does not exceed "field modulus, 2^256 - 2^32 - 977", per "field_5x52.h". *See, e.g.*:<br><br>```
SECP256K1_INLINE static void secp256k1_fe_normalize(secp256k1_fe *r) {
    ...; secp256k1_fe_impl_normalize(r); ...;
}
```<br>*See, e.g.*, bitcoin/src/secp256k1/src/field_impl.h<br><br>```
static void secp256k1_fe_impl_normalize(secp256k1_fe *r) {
    uint64_t t0 = r->n[0], t1 = r->n[1], t2 = r->n[2], t3 = r->n[3], t4 = r->n[4];
    /* Reduce t4 at the start so there will be at most a single carry from the first
       pass */ ...;
    /* The first pass ensures the magnitude is 1, ... */ ...;
    /* ... except for a possible carry at bit 48 of t4 (i.e. bit 256 of the field
       element) */ ...;
    /* At most a single final reduction is needed; check if the value is >= the
       field characteristic */ ...;
    /* Apply the final reduction (for constant-time behaviour, we do it always) */ ...;
    /* If t4 didn't carry to bit 48 already, then it should have after any final
       reduction */ ...;
     /* Mask off the possible multiple of 2^256 from the final reduction */ ...;
    r->n[0] = t0; r->n[1] = t1; r->n[2] = t2; r->n[3] = t3; r->n[4] = t4;
}
```<br>*See, e.g.*, bitcoin/src/secp256k1/src/field_5x52_impl.h |
| **1[d]** executing the second set of instructions on the unreduced result to generate a reduced result; and | MARA's miners execute the second set of instructions (*e.g.*, for executing `secp256k1_fe_normalize`) on the unreduced result to generate a reduced result.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing. *See, e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
``` |

10

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
```<br><br>*See, e.g.*, bitcoin/src/secp256k1/src/ecdsa_impl.h<br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See, e.g.*:<br><br>```
/* Multiply two unsigned 64-bit values a and b and write the result to r. */
static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,
  uint64_t a, uint64_t b);
```<br><br>*See, e.g.*, bitcoin/src/secp256k1/src/int128.h<br><br>The function `secp256k1_fe_impl_normalize` ensures a field element does not exceed "field modulus, 2^256 - 2^32 - 977", per "field_5x52.h". *See, e.g.*:<br><br>```
SECP256K1_INLINE static void secp256k1_fe_normalize(secp256k1_fe *r) {
    ...; secp256k1_fe_impl_normalize(r); ...;
}
```<br>*See, e.g.*, bitcoin/src/secp256k1/src/field_impl.h<br><br>```
static void secp256k1_fe_impl_normalize(secp256k1_fe *r) {
    uint64_t t0 = r->n[0], t1 = r->n[1], t2 = r->n[2], t3 = r->n[3], t4 = r->n[4];
    /* Reduce t4 at the start so there will be at most a single carry from the first
``` |

11

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | ```
              pass */ ...;
            /* The first pass ensures the magnitude is 1, ... */ ...;
            /* ... except for a possible carry at bit 48 of t4 (i.e. bit 256 of the field
               element) */ ...;
            /* At most a single final reduction is needed; check if the value is >= the
               field characteristic */ ...;
            /* Apply the final reduction (for constant-time behaviour, we do it always) */ ...;
            /* If t4 didn't carry to bit 48 already, then it should have after any final
               reduction */ ...;
             /* Mask off the possible multiple of 2^256 from the final reduction */ ...;
             r->n[0] = t0; r->n[1] = t1; r->n[2] = t2; r->n[3] = t3; r->n[4] = t4;
        }
``` *See, e.g.*, bitcoin/src/secp256k1/src/field_5x52_impl.h |
| 1[e]  providing the reduced result as an output for use in a cryptographic operation. | MARA's miners provide the reduced result as an output for use in a cryptographic operation.<br><br>For example, the result of `secp256k1_ge_set_gej` is unreduced and needs normalizing.  *See, e.g.*:<br><br>```
static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,
  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...; secp256k1_ge r; ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    secp256k1_fe_normalize(&r.y);
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    ...; if (...) { *recid = (...) | secp256k1_fe_is_odd(&r.y); } ...;
}
``` *See, e.g.*, bitcoin/src/secp256k1/src/ecdsa_impl.h<br><br>The function `secp256k1_ge_set_gej` invokes `secp256k1_fe_mul`. That function invokes `secp256k1_fe_impl_mul`. That function invokes `secp256k1_fe_mul_inner`. Function |

| Claim 1 | Exemplary Evidence of Infringement |
|---|---|
| | `secp256k1_u128_accum_mul` is then invoked for each word of above finite field element **r** (typed `secp256k1_ge`). *See*, *e.g.*: <br><br>```/* Multiply two unsigned 64-bit values a and b and write the result to r. */```<br>```static SECP256K1_INLINE void secp256k1_u128_mul(secp256k1_uint128 *r,```<br>```    uint64_t a, uint64_t b);```<br><br>*See*, *e.g.*, bitcoin/src/secp256k1/src/int128.h |