**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd.,<br><br>       Plaintiffs,<br><br>    v.<br><br>MARA Holdings, Inc. (f/ka Marathon Digital Holdings, Inc.)<br><br>       Defendant. | Case No. 7:25-cv-00222-DC-DTG |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MARA Holdings, Inc. ("MARA") states through its undersigned counsel that MARA has no parent corporation, and BlackRock, Inc. owns 10% or more of MARA's stock.

Dated:  July 28, 2025

Respectfully submitted,

**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**

<u>*/s/ Steve Wingard*</u>
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Anish R. Desai
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Eric C. Westerhold
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

*Counsel for Defendant MARA Holdings, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 28, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Steve Wingard
Steve Wingard
