UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.** § § § § § | NO: MO:25-CV-00222-DC-DTG |
| vs. | |
| **MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC.)** *Defendant* | |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on August 27, 2025 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **21st day of August, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE