IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC.)<br><br>　　　　Defendant. | CASE NO. 7:25-CV-00222-DC-DTG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively "Malikie" or "Plaintiffs") and Defendant MARA Holdings, Inc. ("MARA" or "Defendant") respectfully submit this Joint Motion for Entry of Agreed Protective Order, which is attached hereto as Exhibit 1.

1

Dated: October 14, 2025

By: */s/ Steve Wingard*
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Anish R. Desai
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Eric C. Westerhold
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

*Counsel for Defendant MARA Holdings, Inc.*

Respectfully submitted,

*/s/ Khue V. Hoang*
Khue V. Hoang
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Of Counsel*:

Mark D. Siegmund, TX Bar No. 24117055
Cherry Johnson Siegmund James, PLLC
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing Joint Motion for Entry of Agreed Protective Order via the Court's CM/ECF system on October 14, 2025.

                 */s/ Mark D. Siegmund*
                 Mark D. Siegmund