**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| Malikie Innovations Ltd. and Key Patent Innovations Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.) <br><br> Defendant. | Case No. 7:25-cv-00222-DC-DTG |

**JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND CERTAIN DEADLINES RELATED TO CLAIMS CONSTRUCTION BRIEFING AND *MARKMAN* HEARING**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs") and MARA Holdings, Inc. ("Defendant") file this Joint Motion to Amend Scheduling Order to Extend Certain Deadlines Related to Claims Construction Briefing and *Markman* Hearing.

1. On September 4, 2025, the Court entered the Scheduling Order (ECF 44) jointly proposed by Plaintiffs and Defendant (collectively, the "Parties'"). The Scheduling Order establishes, among other things, a briefing schedule for claims construction and a "placeholder" date for the *Markman* hearing of February 18, 2026.

2. Upon reconsideration of the pre-*Markman* deadlines, the Parties have jointly agreed, subject to the Court's approval, to modify these deadlines largely to avoid undue

4930-3904-9338

disruption of the holidays. A copy of the Parties' proposed Amended Scheduling Order is filed herewith as Exhibit "A".

3. The Parties' proposed amended schedule, if entered by the Court, will extend the claims construction briefing by two weeks, establish a new "placeholder" date for the *Markman* hearing of March 4, 2026, and reset the opening of fact discovery to March 5, 2026.

4. The Parties' proposed amended schedule, if entered by the Court, will not change or extend any of the remaining pretrial deadlines.

5. The Parties affirm that this is an agreed-to request to change deadlines and that both Plaintiffs and Defendant join in this request.

6. The Parties affirm that this extension does not change the date of any hearing, trial or other Court date, other than the proposed change to the *Markman* hearing date.

WHEREFOR, PREMISES CONSIDERED, Plaintiffs and Defendant jointly move for and respectfully request that the Court enter the Amended Scheduling Order attached hereto as Exhibit "A."

Dated: November 18, 2026

Respectfully Submitted,

| | |
|---|---|
| /s/ *Khue V. Hoang*<br>Khue V. Hoang<br>**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Tel: (212) 381-1965<br>khoang@reichmanjorgensen.com | /s/ *Steve Wingard*<br>Steve Wingard<br>State Bar No. 00788694<br>swingard@scottdoug.com<br>Robert P. Earle<br>State Bar No. 241245566<br>rearle@scottdoug.com<br>Stephen L. Burbank |

Matthew G. Berkowitz
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Of Counsel*:

Mark D. Siegmund, TX Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

*Attorneys for Plaintiffs
Malikie Innovations, Ltd. and
Key Patent Innovations, Ltd.*

State Bar No. 24109672
sburbank@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Anish R. Desai
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Eric C. Westerhold
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

*Attorneys for Defendant MARA Holdings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Western District of Texas on November 18, 2025.

/s/ *Steve Wingard*
Steve Wingard