# EXHIBIT R

# HANDBOOK of APPLIED CRYPTOGRAPHY

Alfred J. Menezes
Paul C. van Oorschot
Scott A. Vanstone

unpredictable to an adversary. Generating a random key typically involves the selection of random numbers or bit sequences. Random number generation presents challenging issues. A brief introduction is given here with details left to Chapter 5.

Often in cryptographic applications, one of the following steps must be performed:

(i) From a finite set of $n$ elements (e.g., $\{1, 2, \ldots, n\}$), select an element at random.

(ii) From the set of all sequences (strings) of length $m$ over some finite alphabet $\mathcal{A}$ of $n$ symbols, select a sequence at random.

(iii) Generate a random sequence (string) of symbols of length $m$ over a set of $n$ symbols.

It is not clear what exactly it means to *select at random* or *generate at random*. Calling a number random without a context makes little sense. Is the number 23 a random number? No, but if 49 identical balls labeled with a number from 1 to 49 are in a container, and this container mixes the balls uniformly, drops one ball out, and this ball happens to be labeled with the number 23, then one would say that 23 was generated randomly from a uniform distribution. The *probability* that 23 drops out is 1 in 49 or $\frac{1}{49}$.

If the number on the ball which was dropped from the container is recorded and the ball is placed back in the container and the process repeated 6 times, then a random sequence of length 6 defined on the alphabet $\mathcal{A} = \{1, 2, \ldots, 49\}$ will have been generated. What is the chance that the sequence $17, 45, 1, 7, 23, 35$ occurs? Since each element in the sequence has probability $\frac{1}{49}$ of occuring, the probability of the sequence $17, 45, 1, 7, 23, 35$ occurring is

$$\frac{1}{49} \times \frac{1}{49} \times \frac{1}{49} \times \frac{1}{49} \times \frac{1}{49} \times \frac{1}{49} = \frac{1}{13841287201}.$$

There are precisely 13841287201 sequences of length 6 over the alphabet $\mathcal{A}$. If each of these sequences is written on one of 13841287201 balls and they are placed in the container (first removing the original 49 balls) then the chance that the sequence given above drops out is the same as if it were generated one ball at a time. Hence, (ii) and (iii) above are essentially the same statements.

Finding good methods to generate random sequences is difficult.

**1.67 Example** (*random sequence generator*) To generate a random sequence of 0's and 1's, a coin could be tossed with a head landing up recorded as a 1 and a tail as a 0. It is assumed that the coin is *unbiased*, which means that the probability of a 1 on a given toss is exactly $\frac{1}{2}$. This will depend on how well the coin is made and how the toss is performed. This method would be of little value in a system where random sequences must be generated quickly and often. It has no practical value other than to serve as an example of the idea of random number generation. □

**1.68 Example** (*random sequence generator*) A *noise diode* may be used to produce random binary sequences. This is reasonable if one has some way to be convinced that the probability that a 1 will be produced on any given trial is $\frac{1}{2}$. Should this assumption be false, the sequence generated would not have been selected from a uniform distribution and so not all sequences of a given length would be equally likely. The only way to get some feeling for the reliability of this type of random source is to carry out statistical tests on its output. These are considered in Chapter 5. If the diode is a source of a uniform distribution on the set of all binary sequences of a given length, it provides an effective way to generate random sequences. □

Since most *true sources* of random sequences (if there is such a thing) come from *physical means*, they tend to be either costly or slow in their generation. To overcome these

MARA_0000498

problems, methods have been devised to construct *pseudorandom sequences* in a deterministic manner from a shorter random sequence called a *seed*. The pseudorandom sequences appear to be generated by a truly random source to anyone not knowing the method of generation. Often the generation algorithm is known to all, but the seed is unknown except by the entity generating the sequence. A plethora of algorithms has been developed to generate pseudorandom bit sequences of various types. Many of these are completely unsuitable for cryptographic purposes and one must be cautious of claims by creators of such algorithms as to the random nature of the output.

## 1.13 Classes of attacks and security models

Over the years, many different types of attacks on cryptographic primitives and protocols have been identified. The discussion here limits consideration to attacks on encryption and protocols. Attacks on other cryptographic primitives will be given in appropriate chapters.

In §1.11 the roles of an active and a passive adversary were discussed. The attacks these adversaries can mount may be classified as follows:.

1. A *passive attack* is one where the adversary only monitors the communication channel. A passive attacker only threatens confidentiality of data.
2. An *active attack* is one where the adversary attempts to delete, add, or in some other way alter the transmission on the channel. An active attacker threatens data integrity and authentication as well as confidentiality.

A passive attack can be further subdivided into more specialized attacks for deducing plaintext from ciphertext, as outlined in §1.13.1.

### 1.13.1 Attacks on encryption schemes

The objective of the following attacks is to systematically recover plaintext from ciphertext, or even more drastically, to deduce the decryption key.

1. A *ciphertext-only attack* is one where the adversary (or cryptanalyst) tries to deduce the decryption key or plaintext by only observing ciphertext. Any encryption scheme vulnerable to this type of attack is considered to be completely insecure.
2. A *known-plaintext attack* is one where the adversary has a quantity of plaintext and corresponding ciphertext. This type of attack is typically only marginally more difficult to mount.
3. A *chosen-plaintext attack* is one where the adversary chooses plaintext and is then given corresponding ciphertext. Subsequently, the adversary uses any information deduced in order to recover plaintext corresponding to previously unseen ciphertext.
4. An *adaptive chosen-plaintext attack* is a chosen-plaintext attack wherein the choice of plaintext may depend on the ciphertext received from previous requests.
5. A *chosen-ciphertext attack* is one where the adversary selects the ciphertext and is then given the corresponding plaintext. One way to mount such an attack is for the adversary to gain access to the equipment used for decryption (but not the decryption key, which may be securely embedded in the equipment). The objective is then to be able, without access to such equipment, to deduce the plaintext from (different) ciphertext.

The Euclidean algorithm can be extended so that it not only yields the greatest common divisor $d$ of two integers $a$ and $b$, but also integers $x$ and $y$ satisfying $ax + by = d$.

**2.107 Algorithm** Extended Euclidean algorithm

INPUT: two non-negative integers $a$ and $b$ with $a \geq b$.
OUTPUT: $d = \gcd(a, b)$ and integers $x$, $y$ satisfying $ax + by = d$.

1. If $b = 0$ then set $d \leftarrow a$, $x \leftarrow 1$, $y \leftarrow 0$, and return($d$,$x$,$y$).
2. Set $x_2 \leftarrow 1$, $x_1 \leftarrow 0$, $y_2 \leftarrow 0$, $y_1 \leftarrow 1$.
3. While $b > 0$ do the following:
   3.1 $q \leftarrow \lfloor a/b \rfloor$, $r \leftarrow a - qb$, $x \leftarrow x_2 - qx_1$, $y \leftarrow y_2 - qy_1$.
   3.2 $a \leftarrow b$, $b \leftarrow r$, $x_2 \leftarrow x_1$, $x_1 \leftarrow x$, $y_2 \leftarrow y_1$, and $y_1 \leftarrow y$.
4. Set $d \leftarrow a$, $x \leftarrow x_2$, $y \leftarrow y_2$, and return($d$,$x$,$y$).

**2.108 Fact** Algorithm 2.107 has a running time of $O((\lg n)^2)$ bit operations.

**2.109 Example** (*extended Euclidean algorithm*) Table 2.2 shows the steps of Algorithm 2.107 with inputs $a = 4864$ and $b = 3458$. Hence $\gcd(4864, 3458) = 38$ and $(4864)(32) + (3458)(-45) = 38$. □

| $q$ | $r$ | $x$ | $y$ | $a$ | $b$ | $x_2$ | $x_1$ | $y_2$ | $y_1$ |
|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | 4864 | 3458 | 1 | 0 | 0 | 1 |
| 1 | 1406 | 1 | −1 | 3458 | 1406 | 0 | 1 | 1 | −1 |
| 2 | 646 | −2 | 3 | 1406 | 646 | 1 | −2 | −1 | 3 |
| 2 | 114 | 5 | −7 | 646 | 114 | −2 | 5 | 3 | −7 |
| 5 | 76 | −27 | 38 | 114 | 76 | 5 | −27 | −7 | 38 |
| 1 | 38 | 32 | −45 | 76 | 38 | −27 | 32 | 38 | −45 |
| 2 | 0 | −91 | 128 | 38 | 0 | 32 | −91 | −45 | 128 |

***Table 2.2:*** *Extended Euclidean algorithm (Algorithm 2.107) with inputs $a = 4864$, $b = 3458$.*

Efficient algorithms for gcd and extended gcd computations are further studied in §14.4.

## 2.4.3 The integers modulo n

Let $n$ be a positive integer.

**2.110 Definition** If $a$ and $b$ are integers, then $a$ is said to be *congruent to $b$ modulo $n$*, written $a \equiv b \pmod{n}$, if $n$ divides $(a-b)$. The integer $n$ is called the *modulus* of the congruence.

**2.111 Example** (i) $24 \equiv 9 \pmod{5}$ since $24 - 9 = 3 \cdot 5$.
(ii) $-11 \equiv 17 \pmod{7}$ since $-11 - 17 = -4 \cdot 7$. □

**2.112 Fact** (*properties of congruences*) For all $a, a_1, b, b_1, c \in \mathbb{Z}$, the following are true.

(i) $a \equiv b \pmod{n}$ if and only if $a$ and $b$ leave the same remainder when divided by $n$.
(ii) (*reflexivity*) $a \equiv a \pmod{n}$.
(iii) (*symmetry*) If $a \equiv b \pmod{n}$ then $b \equiv a \pmod{n}$.

(iv) (*transitivity*) If $a \equiv b \pmod{n}$ and $b \equiv c \pmod{n}$, then $a \equiv c \pmod{n}$.
(v) If $a \equiv a_1 \pmod{n}$ and $b \equiv b_1 \pmod{n}$, then $a + b \equiv a_1 + b_1 \pmod{n}$ and $ab \equiv a_1 b_1 \pmod{n}$.

The *equivalence class* of an integer $a$ is the set of all integers congruent to $a$ modulo $n$. From properties (ii), (iii), and (iv) above, it can be seen that for a fixed $n$ the relation of congruence modulo $n$ partitions $\mathbb{Z}$ into equivalence classes. Now, if $a = qn + r$, where $0 \leq r < n$, then $a \equiv r \pmod{n}$. Hence each integer $a$ is congruent modulo $n$ to a unique integer between 0 and $n - 1$, called the *least residue* of $a$ modulo $n$. Thus $a$ and $r$ are in the same equivalence class, and so $r$ may simply be used to represent this equivalence class.

**2.113 Definition** The *integers modulo* $n$, denoted $\mathbb{Z}_n$, is the set of (equivalence classes of) integers $\{0, 1, 2, \ldots, n-1\}$. Addition, subtraction, and multiplication in $\mathbb{Z}_n$ are performed modulo $n$.

**2.114 Example** $\mathbb{Z}_{25} = \{0, 1, 2, \ldots, 24\}$. In $\mathbb{Z}_{25}$, $13 + 16 = 4$, since $13 + 16 = 29 \equiv 4 \pmod{25}$. Similarly, $13 \cdot 16 = 8$ in $\mathbb{Z}_{25}$. □

**2.115 Definition** Let $a \in \mathbb{Z}_n$. The *multiplicative inverse* of $a$ modulo $n$ is an integer $x \in \mathbb{Z}_n$ such that $ax \equiv 1 \pmod{n}$. If such an $x$ exists, then it is unique, and $a$ is said to be *invertible*, or a *unit*; the inverse of $a$ is denoted by $a^{-1}$.

**2.116 Definition** Let $a, b \in \mathbb{Z}_n$. *Division* of $a$ by $b$ modulo $n$ is the product of $a$ and $b^{-1}$ modulo $n$, and is only defined if $b$ is invertible modulo $n$.

**2.117 Fact** Let $a \in \mathbb{Z}_n$. Then $a$ is invertible if and only if $\gcd(a, n) = 1$.

**2.118 Example** The invertible elements in $\mathbb{Z}_9$ are 1, 2, 4, 5, 7, and 8. For example, $4^{-1} = 7$ because $4 \cdot 7 \equiv 1 \pmod{9}$. □

The following is a generalization of Fact 2.117.

**2.119 Fact** Let $d = \gcd(a, n)$. The congruence equation $ax \equiv b \pmod{n}$ has a solution $x$ if and only if $d$ divides $b$, in which case there are exactly $d$ solutions between 0 and $n - 1$; these solutions are all congruent modulo $n/d$.

**2.120 Fact** (*Chinese remainder theorem, CRT*) If the integers $n_1, n_2, \ldots, n_k$ are pairwise relatively prime, then the system of simultaneous congruences

$$\begin{aligned} x &\equiv a_1 \pmod{n_1} \\ x &\equiv a_2 \pmod{n_2} \\ &\vdots \\ x &\equiv a_k \pmod{n_k} \end{aligned}$$

has a unique solution modulo $n = n_1 n_2 \cdots n_k$.

**2.121 Algorithm** (*Gauss's algorithm*) The solution $x$ to the simultaneous congruences in the Chinese remainder theorem (Fact 2.120) may be computed as $x = \sum_{i=1}^{k} a_i N_i M_i \bmod n$, where $N_i = n/n_i$ and $M_i = N_i^{-1} \bmod n_i$. These computations can be performed in $O((\lg n)^2)$ bit operations.

**2.200 Definition** Let $V$ be a vector space over a field $F$. A *subspace* of $V$ is an additive subgroup $U$ of $V$ which is closed under scalar multiplication, i.e., $av \in U$ for all $a \in F$ and $v \in U$.

**2.201 Fact** A subspace of a vector space is also a vector space.

**2.202 Definition** Let $S = \{v_1, v_2, \ldots, v_n\}$ be a finite subset of a vector space $V$ over a field $F$.

(i) A *linear combination* of $S$ is an expression of the form $a_1v_1 + a_2v_2 + \cdots + a_nv_n$, where each $a_i \in F$.
(ii) The *span* of $S$, denoted $\langle S \rangle$, is the set of all linear combinations of $S$. The span of $S$ is a subspace of $V$.
(iii) If $U$ is a subspace of $V$, then $S$ is said to *span* $U$ if $\langle S \rangle = U$.
(iv) The set $S$ is *linearly dependent* over $F$ if there exist scalars $a_1, a_2, \ldots, a_n$, not all zero, such that $a_1v_1 + a_2v_2 + \cdots + a_nv_n = 0$. If no such scalars exist, then $S$ is *linearly independent* over $F$.
(v) A linearly independent set of vectors that spans $V$ is called a *basis* for $V$.

**2.203 Fact** Let $V$ be a vector space.

(i) If $V$ has a finite spanning set, then it has a basis.
(ii) If $V$ has a basis, then in fact all bases have the same number of elements.

**2.204 Definition** If a vector space $V$ has a basis, then the number of elements in a basis is called the *dimension* of $V$, denoted $\dim V$.

**2.205 Example** If $F$ is any field, then the $n$-fold Cartesian product $V = F \times F \times \cdots \times F$ is a vector space over $F$ of dimension $n$. The *standard basis* for $V$ is $\{e_1, e_2, \ldots, e_n\}$, where $e_i$ is a vector with a 1 in the $i^{\text{th}}$ coordinate and 0's elsewhere. □

**2.206 Definition** Let $E$ be an extension field of $F$. Then $E$ can be viewed as a vector space over the subfield $F$, where vector addition and scalar multiplication are simply the field operations of addition and multiplication in $E$. The dimension of this vector space is called the *degree* of $E$ over $F$, and denoted by $[E : F]$. If this degree is finite, then $E$ is called a *finite extension* of $F$.

**2.207 Fact** Let $F$, $E$, and $L$ be fields. If $L$ is a finite extension of $E$ and $E$ is a finite extension of $F$, then $L$ is also a finite extension of $F$ and

$$[L : F] = [L : E][E : F].$$

## 2.6 Finite fields

### 2.6.1 Basic properties

**2.208 Definition** A *finite field* is a field $F$ which contains a finite number of elements. The *order* of $F$ is the number of elements in $F$.

**2.209 Fact** (*existence and uniqueness of finite fields*)

(i) If $F$ is a finite field, then $F$ contains $p^m$ elements for some prime $p$ and integer $m \geq 1$.
(ii) For every prime power order $p^m$, there is a unique (up to isomorphism) finite field of order $p^m$. This field is denoted by $\mathbb{F}_{p^m}$, or sometimes by $GF(p^m)$.

Informally speaking, two fields are *isomorphic* if they are structurally the same, although the representation of their field elements may be different. Note that if $p$ is a prime then $\mathbb{Z}_p$ is a field, and hence every field of order $p$ is isomorphic to $\mathbb{Z}_p$. Unless otherwise stated, the finite field $\mathbb{F}_p$ will henceforth be identified with $\mathbb{Z}_p$.

**2.210 Fact** If $\mathbb{F}_q$ is a finite field of order $q = p^m$, $p$ a prime, then the characteristic of $\mathbb{F}_q$ is $p$. Moreover, $\mathbb{F}_q$ contains a copy of $\mathbb{Z}_p$ as a subfield. Hence $\mathbb{F}_q$ can be viewed as an extension field of $\mathbb{Z}_p$ of degree $m$.

**2.211 Fact** (*subfields of a finite field*) Let $\mathbb{F}_q$ be a finite field of order $q = p^m$. Then every subfield of $\mathbb{F}_q$ has order $p^n$, for some $n$ that is a positive divisor of $m$. Conversely, if $n$ is a positive divisor of $m$, then there is exactly one subfield of $\mathbb{F}_q$ of order $p^n$; an element $a \in \mathbb{F}_q$ is in the subfield $\mathbb{F}_{p^n}$ if and only if $a^{p^n} = a$.

**2.212 Definition** The non-zero elements of $\mathbb{F}_q$ form a group under multiplication called the *multiplicative group* of $\mathbb{F}_q$, denoted by $\mathbb{F}_q^*$.

**2.213 Fact** $\mathbb{F}_q^*$ is a cyclic group of order $q-1$. Hence $a^q = a$ for all $a \in \mathbb{F}_q$.

**2.214 Definition** A generator of the cyclic group $\mathbb{F}_q^*$ is called a *primitive element* or *generator* of $\mathbb{F}_q$.

**2.215 Fact** If $a, b \in \mathbb{F}_q$, a finite field of characteristic $p$, then

$$(a+b)^{p^t} = a^{p^t} + b^{p^t} \text{ for all } t \geq 0.$$

## 2.6.2 The Euclidean algorithm for polynomials

Let $\mathbb{Z}_p$ be the finite field of order $p$. The theory of greatest common divisors and the Euclidean algorithm for integers carries over in a straightforward manner to the polynomial ring $\mathbb{Z}_p[x]$ (and more generally to the polynomial ring $F[x]$, where $F$ is any field).

**2.216 Definition** Let $g(x), h(x) \in \mathbb{Z}_p[x]$, where not both are 0. Then the *greatest common divisor* of $g(x)$ and $h(x)$, denoted $\gcd(g(x), h(x))$, is the monic polynomial of greatest degree in $\mathbb{Z}_p[x]$ which divides both $g(x)$ and $h(x)$. By definition, $\gcd(0,0) = 0$.

**2.217 Fact** $\mathbb{Z}_p[x]$ is a *unique factorization domain*. That is, every non-zero polynomial $f(x) \in \mathbb{Z}_p[x]$ has a factorization

$$f(x) = af_1(x)^{e_1} f_2(x)^{e_2} \cdots f_k(x)^{e_k},$$

where the $f_i(x)$ are distinct monic irreducible polynomials in $\mathbb{Z}_p[x]$, the $e_i$ are positive integers, and $a \in \mathbb{Z}_p$. Furthermore, the factorization is unique up to rearrangement of factors.

The following is the polynomial version of the Euclidean algorithm (cf. Algorithm 2.104).

MARA_0000539

These relations yield the following six equations involving the logarithms of elements in the factor base:

$$\begin{aligned}
100 &\equiv 2\log_6 2 + 2\log_6 3 + \log_6 5 \pmod{228}\\
18 &\equiv 4\log_6 2 + \log_6 11 \pmod{228}\\
12 &\equiv \log_6 3 + \log_6 5 + \log_6 11 \pmod{228}\\
62 &\equiv \log_6 2 + \log_6 7 + \log_6 11 \pmod{228}\\
143 &\equiv \log_6 2 + 2\log_6 3 + \log_6 11 \pmod{228}\\
206 &\equiv \log_6 2 + \log_6 3 + \log_6 5 + \log_6 7 \pmod{228}.
\end{aligned}$$

3. Solving the linear system of six equations in five unknowns (the logarithms $x_i = \log_6 p_i$) yields the solutions $\log_6 2 = 21$, $\log_6 3 = 208$, $\log_6 5 = 98$, $\log_6 7 = 107$, and $\log_6 11 = 162$.
4. Suppose that the integer $k = 77$ is selected. Since $\beta \cdot \alpha^k = 13 \cdot 6^{77} \bmod 229 = 147 = 3 \cdot 7^2$, it follows that

$$\log_6 13 = (\log_6 3 + 2\log_6 7 - 77) \bmod 228 = 117.$$ □

### (ii) Index-calculus algorithm in $\mathbb{F}_{2^m}^*$

The elements of the finite field $\mathbb{F}_{2^m}$ are represented as polynomials in $\mathbb{Z}_2[x]$ of degree at most $m-1$, where multiplication is performed modulo a fixed irreducible polynomial $f(x)$ of degree $m$ in $\mathbb{Z}_2[x]$ (see §2.6). The factor base $S$ can be chosen as the set of all irreducible polynomials in $\mathbb{Z}_2[x]$ of degree at most some prescribed bound $b$. A relation (3.5) is generated by computing $\alpha^k \bmod f(x)$ and then using trial division to check whether this polynomial is a product of polynomials in $S$. Example 3.70 illustrates Algorithm 3.68 in $\mathbb{F}_{2^m}^*$ on a problem with artificially small parameters.

**3.70 Example** (*Algorithm 3.68 for logarithms in* $\mathbb{F}_{2^7}^*$) The polynomial $f(x) = x^7 + x + 1$ is irreducible over $\mathbb{Z}_2$. Hence, the elements of the finite field $\mathbb{F}_{2^7}$ of order 128 can be represented as the set of all polynomials in $\mathbb{Z}_2[x]$ of degree at most 6, where multiplication is performed modulo $f(x)$. The order of $\mathbb{F}_{2^7}^*$ is $n = 2^7 - 1 = 127$, and $\alpha = x$ is a generator of $\mathbb{F}_{2^7}^*$. Suppose $\beta = x^4 + x^3 + x^2 + x + 1$. Then $y = \log_x \beta$ can be computed as follows, using the index-calculus technique.

1. The factor base is chosen to be the set of all irreducible polynomials in $\mathbb{Z}_2[x]$ of degree at most 3: $S = \{x, x+1, x^2+x+1, x^3+x+1, x^3+x^2+1\}$.
2. The following five relations involving elements of the factor base are obtained (unsuccessful attempts are not shown):

$$\begin{aligned}
x^{18} \bmod f(x) &= x^6 + x^4 &&= x^4(x+1)^2\\
x^{105} \bmod f(x) &= x^6 + x^5 + x^4 + x &&= x(x+1)^2(x^3+x^2+1)\\
x^{72} \bmod f(x) &= x^6 + x^5 + x^3 + x^2 &&= x^2(x+1)^2(x^2+x+1)\\
x^{45} \bmod f(x) &= x^5 + x^2 + x + 1 &&= (x+1)^2(x^3+x+1)\\
x^{121} \bmod f(x) &= x^6 + x^5 + x^4 + x^3 + x^2 + x + 1 &&= (x^3+x+1)(x^3+x^2+1).
\end{aligned}$$

These relations yield the following five equations involving the logarithms of elements in the factor base (for convenience of notation, let $p_1 = \log_x x$, $p_2 = \log_x(x+$

to measure the quality of a random bit generator. Cryptographically secure pseudorandom bit generators are the topic of §5.5. §5.6 concludes with references and further chapter notes.

### 5.1.1 Background and Classification

**5.1 Definition** A *random bit generator* is a device or algorithm which outputs a sequence of statistically independent and unbiased binary digits.

**5.2 Remark** (*random bits vs. random numbers*) A random bit generator can be used to generate (uniformly distributed) random numbers. For example, a random integer in the interval $[0, n]$ can be obtained by generating a random bit sequence of length $\lfloor \lg n \rfloor + 1$, and converting it to an integer; if the resulting integer exceeds $n$, one option is to discard it and generate a new random bit sequence.

§5.2 outlines some physical sources of random bits that are used in practice. Ideally, secrets required in cryptographic algorithms and protocols should be generated with a (true) random bit generator. However, the generation of random bits is an inefficient procedure in most practical environments. Moreover, it may be impractical to securely store and transmit a large number of random bits if these are required in applications such as the one-time pad (§6.1.1). In such situations, the problem can be ameliorated by substituting a random bit generator with a pseudorandom bit generator.

**5.3 Definition** A *pseudorandom bit generator* (PRBG) is a deterministic[1] algorithm which, given a truly random binary sequence of length $k$, outputs a binary sequence of length $l \gg k$ which "appears" to be random. The input to the PRBG is called the *seed*, while the output of the PRBG is called a *pseudorandom bit sequence*.

The output of a PRBG is *not* random; in fact, the number of possible output sequences is at most a small fraction, namely $2^k/2^l$, of all possible binary sequences of length $l$. The intent is to take a small truly random sequence and expand it to a sequence of much larger length, in such a way that an adversary cannot efficiently distinguish between output sequences of the PRBG and truly random sequences of length $l$. §5.3 discusses ad-hoc techniques for pseudorandom bit generation. In order to gain confidence that such generators are secure, they should be subjected to a variety of statistical tests designed to detect the specific characteristics expected of random sequences. A collection of such tests is given in §5.4. As the following example demonstrates, passing these statistical tests is a *necessary* but not *sufficient* condition for a generator to be secure.

**5.4 Example** (*linear congruential generators*) A *linear congruential generator* produces a pseudorandom sequence of numbers $x_1, x_2, x_3, \ldots$ according to the linear recurrence

$$x_n = ax_{n-1} + b \bmod m, \quad n \geq 1;$$

integers $a$, $b$, and $m$ are *parameters* which characterize the generator, while $x_0$ is the (secret) *seed*. While such generators are commonly used for simulation purposes and probabilistic algorithms, and pass the statistical tests of §5.4, they are *predictable* and hence entirely insecure for cryptographic purposes: given a partial output sequence, the remainder of the sequence can be reconstructed even if the parameters $a$, $b$, and $m$ are unknown. □

[1] *Deterministic* here means that given the same initial seed, the generator will always produce the same output sequence.

A minimum security requirement for a pseudorandom bit generator is that the length $k$ of the random seed should be sufficiently large so that a search over $2^k$ elements (the total number of possible seeds) is infeasible for the adversary. Two general requirements are that the output sequences of a PRBG should be statistically indistinguishable from truly random sequences, and the output bits should be unpredictable to an adversary with limited computational resources; these requirements are captured in Definitions 5.5 and 5.6.

**5.5 Definition** A pseudorandom bit generator is said to pass all *polynomial-time*[2] *statistical tests* if no polynomial-time algorithm can correctly distinguish between an output sequence of the generator and a truly random sequence of the same length with probability significantly greater that $\frac{1}{2}$.

**5.6 Definition** A pseudorandom bit generator is said to pass the *next-bit test* if there is no polynomial-time algorithm which, on input of the first $l$ bits of an output sequence $s$, can predict the $(l+1)^{\text{st}}$ bit of $s$ with probability significantly greater than $\frac{1}{2}$.

Although Definition 5.5 appears to impose a more stringent security requirement on pseudorandom bit generators than Definition 5.6 does, the next result asserts that they are, in fact, equivalent.

**5.7 Fact** (*universality of the next-bit test*) A pseudorandom bit generator passes the next-bit test if and only if it passes all polynomial-time statistical tests.

**5.8 Definition** A PRBG that passes the next-bit test (possibly under some plausible but unproved mathematical assumption such as the intractability of factoring integers) is called a *cryptographically secure pseudorandom bit generator* (CSPRBG).

**5.9 Remark** (*asymptotic nature of Definitions 5.5, 5.6, and 5.8*) Each of the three definitions above are given in complexity-theoretic terms and are asymptotic in nature because the notion of "polynomial-time" is meaningful for asymptotically large inputs only; the resulting notions of security are relative in the same sense. To be more precise in Definitions 5.5, 5.6, 5.8, and Fact 5.7, a pseudorandom bit generator is actually a *family* of such PRBGs. Thus the theoretical security results for a family of PRBGs are only an indirect indication about the security of individual members.

Two cryptographically secure pseudorandom bit generators are presented in §5.5.

## 5.2 Random bit generation

A (true) random bit generator requires a naturally occurring source of randomness. Designing a hardware device or software program to exploit this randomness and produce a bit sequence that is free of biases and correlations is a difficult task. Additionally, for most cryptographic applications, the generator must not be subject to observation or manipulation by an adversary. This section surveys some potential sources of random bits.

Random bit generators based on natural sources of randomness are subject to influence by external factors, and also to malfunction. It is imperative that such devices be tested periodically, for example by using the statistical tests of §5.4.

[2] The running time of the test is bounded by a polynomial in the length $l$ of the output sequence.

never repeated more than once. One can always guarantee that $y_t \geq \lfloor \frac{b}{2} \rfloor$ by replacing the integers $x, y$ by $\lambda x, \lambda y$ for some suitable choice of $\lambda$. The quotient of $\lambda x$ divided by $\lambda y$ is the same as that of $x$ by $y$; the remainder is $\lambda$ times the remainder of $x$ divided by $y$. If the base $b$ is a power of 2 (as in many applications), then the choice of $\lambda$ should be a power of 2; multiplication by $\lambda$ is achieved by simply left-shifting the binary representations of $x$ and $y$. Multiplying by a suitable choice of $\lambda$ to ensure that $y_t \geq \lfloor \frac{b}{2} \rfloor$ is called *normalization*. Example 14.24 illustrates the procedure.

**14.24 Example** (*normalized division*) Take $x = 73418$ and $y = 267$. Normalize $x$ and $y$ by multiplying each by $\lambda = 3$: $x' = 3x = 220254$ and $y' = 3y = 801$. Table 14.6 shows the steps of Algorithm 14.20 as applied to $x'$ and $y'$. When $x'$ is divided by $y'$, the quotient is 274, and the remainder is 780. When $x$ is divided by $y$, the quotient is also 274 and the remainder is $780/3 = 260$. □

| $i$ | $q_3$ | $q_2$ | $q_1$ | $q_0$ | $x_5$ | $x_4$ | $x_3$ | $x_2$ | $x_1$ | $x_0$ |
|---|---|---|---|---|---|---|---|---|---|---|
| – | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 5 | 4 |
| 5 | 0 | 2 | 0 | 0 | | 6 | 0 | 0 | 5 | 4 |
| 4 | | 2 | 7 | 0 | | | 3 | 9 | 8 | 4 |
| 3 | | 2 | 7 | 4 | | | | 7 | 8 | 0 |

***Table 14.6:*** *Multiple-precision division after normalization (see Example 14.24).*

**14.25 Note** (*computational efficiency of Algorithm 14.20 with normalization*)

(i) *(multiplication count)* Assuming that normalization extends the number of digits in $x$ by 1, each iteration of step 3 requires $1 + (t + 2) = t + 3$ single-precision multiplications. Hence, Algorithm 14.20 with normalization requires about $(n - t)(t + 3)$ single-precision multiplications.

(ii) *(division count)* Since step 3.1 of Algorithm 14.20 is executed $n - t$ times, at most $n - t$ single-precision divisions are required when normalization is used.

# 14.3 Multiple-precision modular arithmetic

§14.2 provided methods for carrying out the basic operations (addition, subtraction, multiplication, squaring, and division) with multiple-precision integers. This section deals with these operations in $\mathbb{Z}_m$, the integers modulo $m$, where $m$ is a multiple-precision positive integer. (See §2.4.3 for definitions of $\mathbb{Z}_m$ and related operations.)

Let $m = (m_n m_{n-1} \cdots m_1 m_0)_b$ be a positive integer in radix $b$ representation. Let $x = (x_n x_{n-1} \cdots x_1 x_0)_b$ and $y = (y_n y_{n-1} \cdots y_1 y_0)_b$ be non-negative integers in base $b$ representation such that $x < m$ and $y < m$. Methods described in this section are for computing $x + y \bmod m$ (*modular addition*), $x - y \bmod m$ (*modular subtraction*), and $x \cdot y \bmod m$ (*modular multiplication*). Computing $x^{-1} \bmod m$ (*modular inversion*) is addressed in §14.4.3.

**14.26 Definition** If $z$ is any integer, then $z \bmod m$ (the integer remainder in the range $[0, m-1]$ after $z$ is divided by $m$) is called the *modular reduction* of $z$ with respect to modulus $m$.

### Modular addition and subtraction

As is the case for ordinary multiple-precision operations, addition and subtraction are the simplest to compute of the modular operations.

**14.27 Fact** Let $x$ and $y$ be non-negative integers with $x, y < m$. Then:
(i) $x + y < 2m$;
(ii) if $x \geq y$, then $0 \leq x - y < m$; and
(iii) if $x < y$, then $0 \leq x + m - y < m$.

If $x, y \in \mathbb{Z}_m$, then modular addition can be performed by using Algorithm 14.7 to add $x$ and $y$ as multiple-precision integers, with the additional step of subtracting $m$ if (and only if) $x + y \geq m$. Modular subtraction is precisely Algorithm 14.9, provided $x \geq y$.

## 14.3.1 Classical modular multiplication

Modular multiplication is more involved than multiple-precision multiplication (§14.2.3), requiring both multiple-precision multiplication and some method for performing modular reduction (Definition 14.26). The most straightforward method for performing modular reduction is to compute the remainder on division by $m$, using a multiple-precision division algorithm such as Algorithm 14.20; this is commonly referred to as the *classical algorithm* for performing modular multiplication.

**14.28 Algorithm** Classical modular multiplication

INPUT: two positive integers $x$, $y$ and a modulus $m$, all in radix $b$ representation.
OUTPUT: $x \cdot y \bmod m$.
1. Compute $x \cdot y$ (using Algorithm 14.12).
2. Compute the remainder $r$ when $x \cdot y$ is divided by $m$ (using Algorithm 14.20).
3. Return($r$).

## 14.3.2 Montgomery reduction

Montgomery reduction is a technique which allows efficient implementation of modular multiplication without explicitly carrying out the classical modular reduction step.

Let $m$ be a positive integer, and let $R$ and $T$ be integers such that $R > m$, $\gcd(m, R) = 1$, and $0 \leq T < mR$. A method is described for computing $TR^{-1} \bmod m$ without using the classical method of Algorithm 14.28. $TR^{-1} \bmod m$ is called a *Montgomery reduction* of $T$ modulo $m$ *with respect to* $R$. With a suitable choice of $R$, a Montgomery reduction can be efficiently computed.

Suppose $x$ and $y$ are integers such that $0 \leq x, y < m$. Let $\widetilde{x} = xR \bmod m$ and $\widetilde{y} = yR \bmod m$. The Montgomery reduction of $\widetilde{x}\widetilde{y}$ is $\widetilde{x}\widetilde{y}R^{-1} \bmod m = xyR \bmod m$. This observation is used in Algorithm 14.94 to provide an efficient method for modular exponentiation.

To briefly illustrate, consider computing $x^5 \bmod m$ for some integer $x$, $1 \leq x < m$. First compute $\widetilde{x} = xR \bmod m$. Then compute the Montgomery reduction of $\widetilde{x}\widetilde{x}$, which is $A = \widetilde{x}^2R^{-1} \bmod m$. The Montgomery reduction of $A^2$ is $A^2R^{-1} \bmod m = \widetilde{x}^4R^{-3} \bmod m$. Finally, the Montgomery reduction of $(A^2R^{-1} \bmod m)\widetilde{x}$ is $(A^2R^{-1})\widetilde{x}R^{-1} \bmod m = \widetilde{x}^5R^{-4} \bmod m = x^5R \bmod m$. Multiplying this value by $R^{-1} \bmod m$ and reducing

### 14.3.4 Reduction methods for moduli of special form

When the modulus has a special (customized) form, reduction techniques can be employed to allow more efficient computation. Suppose that the modulus $m$ is a $t$-digit base $b$ positive integer of the form $m = b^t - c$, where $c$ is an $l$-digit base $b$ positive integer (for some $l < t$). Algorithm 14.47 computes $x \bmod m$ for any positive integer $x$ by using only shifts, additions, and single-precision multiplications of base $b$ numbers.

**14.47 Algorithm** Reduction modulo $m = b^t - c$

INPUT: a base $b$, positive integer $x$, and a modulus $m = b^t - c$, where $c$ is an $l$-digit base $b$ integer for some $l < t$.
OUTPUT: $r = x \bmod m$.

1. $q_0 \leftarrow \lfloor x/b^t \rfloor,\ r_0 \leftarrow x - q_0 b^t,\ r \leftarrow r_0,\ i \leftarrow 0.$
2. While $q_i > 0$ do the following:
   - 2.1 $q_{i+1} \leftarrow \lfloor q_i c/b^t \rfloor,\ r_{i+1} \leftarrow q_i c - q_{i+1} b^t.$
   - 2.2 $i \leftarrow i + 1,\ r \leftarrow r + r_i.$
3. While $r \geq m$ do: $r \leftarrow r - m$.
4. Return($r$).

**14.48 Example** (*reduction modulo $b^t - c$*) Let $b = 4$, $m = 935 = (32213)_4$, and $x = 31085 = (13211231)_4$. Since $m = 4^5 - (1121)_4$, take $c = (1121)_4$. Here $t = 5$ and $l = 4$. Table 14.9 displays the quotients and remainders produced by Algorithm 14.47. At the beginning of step 3, $r = (102031)_4$. Since $r > m$, step 3 computes $r - m = (3212)_4$. □

| $i$ | $q_{i-1}c$ | $q_i$ | $r_i$ | $r$ |
|---|---|---|---|---|
| 0 | – | $(132)_4$ | $(11231)_4$ | $(11231)_4$ |
| 1 | $(221232)_4$ | $(2)_4$ | $(21232)_4$ | $(33123)_4$ |
| 2 | $(2302)_4$ | $(0)_4$ | $(2302)_4$ | $(102031)_4$ |

***Table 14.9:*** *Reduction modulo $m = b^t - c$ (see Example 14.48).*

**14.49 Fact** (*termination*) For some integer $s \geq 0$, $q_s = 0$; hence, Algorithm 14.47 terminates.

*Justification.* $q_i c = q_{i+1} b^t + r_{i+1}, i \geq 0$. Since $c < b^t$, $q_i = (q_{i+1} b^t / c) + (r_{i+1}/c) > q_{i+1}$. Since the $q_i$'s are non-negative integers which strictly decrease as $i$ increases, there is some integer $s \geq 0$ such that $q_s = 0$.

**14.50 Fact** (*correctness*) Algorithm 14.47 terminates with the correct residue modulo $m$.

*Justification.* Suppose that $s$ is the smallest index $i$ for which $q_i = 0$ (i.e., $q_s = 0$). Now, $x = q_0 b^t + r_0$ and $q_i c = q_{i+1} b^t + r_{i+1}$, $0 \leq i \leq s - 1$. Adding these equations gives $x + \left(\sum_{i=0}^{s-1} q_i\right) c = \left(\sum_{i=0}^{s-1} q_i\right) b^t + \sum_{i=0}^{s} r_i$. Since $b^t \equiv c \pmod m$, it follows that $x \equiv \sum_{i=0}^{s} r_i \pmod m$. Hence, repeated subtraction of $m$ from $r = \sum_{i=0}^{s} r_i$ gives the correct residue.