# EXHIBIT T

AMERICAN MATHEMATICAL SOCIETY
www.ams.org

Modular Multiplication Without Trial Division
Author(s): Peter L. Montgomery
Source: *Mathematics of Computation*, Vol. 44, No. 170 (Apr., 1985), pp. 519-521
Published by: American Mathematical Society
Stable URL: http://www.jstor.org/stable/2007970
Accessed: 09/02/2010 12:13

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/action/showPublisher?publisherCode=ams.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*American Mathematical Society* is collaborating with JSTOR to digitize, preserve and extend access to *Mathematics of Computation.*

STOR®
http://www.jstor.org

MATHEMATICS OF COMPUTATION
VOLUME 44, NUMBER 170
APRIL 1985, PAGES 519–521

# Modular Multiplication Without Trial Division

By Peter L. Montgomery

**Abstract.** Let $N > 1$. We present a method for multiplying two integers (called *N-residues*) modulo $N$ while avoiding division by $N$. $N$-residues are represented in a nonstandard way, so this method is useful only if several computations are done modulo one $N$. The addition and subtraction algorithms are unchanged.

**1. Description.** Some algorithms [1], [2], [4], [5] require extensive modular arithmetic. We propose a representation of residue classes so as to speed modular multiplication without affecting the modular addition and subtraction algorithms.

Other recent algorithms for modular arithmetic appear in [3], [6].

Fix $N > 1$. Define an *N-residue* to be a residue class modulo $N$. Select a radix $R$ coprime to $N$ (possibly the machine word size or a power thereof) such that $R > N$ and such that computations modulo $R$ are inexpensive to process. Let $R^{-1}$ and $N'$ be integers satisfying $0 < R^{-1} < N$ and $0 < N' < R$ and $RR^{-1} - NN' = 1$.

For $0 \leqslant i < N$, let $i$ represent the residue class containing $iR^{-1} \bmod N$. This is a complete residue system. The rationale behind this selection is our ability to quickly compute $TR^{-1} \bmod N$ from $T$ if $0 \leqslant T < RN$, as shown in Algorithm REDC:

**function** REDC($T$)
  $m \leftarrow (T \bmod R)N' \bmod R$ [so $0 \leqslant m < R$]
  $t \leftarrow (T + mN)/R$
  **if** $t \geqslant N$ **then return** $t - N$ **else return** $t$ ■

To validate REDC, observe $mN \equiv TN'N \equiv -T \bmod R$, so $t$ is an integer. Also, $tR \equiv T \bmod N$ so $t \equiv TR^{-1} \bmod N$. Thirdly, $0 \leqslant T + mN < RN + RN$, so $0 \leqslant t < 2N$.

If $R$ and $N$ are large, then $T + mN$ may exceed the largest double-precision value. One can circumvent this by adjusting $m$ so $-R < m \leqslant 0$.

Given two numbers $x$ and $y$ between 0 and $N - 1$ inclusive, let $z = \text{REDC}(xy)$. Then $z \equiv (xy)R^{-1} \bmod N$, so $(xR^{-1})(yR^{-1}) \equiv zR^{-1} \bmod N$. Also, $0 \leqslant z < N$, so $z$ is the product of $x$ and $y$ in this representation.

Other algorithms for operating on $N$-residues in this representation can be derived from the algorithms normally used. The addition algorithm is unchanged, since $xR^{-1} + yR^{-1} \equiv zR^{-1} \bmod N$ if and only if $x + y \equiv z \bmod N$. Also unchanged are

Received December 19, 1983.
1980 *Mathematics Subject Classification*. Primary 10A30; Secondary 68C05.
*Key words and phrases*. Modular arithmetic, multiplication.

©1985 American Mathematical Society
0025-5718/85 $1.00 + $.25 per page



MARA_0001275

the algorithms for subtraction, negation, equality/inequality test, multiplication by an integer, and greatest common divisor with $N$.

To convert an integer $x$ to an $N$-residue, compute $xR \bmod N$. Equivalently, compute REDC$((x \bmod N)(R^2 \bmod N))$. Constants and inputs should be converted once, at the start of an algorithm. To convert an $N$-residue to an integer, pad it with leading zeros and apply Algorithm REDC (thereby multiplying it by $R^{-1} \bmod N$).

To invert an $N$-residue, observe $(xR^{-1})^{-1} \equiv zR^{-1} \bmod N$ if and only if $z \equiv R^2x^{-1} \bmod N$. For modular division, observe $(xR^{-1})(yR^{-1})^{-1} \equiv zR^{-1} \bmod N$ if and only if $z \equiv x(\text{REDC}(y))^{-1} \bmod N$.

The Jacobi symbol algorithm needs an extra negation if $(R/N) = -1$, since $(xR^{-1}/N) = (x/N)(R/N)$.

Let $M|N$. A change of modulus from $N$ (using $R = R(N)$) to $M$ (using $R = R(M)$) proceeds normally if $R(M) = R(N)$. If $R(M) \neq R(N)$, multiply each $N$-residue by $(R(N)/R(M))^{-1} \bmod M$ during the conversion.

**2. Multiprecision Case.** If $N$ and $R$ are multiprecision, then the computations of $m$ and $mN$ within REDC involve multiprecision arithmetic. Let $b$ be the base used for multiprecision arithmetic, and assume $R = b^n$, where $n > 0$. Let $T = (T_{2n-1}T_{2n-2} \cdots T_0)_b$ satisfy $0 \leqslant T < RN$. We can compute $TR^{-1} \bmod N$ with $n$ single-precision multiplications modulo $R$, $n$ multiplications of single-precision integers by $N$, and some additions:

$c \leftarrow 0$<br>
**for** $i := 0$ **step** 1 **to** $n - 1$ **do**<br>
  $(dT_{i+n-1} \cdots T_i)_b \leftarrow (0T_{i+n-1} \cdots T_i)_b + N * (T_iN' \bmod R)$<br>
  $(cT_{i+n})_b \leftarrow c + d + T_{i+n}$<br>
  [$T$ is a multiple of $b^{i+1}$]<br>
  [$T + cb^{i+n+1}$ is congruent mod $N$ to the original $T$]<br>
  [$0 \leqslant T < (R + b^i)N$]<br>
**end for**<br>
**if** $(cT_{2n-1} \cdots T_n)_b \geqslant N$ **then**<br>
  **return** $(cT_{2n-1} \cdots T_n)_b - N$<br>
**else**<br>
  **return** $(T_{2n-1} \cdots T_n)_b$<br>
**end if**

Here variable $c$ represents a delayed carry—it will always be 0 or 1.

**3. Hardware Implementation.** This algorithm is suitable for hardware or software. A hardware implementation can use a variation of these ideas to overlap the multiplication and reduction phases. Suppose $R = 2^n$ and $N$ is odd. Let $x = (x_{n-1}x_{n-2} \cdots x_0)_2$, where each $x_i$ is 0 or 1. Let $0 \leqslant y < N$. To compute $xyR^{-1} \bmod N$, set $S_0 = 0$ and $S_{i+1}$ to $(S_i + x_iy)/2$ or $(S_i + x_iy + N)/2$, whichever is an integer, for $i = 0, 1, 2, \ldots, n - 1$. By induction, $2^iS_i \equiv (x_{i-1} \cdots x_0)y \bmod N$ and $0 \leqslant S_i < N + y < 2N$. Therefore $xyR^{-1} \bmod N$ is either $S_n$ or $S_n - N$.

System Development Corporation
2500 Colorado Avenue
Santa Monica, California 90406

1. J. M. POLLARD, "Theorems on factorization and primality testing," *Proc. Cambridge Philos. Soc.*, v. 76, 1974, pp. 521–528.

2. J. M. POLLARD, "A Monte Carlo method for factorization," *BIT*, v. 15, 1975, p. 331–334.

3. GEORGE B. PURDY, "A carry-free algorithm for finding the greatest common divisor of two integers," *Comput. Math. Appl.* v. 9, 1983, pp. 311–316.

→ R. L. RIVEST, A. SHAMIR & L. ADLEMAN, "A method for obtaining digital signatures and public-key cryptosystems," *Comm. ACM*, v. 21, 1978, pp. 120–126; reprinted in *Comm. ACM*, v. 26, 1983, pp. 96–99.

5. J. T. SCHWARTZ, "Fast probabilistic algorithms for verification of polynomial identities," *J. Assoc. Comput. Mach.*, v. 27, 1980, pp. 701–717.

6. GUSTAVUS J. SIMMONS, "A redundant number system that speeds up modular arithmetic," Abstract 801-10-427, *Abstracts Amer. Math. Soc.*, v. 4, 1983, p. 27.