# EXHIBIT U

# CRYPTOGRAPHY AND DATA SECURITY

DOROTHY ELIZABETH ROBLING DENNING

familiar with these results can go on to the next chapter. For a comprehensive treatment of this material, see, for example [LeVe77,Nive72,Vino55].

### 1.6.1 Congruences and Modular Arithmetic

Given integers $a$, $b$, and $n \neq 0$, $a$, is **congruent** to $b$ modulo $n$, written†

$$a \equiv_n b$$

if and only if

$$a - b = kn$$

for some integer $k$; that is $n$ divides $(a - b)$, written

$$n \mid (a - b) .$$

For example, $17 \equiv_5 7$, because $(17 - 7) = 2 * 5$.

If $a \equiv_n b$, then $b$ is called a **residue** of $a$ modulo $n$ (conversely, $a$ is a residue of $b$ modulo $n$). A set of $n$ integers $\{r_1, \ldots, r_n\}$ is called a **complete set of residues** modulo $n$ if, for every integer $a$, there is exactly one $r_i$ in the set such that $a \equiv_n r_i$. For any modulus $n$, the set of integers $\{0, 1, \ldots, n - 1\}$ forms a complete set of residues modulo $n$.

We shall write

$$a \bmod n$$

to denote the residue $r$ of $a$ modulo $n$ in the range $[0, n - 1]$. For example, 7 mod 3 = 1. Clearly,

$$a \bmod n = r \quad \text{implies} \quad a \equiv_n r,$$

but not conversely. Furthermore,

$$a \equiv_n b \quad \text{if and only if} \quad a \bmod n = b \bmod n;$$

thus, congruent integers have the same residue in the range $[0, n - 1]$.

Note that this definition of mod is somewhat different from the definition in some programming languages, such as PASCAL, where $a$ mod $n$ gives the remainder in dividing $a$ by $n$. Whereas the range of our mod is $[0, n - 1]$, the range of PASCAL's is $[-(n - 1), n - 1]$. For example, $-2$ mod $26 = -2$ in PASCAL rather than 24.

Like the integers, the integers mod $n$ with addition and multiplication form a **commutative ring**. This means the laws of associativity, commutativity, and distributivity hold. Furthermore, computing in modular arithmetic (i.e., reducing each intermediate result mod $n$) gives the same answer as computing in ordinary integer arithmetic and reducing the result mod $n$. This is because reduction mod $n$ is a

† We shall reserve the more familiar notation using "mod $n$" for modular arithmetic.

**homomorphism** from the ring of integers to the ring of integers mod $n$ as shown next:

***Theorem 1.1. Principle of modular arithmetic:***
Let $a_1$ and $a_2$ be integers, and let $op$ be one of the binary operators $+$, $-$, or $*$. Then reduction mod $n$ is a homomorphism from the integers to the integers mod $n$ (see Figure 1.19); that is,

$$(a_1 \; op \; a_2) \bmod n = [(a_1 \bmod n) \; op \; (a_2 \bmod n)] \bmod n .$$

***Proof:***
We can write

$$\begin{aligned} a_1 &= k_1 n + r_1 \\ a_2 &= k_2 n + r_2 \end{aligned}$$

where $r_1, r_2 \in [0, n - 1]$. For addition, we have

$$\begin{aligned} (a_1 + a_2) \bmod n &= [(k_1 n + r_1) + (k_2 n + r_2)] \bmod n \\ &= [(k_1 + k_2)n + (r_1 + r_2)] \bmod n \\ &= [r_1 + r_2] \bmod n \\ &= [(a_1 \bmod n) + (a_2 \bmod n)] \bmod n . \end{aligned}$$

Subtraction is similar. For multiplication,

$$\begin{aligned} (a_1 * a_2) \bmod n = \; & [(k_1 n + r_1) * (k_2 n + r_2)] \bmod n \\ & [(k_1 k_2 n + r_1 k_2 + r_2 k_1)n + r_1 r_2] \bmod n \\ & [r_1 * r_2] \bmod n \\ & [(a_1 \bmod n) * (a_2 \bmod n)] \bmod n . \quad \blacksquare \end{aligned}$$

The preceding theorem shows that evaluating $(a_1 \; op \; a_2)$ in modular arithmetic gives the same result as evaluating it in ordinary integer arithmetic and reducing the result mod $n$.

The principle of modular arithmetic is behind the familiar principle of "casting out 9's". For an integer $a$, $a$ mod 9 is the sum of the digits of $a$ (mod 9).

FIGURE 1.19 Principle of modular arithmetic.



[0, $n - 1$], it may be possible to find a unique integer $x$ in the range [0, $n - 1$] such that

$$ax \bmod n = 1 .$$

For example, 3 and 7 are multiplicative inverses mod 10 because 21 mod 10 = 1. It is this capability to compute inverses that makes modular arithmetic so appealing in cryptographic applications.

We will now show that given $a \in [0, n - 1]$, $a$ has a unique inverse mod $n$ when $a$ and $n$ are relatively prime; that is when $gcd(a, n) = 1$, where "*gcd*" denotes the greatest common divisor. We first prove the following lemma:

***Lemma 1.1:***
If $gcd(a, n) = 1$, then $(ai \bmod n) \neq (aj \bmod n)$ for each $i, j$ such that $0 \leq i < j < n$.

***Proof:***
Assume the contrary. Then $n \mid a(i - j)$. Since $gcd(a, n) = 1$, $(i - j)$ must be a multiple of $n$. But this is impossible because both $i$ and $j$ are smaller than $n$. ■

This property implies that each $ai$ mod $n$ ($i = 0, \ldots, n - 1$) is a distinct residue mod $n$, and that the set $\{ai \bmod n\}_{i=0,\ldots,n-1}$ is a permutation of the complete set of residues $\{0, \ldots, n - 1\}$. For example, if $n = 5$ and $a = 3$:

$$3 * 0 \bmod 5 = 0$$
$$3 * 1 \bmod 5 = 3$$
$$3 * 2 \bmod 5 = 1$$
$$3 * 3 \bmod 5 = 4$$
$$3 * 4 \bmod 5 = 2 .$$

This property does not hold when $a$ and $n$ have a common factor, as shown next:

$$2 * 0 \bmod 4 = 0$$
$$2 * 1 \bmod 4 = 2$$
$$2 * 2 \bmod 4 = 0$$
$$2 * 3 \bmod 4 = 2 .$$

Lemma 1.1 implies $a$ has a unique inverse when $gcd(a, n) = 1$:

***Theorem 1.2:***
If $gcd(a, n) = 1$, then there exists an integer $x$, $0 < x < n$, such that $ax \bmod n = 1$.

***Proof:***
Because the set $\{ai \bmod n\}_{i=0,\ldots,n-1}$ is a permutation of $\{0, 1, \ldots, n - 1\}$, $x = i$, where $ai \bmod n = 1$, is a solution. ■

Theorem 1.2 shows the existence of an inverse, but does not give an algorithm for finding it. We shall now review some additional properties of congruences related

integers mod $p$, together with the arithmetic operations, is a **finite field** †, called the **Galois field** **GF**($p$) after their discoverer Evariste Galois. Because division is possible, arithmetic mod $p$ is more powerful than ordinary integer arithmetic. Real arithmetic is not generally applicable to cryptography because information is lost through round-off errors (the same holds for integer division, where information is lost through truncation). Many of the ciphers developed in recent years are based on arithmetic in **GF**($p$), where $p$ is a large prime.

Another type of Galois field with applications in cryptography is based on arithmetic mod $q$ over polynomials of degree $n$. These fields, denoted **GF**($q^n$), have elements that are polynomials of degree $n - 1$ (or lower) of the form

$$a = a_{n-1}x^{n-1} + \cdots + a_1x + a_0 \ ,$$

where the coefficients $a_i$ are integers mod $q$. Each element $a$ is a residue mod $p(x)$, where $p(x)$ is an irreducible polynomial of degree $n$ (i.e., $p$ cannot be factored into polynomials of degree less than $n$).

Arithmetic on the coefficients of the polynomials is done mod $q$. For example, the coefficients $c_i$ in the sum $c = a + b$ are given by $c_i = (a_i + b_i) \bmod q$ $(0 \leq i < n)$. Because $a$ and $b$ are of degree $n - 1$, the sum $a + b$ is a polynomial of degree at most $n - 1$, whence it is already reduced mod $p(x)$. The product $a * b$ could be of degree greater than $n - 1$ (but at most $2n - 2$), however, so it must be reduced mod $p(x)$; this is done by dividing by $p(x)$ and taking the remainder.

Of particular interest in computer applications are the fields **GF** ($2^n$). Here the coefficients of the polynomials are the binary digits 0 and 1. Thus, an element $a$ can be represented as a bit vector $(a_{n-1}, \ldots, a_1, a_0)$ of length $n$, and each of the possible $2^n$ bit vectors of length $n$ corresponds to a different element in **GF**($2^n$). For example, the bit vector 11001‡ corresponds to the polynomial $(x^4 + x^3 + 1)$ in **GF**($2^5$). To avoid confusion with the notation **GF**($p$), where $p$ is a prime number, we shall not write **GF**(32) for **GF**($2^5$), for example, even though 32 is not prime.

Computing in **GF**($2^n$) is more efficient in both space and time than computing in **GF**($p$). Let $p$ be a prime number such that $2^{n-1} < p < 2^n$, whence the elements of **GF**($p$) are also represented as bit vectors of length $n$ (using the standard binary representation of the positive integers; e.g., 11001 corresponds to the integer $2^4 + 2^3 + 1 = 25$). We first observe that whereas all $2^n$ bit vectors correspond to elements of **GF**($2^n$), this is not true for **GF**($p$); in particular, the bit vectors representing the integers in the range $[p, 2^n - 1]$ are not elements of **GF**($p$). Thus it is possible to represent more elements (up to twice as many!) in **GF**($2^n$) than in **GF**($p$) using the same amount of space. This can be important in cryptography applications, where the strength of a scheme usually depends on the size of the field. For comparable levels of security, **GF**($2^n$) is more efficient in terms of space than **GF**($p$).

We next observe that arithmetic is more efficient in **GF**($2^n$) than in **GF**($p$).

† A field is any integral domain in which every element besides 0 has a multiplicative inverse; the rational numbers form an infinite field.

‡ To simplify our notation, we shall write bit vectors as strings here and elsewhere in the book.