# EXHIBIT V

25-cv-00222-DC-DTG Document 52-23 Filed 12/17/25 Pa

# Guide to Elliptic Curve Cryptography

*Darrel Hankerson*
*Alfred Menezes*
*Scott Vanstone*

**Springer**

**MARA_0001631**

If $B = \{b_1, b_2, \ldots, b_n\}$ is a basis, then $a \in \mathbb{F}_{q^n}$ can be uniquely represented by an $n$-tuple $(a_1, a_2, \ldots, a_n)$ of $\mathbb{F}_q$-elements where $a = a_1 b_1 + a_2 b_2 + \cdots + a_n b_n$. For example, in the polynomial basis representation of the field $\mathbb{F}_{p^m}$ described above, $\mathbb{F}_{p^m}$ is an $m$-dimensional vector space over $\mathbb{F}_p$ and $\{z^{m-1}, z^{m-2}, \ldots, z^2, z, 1\}$ is a basis for $\mathbb{F}_{p^m}$ over $\mathbb{F}_p$.

### *Multiplicative group of a finite field*

The nonzero elements of a finite field $\mathbb{F}_q$, denoted $\mathbb{F}_q^*$, form a cyclic group under multiplication. Hence there exist elements $b \in \mathbb{F}_q^*$ called *generators* such that

$$\mathbb{F}_q^* = \{b^i : 0 \le i \le q-2\}.$$

The *order* of $a \in \mathbb{F}_q^*$ is the smallest positive integer $t$ such that $a^t = 1$. Since $\mathbb{F}_q^*$ is a cyclic group, it follows that $t$ is a divisor of $q-1$.

## *2.2 Prime field arithmetic*

This section presents algorithms for performing arithmetic in the prime field $\mathbb{F}_p$. Algorithms for arbitrary primes $p$ are presented in §2.2.1–§2.2.5. The reduction step can be accelerated considerably when the modulus $p$ has a special form. Efficient reduction algorithms for the NIST primes such as $p = 2^{192} - 2^{64} - 1$ are considered in §2.2.6.

The algorithms presented here are well suited for software implementation. We assume that the implementation platform has a $W$-bit architecture where $W$ is a multiple of 8. Workstations are commonly 64- or 32-bit architectures. Low-power or inexpensive components may have smaller $W$, for example, some embedded systems are 16-bit and smartcards may have $W = 8$. The bits of a $W$-bit word $U$ are numbered from 0 to $W-1$, with the rightmost bit of $U$ designated as bit 0.

The elements of $\mathbb{F}_p$ are the integers from 0 to $p-1$. Let $m = \lceil \log_2 p \rceil$ be the bitlength of $p$, and $t = \lceil m/W \rceil$ be its wordlength. Figure 2.1 illustrates the case where the binary representation of a field element $a$ is stored in an array $A = (A[t-1], \ldots, A[2], A[1], A[0])$ of $t$ $W$-bit words, where the rightmost bit of $A[0]$ is the least significant bit.

| | | | | |
|---|---|---|---|---|
| $A[t-1]$ | $\cdots$ | $A[2]$ | $A[1]$ | $A[0]$ |

*Figure 2.1. Representation of $a \in \mathbb{F}_p$ as an array $A$ of $W$-bit words. As an integer, $a = 2^{(t-1)W} A[t-1] + \cdots + 2^{2W} A[2] + 2^W A[1] + A[0]$.*

Hardware characteristics may favour approaches different from those of the algorithms and field element representation presented here. §5.1.1 examines possible bottlenecks in multiplication due to constraints on hardware integer multipliers and

MARA_0001680

Modular addition ($(x+y) \bmod p$) and subtraction ($(x-y) \bmod p$) are adapted directly from the corresponding algorithms above, with an additional step for reduction modulo $p$.

---

**Algorithm 2.7** Addition in $\mathbb{F}_p$

---

INPUT: Modulus $p$, and integers $a, b \in [0, p-1]$.
OUTPUT: $c = (a+b) \bmod p$.

1. Use Algorithm 2.5 to obtain $(\varepsilon, c)$ where $c = a+b \bmod 2^{Wt}$ and $\varepsilon$ is the carry bit.
2. If $\varepsilon = 1$, then subtract $p$ from $c = (C[t-1], \ldots, C[2], C[1], C[0])$;
   Else if $c \geq p$ then $c \leftarrow c - p$.
3. Return($c$).

---

**Algorithm 2.8** Subtraction in $\mathbb{F}_p$

---

INPUT: Modulus $p$, and integers $a, b \in [0, p-1]$.
OUTPUT: $c = (a-b) \bmod p$.

1. Use Algorithm 2.6 to obtain $(\varepsilon, c)$ where $c = a-b \bmod 2^{Wt}$ and $\varepsilon$ is the borrow.
2. If $\varepsilon = 1$, then add $p$ to $c = (C[t-1], \ldots, C[2], C[1], C[0])$.
3. Return($c$).

---

### 2.2.2 *Integer multiplication*

Field multiplication of $a, b \in \mathbb{F}_p$ can be accomplished by first multiplying $a$ and $b$ as integers, and then reducing the result modulo $p$. Algorithms 2.9 and 2.10 are elementary integer multiplication routines which illustrate basic operand scanning and product scanning methods, respectively. In both algorithms, $(UV)$ denotes a $(2W)$-bit quantity obtained by concatenation of $W$-bit words $U$ and $V$.

---

**Algorithm 2.9** Integer multiplication (operand scanning form)

---

INPUT: Integers $a, b \in [0, p-1]$.
OUTPUT: $c = a \cdot b$.

1. Set $C[i] \leftarrow 0$ for $0 \leq i \leq t-1$.
2. For $i$ from 0 to $t-1$ do
   - 2.1 $U \leftarrow 0$.
   - 2.2 For $j$ from 0 to $t-1$ do:
     - $(UV) \leftarrow C[i+j] + A[i] \cdot B[j] + U$.
     - $C[i+j] \leftarrow V$.
   - 2.3 $C[i+t] \leftarrow U$.
3. Return($c$).

---

### *Simultaneous inversion*

Field inversion tends to be expensive relative to multiplication. If inverses are required for several elements, then the method of simultaneous inversion finds the inverses with a single inversion and approximately three multiplications per element. The method is based on the observation that $1/x = y(1/xy)$ and $1/y = x(1/xy)$, which is generalized in Algorithm 2.26 to $k$ elements.

---

**Algorithm 2.26** Simultaneous inversion

---

INPUT: Prime $p$ and nonzero elements $a_1, \ldots, a_k$ in $\mathbb{F}_p$
OUTPUT: Field elements $a_1^{-1}, \ldots, a_k^{-1}$, where $a_i a_i^{-1} \equiv 1 \pmod{p}$.

1. $c_1 \leftarrow a_1$.
2. For $i$ from 2 to $k$ do: $c_i \leftarrow c_{i-1} a_i \bmod p$.
3. $u \leftarrow c_k^{-1} \bmod p$.
4. For $i$ from $k$ downto 2 do
   - 4.1 $a_i^{-1} \leftarrow u c_{i-1} \bmod p$.
   - 4.2 $u \leftarrow u a_i \bmod p$.
5. $a_1^{-1} \leftarrow u$.
6. Return$(a_1^{-1}, \ldots, a_k^{-1})$.

---

For $k$ elements, the algorithm requires one inversion and $3(k-1)$ multiplications, along with $k$ elements of temporary storage. Although the algorithm is presented in the context of prime fields, the technique can be adapted to other fields and is superior to $k$ separate inversions whenever the cost of an inversion is higher than that of three multiplications.

## 2.2.6 *NIST primes*

The FIPS 186-2 standard recommends elliptic curves over the five prime fields with moduli:

$$
\begin{aligned}
p_{192} &= 2^{192} - 2^{64} - 1 \\
p_{224} &= 2^{224} - 2^{96} + 1 \\
p_{256} &= 2^{256} - 2^{224} + 2^{192} + 2^{96} - 1 \\
p_{384} &= 2^{384} - 2^{128} - 2^{96} + 2^{32} - 1 \\
p_{521} &= 2^{521} - 1.
\end{aligned}
$$

These primes have the property that they can be written as the sum or difference of a small number of powers of 2. Furthermore, except for $p_{521}$, the powers appearing in these expressions are all multiples of 32. These properties yield reduction algorithms that are especially fast on machines with wordsize 32.




(a) Addition: $P + Q = R$. (b) Doubling: $P + P = R$.

*Figure 3.3. Geometric addition and doubling of elliptic curve points.*

### Group law for $E/K : y^2 = x^3 + ax + b$, char$(K) \neq 2, 3$

1. *Identity*. $P + \infty = \infty + P = P$ for all $P \in E(K)$.
2. *Negatives*. If $P = (x, y) \in E(K)$, then $(x, y) + (x, -y) = \infty$. The point $(x, -y)$ is denoted by $-P$ and is called the *negative* of $P$; note that $-P$ is indeed a point in $E(K)$. Also, $-\infty = \infty$.
3. *Point addition*. Let $P = (x_1, y_1) \in E(K)$ and $Q = (x_2, y_2) \in E(K)$, where $P \neq \pm Q$. Then $P + Q = (x_3, y_3)$, where

$$x_3 = \left(\frac{y_2 - y_1}{x_2 - x_1}\right)^2 - x_1 - x_2 \quad \text{and} \quad y_3 = \left(\frac{y_2 - y_1}{x_2 - x_1}\right)(x_1 - x_3) - y_1.$$

4. *Point doubling*. Let $P = (x_1, y_1) \in E(K)$, where $P \neq -P$. Then $2P = (x_3, y_3)$, where

$$x_3 = \left(\frac{3x_1^2 + a}{2y_1}\right)^2 - 2x_1 \quad \text{and} \quad y_3 = \left(\frac{3x_1^2 + a}{2y_1}\right)(x_1 - x_3) - y_1.$$

**Example 3.5** (*elliptic curve over the prime field* $\mathbb{F}_{29}$) Let $p = 29$, $a = 4$, and $b = 20$, and consider the elliptic curve

$$E : y^2 = x^3 + 4x + 20$$

defined over $\mathbb{F}_{29}$. Note that $\Delta = -16(4a^3 + 27b^2) = -176896 \not\equiv 0 \pmod{29}$, so $E$ is indeed an elliptic curve. The points in $E(\mathbb{F}_{29})$ are the following: