# EXHIBIT W

one held on a Web server somewhere else. Windows 2000 is based on Windows NT technology. It has better security and includes features for mobile users. A significant new feature is Microsoft's Active Directory, which enables virtual private networks (VPNs) to be set up.

**Windows CE** A small Microsoft operating system for use on hand-held and palm computers. It includes scaled-down versions of such applications as Word, Excel, and Internet Explorer.

**Windows NT** (Windows new technology) The 32-bit version of the Windows operating system that supports preemptive multitasking. Windows NT Server is the network version and Windows NT Workstation is the stand-alone or client workstation version.

**Windows open services architecture** (WOSA) A set of application programming interfaces in Microsoft Windows to enable Windows applications from a variety of sources to be able to communicate with each other.

**Winsock** The programming interface in a Windows operating system that handles input and output requests for Internet applications. A comparable interface exists for Macintosh computers.

**Wintel** An Intel-based PC running a Microsoft Windows operating system.

**WINZIP** A Windows program equivalent to the DOS-based PKZIP and PKUNZIP, which compresses and uncompresses zip files.

**wireframe model** The representation of a three-dimensional object by a set of lines resembling a wire frame. For example, a sphere can be represented as a polygon made up of a large number of triangular faces. *See also* rendering.

**wireless LAN** (WLAN) A LAN that communicates using radio signals, infrared optical signals, or microwaves. It can be used in laptop computers and portables.

**wizard** An interactive help utility that provides step by step help to install software or to perform a particular task.

**WLAN** *See* wireless LAN.

**word** (machine word; computer word) A collection of bits that is treated as a single unit by the hardware of a computer. The number of bits in a word is called the *word length*. The word length is fixed in most computers, and in present-day machines is usually 32 bits or 16 bits. Main store is divided into either words or BYTES. In the former case, each storage location holds one word, and the word is thus the smallest addressable unit, i.e. the smallest unit to be identified by an ADDRESS.

What the contents of a word signify is determined entirely by its context. A given bit sequence could represent a MACHINE INSTRUCTION in one part of main store, while in another part it might represent an INTEGER number, a REAL NUMBER, or perhaps one or more CHARACTERS, depending on word length. A 16-bit word, for example, could hold integers between –32 768 and +32 767, or two characters, or a machine instruction. 16 bits is not really enough to store FLOATING-POINT NUMBERS to any useful PRECISION, so a number of consecutive words are used.

**word length** *See* word.

**word processing** (wp, WP; text processing) A computer facility that enables users to compose letters, reports, and other documents and to edit, reformat, store, and print them. It may be a STAND-ALONE word-processing system consisting of a keyboard with extra keys to perform wp functions, a screen, a printer, and a floppy or hard disk as BACKING STORE. Alternatively it may be a general-purpose microcomputer system that has a wp program as part of its repertoire. These two systems are currently converging: stand-alone machines are becoming more flexible and able to perform tasks other than wp, while the