# EXHIBIT X

on an open architecture to allow new server components to be installed in any part of the stream at any time.

**Wireless Transaction Protocol** *n.* A lightweight request/reply transaction protocol for devices with limited resources over networks with low to medium bandwidth. It is not called the Wireless Transport Protocol or the Wireless Transfer Protocol. *Acronym:* WTP.

**Wireless Transport Layer Security** *n. See* WTLS.

**wire-pin printer** *n. See* dot-matrix printer.

**wire-wrapped circuits** *n.* Circuits constructed on perforated boards using wire instead of the metal traces found on printed circuit boards. The stripped ends of insulated wires are wrapped around the long pins of special wire-wrapped integrated circuit sockets. Wire-wrapped circuits are generally handmade, one-of-a-kind devices used for prototyping and research in electrical engineering. *Compare* printed circuit board.

**wiring closet** *n.* A room or location in a building where telecommunications and/or networking equipment such as hubs, switches, and routers are installed. *Also called:* data closet, telecom closet, telecommunications closet.

**wizard** *n.* **1.** Someone who is adept at making computers perform their "magic." A wizard is an outstanding and creative programmer or a power user. *Compare* guru, UNIX wizard. **2.** A participant in a multiuser dungeon (MUD) who has permission to control the domain, even to delete other players' characters. *See also* MUD. **3.** An interactive help utility within an application that guides the user through each step of a particular task, such as starting up a word processing document in the correct format for a business letter.

**wizzywig** *n. See* WYSIWYG.

**WLAN** *n. See* wireless LAN.

**WMA** *n.* Acronym for **W**indows **M**edia **A**udio. *See* Windows Media Audio.

**.wmf** *n.* A file extension that identifies a vector image encoded as a Microsoft Windows Metafile.

**WMF** *n.* **1.** *See* Windows Metafile Format. **2.** Acronym for **W**ireless **M**ultimedia **F**orum. A consortium of technology companies formed to promote open standards for wireless streaming products. WMF members include Cisco Systems, Intel, and the Walt Disney Internet Group. *See also* ISMA.

**WMI** *n. See* Windows Management Instrumentation.

**WML** *n.* Acronym for **W**ireless **M**arkup **L**anguage. A markup language developed for Web sites that are accessed with microbrowsers on Wireless Application Protocol (WAP)–enabled devices. A Web site written with WML would be viewable on handheld devices with small screens, such as cell phones. *See also* markup language, microbrowser, Wireless Application Protocol.

**WMLScript** *n.* A scripting language derived from the JavaScript language for use in the development of Wireless Markup Language (WML).

**WMM** *n. See* Windows Movie Maker.

**word** *n.* The native unit of storage on a particular machine. A word is the largest amount of data that can be handled by the microprocessor in one operation and also, as a rule, is the width of the main data bus. Word sizes of 16 bits and 32 bits are the most common. *Compare* byte, octet.

**Word** *n.* Microsoft's word processing software, available for the Windows and Macintosh platforms. In addition to extensive editing, formatting, and customization features, Word provides such tools as automatic text completion and correction. The most recent version, Word 2002 (part of Office XP) adds Web functionality—for example, the ability to save documents in HTML format. The first version, Microsoft Word for MS-DOS 1.00, was introduced in 1983.

**word-addressable processor** *n.* A processor that cannot access an individual byte of memory but can access a larger unit. In order to perform operations on an individual byte, the processor must read and write memory in the larger unit. *See also* central processing unit.

**WordPerfect Office** *n.* A suite of business application programs from Corel Corporation. The basic (Standard Edition) WordPerfect Office suite includes the WordPerfect word processor, Quattro Pro spreadsheet, Corel Presentations presentation software, CorelCENTRAL personal information manager, Microsoft Visual Basic for Applications scripting tools, and Trellix Web publisher. A home and small-business package, the Voice-Powered Edition, adds speech recognition and publishing products; a business and corporate package, the Professional Edition, adds database and Internet tools to all of the preceding.

**word processing** *n.* The act of entering and editing text with a word processor. *Acronym:* WP.

**word processor** *n.* An application program for creating and manipulating text-based documents. A word processor is the electronic equivalent of paper, pen, typewriter, eraser, and, most likely, dictionary and thesaurus. Depending on

W