# EXHIBIT Y

# Modern Computer Arithmetic

Richard P. Brent and Paul Zimmermann

Version 0.2

| $\circ$ | $r$ | $s$ | round$(\circ, r, s)$ | $t := \text{sign}(b + c - a)$ |
|---|---|---|---|---|
| zero | any | any | 0 | |
| away | any | any | 0 if $r = s = 0$, 1 otherwise | |
| nearest | 0 | any | 0 | $+s$ |
| nearest | 1 | 0 | 0/1 (even rounding) | $+1/-1$ |
| nearest | 1 | $\neq 0$ | 1 | $-1$ |

| $\circ$ | $a \bmod 2$ | $t$ | round2$(\circ, a \bmod 2, t)$ |
|---|---|---|---|
| any | 0 | any | $a/2$ |
| zero | 1 | | $(a-1)/2$ |
| away | 1 | | $(a+1)/2$ |
| nearest | 1 | 0 | $(a-1)/2$ if even, $(a+1)/2$ otherwise |
| nearest | 1 | $\pm 1$ | $(a+t)/2$ |

Table 3.2: Rounding rules for addition.

**Theorem 3.2.1** *Algorithm* ***FPadd*** *is correct.*

**Proof.** Without loss of generality, we can assume that $2^{n-1} \leq b < 2^n$ and $2^{m-1} \leq c < 2^m$, with $m \leq n$. With this assumption, $b_h$ and $c_h$ are the integer parts of $b$ and $c$, $b_l$ and $c_l$ their fractional parts. Since $b \geq c$, we have $c_h \leq b_h$ and $2^{n-1} \leq b_h \leq 2^n - 1$, thus $2^{n-1} \leq a_h \leq 2^{n+1} - 2$, and at step 13, $2^{n-1} \leq a \leq 2^{n+1}$. If $a < 2^n$, $a$ is the correct rounding of $b + c$. Otherwise, we face the "double rounding" problem: rounding $a$ down to $n$ bits will give the correct result, except when $a$ is odd and rounding is to nearest. In that case, we need to know if the first rounding was exact, and if not in which direction it was rounded; this information is represented by the ternary value $t$. After the second rounding, we have $2^{n-1} \leq a \leq 2^n$. □

Note that the exponent $e_a$ of the result lies between $e_b$ (the exponent of $b$, here we considered the case $e_b = n$) and $e_b + 2$. Thus no underflow can occur in an addition. The case $e_a = e_b + 2$ can occur only when the destination precision is less than that of the operands.

## 3.2.2 Floating-Point Subtraction

Floating-point subtraction is very similar to addition; with the difference that *cancellation* can occur. Consider for example the subtraction 6.77823 −

5.98771. The most significant digit of both operands disappeared in the result 0.79052. This cancellation can be dramatic, as in 6.7782357934 − 6.7782298731 = 0.0000059203, where six digits were cancelled.

Two approaches are possible, assuming $n$ result digits are wanted, and the exponent difference between the inputs is $d$.

- Subtract from the most $n$ significant digits of the larger operand (in absolute value) the $n - d$ significant digits of the smaller operand. If the result has $n - e$ digits with $e > 0$, restart with $n + e$ digits from the larger operand and $(n + e) - d$ from the smaller one.

- Alternatively, predict the number $e$ of cancelled digits in the subtraction, and directly subtract the $(n + e) - d$ most significant digits of the smaller operand from the $n + e$ most significant digits of the larger one.

Note that in the first case, we might have $e = n$, i.e., all most significant digits cancel, thus the process might need to be repeated several times.

The first step in the second phase is usually called *leading zero detection*. Note that the number $e$ of cancelled digits might depend on the rounding mode. For example 6.778 − 5.7781 with a 3-digit result yields 0.999 with rounding toward zero, and 1.00 with rounding to nearest. Therefore in a real implementation, the exact definition of $e$ has to be made more precise.

Finally, in practice one will consider $n + g$ and $(n + g) - d$ digits instead of $n$ and $n - d$, where the $g$ "guard digits" will prove useful (i) either to decide of the final rounding, (ii) and/or to avoid another loop in case $e \leq g$.

### Sterbenz's Theorem

Sterbenz's Theorem is an important result concerning floating-point subtraction (of operands of same sign). It states that the rounding error is zero in some important cases. More precisely:

**Theorem 3.2.2 (Sterbenz)** If $x$ and $y$ are two floating-point numbers of same precision $n$, such that $y$ lies in the interval $[x/2, 2x]$, then $y - x$ is exactly representable in precision $n$.

**Proof.** The case $x = y = 0$ is trivial, so assume that $x \neq 0$. Since $y$ lies in $[x/2, 2x]$, $x$ and $y$ must have the same sign, We assume without loss of generality that $x$ and $y$ are positive.