# Exhibit 4

1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

------------------------------------

MALIKIE INNOVATIONS LTD.,

KEY PATENT INNOVATIONS LTD.

       Plaintiff,

         v.

MARA HOLDINGS, INC.

(F/K/A) MARATHON DIGITAL HOLDINGS, IN

       Defendant.        CIVIL ACTION NO.

                    7:25-cv-0022-DC-DTG

------------------------------------

VIDEOTAPED DEPOSITION OF DR. ÇETIN KAYA KOC


DATE:  Friday, January 9, 2026


LOCATION:  Via Zoom




REPORTED STENOGRAPHICALLY BY:

Jennifer Miller, RMR, CRR, CCR-NJ,

CCR-WA, CCR-NM, CALIFORNIA CSR#14652

Notary Public: NJ, NY, PA, DE

**2**

```
 1            A P P E A R A N C E S
 2
 3 REICHMAN JORGENSEN LEHMAN & FELDBERG
 4 BY:  PHILIP EKLEM, ESQ.
 5 1909 K Street, NW, Suite 800
 6 Washington, D.C.  20006
 7 202.894.7451
 8 peklem@reichmanjorgensen.com
 9 Counsel on behalf of Plaintiffs, Malikie
10 Innovations and Key Patent Innovations
11
12 PAUL WEISS
13 BY:  ANISH DESAI, ESQ.
14      PRIYATA PATEL, ESQ.
15 1285 Avenue of the Americas
16 New York, NY 10019-6064
17 212.373.3394
18 adesai@paulweiss.com
19 Counsel on behalf of the Defendant, MARA
20 Holdings, Inc. and the witness
21
22 Also present:  Joe Cerda, Videographer
23
24
25
```

**3**

```
 1            I N D E X
 2 WITNESS                        PAGE
 3 ÇETIN KAYA KOC
 4
 5  EXAMINATION BY:
 6 BY ATTORNEY EKLEM            5, 118
 7 BY ATTORNEY DESAI            113
 8         E X H I B I T S
 9
   Koc 1     Expert Declaration of Dr.    9
10           Cetin Kaya Koc in Support
           of MARA's Opening Claim
11           Construction Brief
12 Koc 2     Errata to Koc Expert         9
           Declaration - 1.7.2026
13
   Koc 3     Dr. Cetin Kaya Koc CV       13
14
   Koc 4     Exhibit Y - Excerpts of     44
15           Modern Computer Arithmetic
           Version 0.2 (2008)
16
   Koc 5     mca-0.2                     49
17
   Koc 6     Document Bates Number       53
18           MARA_0001274 to 1277
19 Koc 7     MKIE_MARA_001759 to 1783    67
20 Koc 8     MKIE_MARA_000628 to 000655  88
21 Koc 9     Koc_Cryptographic           95
           Engineering_2009
22
23
24
25
```

**4**

```
 1            P R O C E E D I N G S
 2       THE VIDEOGRAPHER:  We are on the
 3 record.  This is a remote video deposition
 4 of Dr. Çetin Koc in the matter of Malikie
 5 Innovations Limited, et al., versus
 6 Mara Holdings.
 7       My name is Joe Cerda.  I am the
 8 video technician today.  The Court
 9 Reporter is Jennifer Billstein.  We both
10 represent Digital Evidence Group.
11       Today's date is January 9, 2026.
12 The time on the record is 8:07 a.m.
13       Will all parties please identify
14 themselves for the record and who they
15 represent.
16       ATTORNEY EKLEM:  This is Philip
17 Eklem with Reichman Jorgensen Lehman &
18 Feldberg on behalf of plaintiffs Malikie
19 Innovations and Key Patent Innovations.
20       ATTORNEY DESAI:  Anish Desai and
21 Priyata Patel from Paul Weiss on behalf of
22 the defendant, MARA, and the witness,
23 Dr. Koc.
24       THE WITNESS:  Çetin Kaya Koc,
25 expert witness, on this current matter
```

**5**

```
 1 mentioned.
 2       ÇETIN KAYA KOC, after
 3 having been first duly sworn, was
 4 examined and testified as follows:
 5         - - -
 6       E X A M I N A T I O N
 7         - - -
 8 BY ATTORNEY EKLEM:
 9    Q.  Thank you.  Good afternoon to you,
10 Dr. Koc.  Good morning to everyone else.
11       Would you mind, just go ahead
12 and just please state your record -- state your
13 name for the record now that we're on.
14    A.  Çetin Kaya Koc.  Koc is my last name.
15    Q.  Yes.  Thank you, Doctor.
16       Have you ever been deposed
17 before, Dr. Koc?
18    A.  Yes.
19    Q.  How many times?
20    A.  I believe three times.
21    Q.  Were any of those times related to
22 patent litigation or patent matters?
23    A.  Patent matters, all of them.
24    Q.  Okay.  Do you recall the technology
25 at issue in those three cases?
```

6

1    A.  They were related to cryptographic
2  products, engineering, hardware, software.
3    Q.  For those three cases, if you can
4  remember, do you know if you represented the
5  patent owner or the patent challenger?  Do you
6  recall?
7    A.  In one case, it was the patent owner.
8  In another case, it was a challenger.  Finally,
9  in another case, it was a challenger.
10    Q.  Thank you.
11        Have you ever testified in -- at
12  a trial before?
13    A.  I have been invited to PTAB for
14  testifying but never asked.  And, no, I have
15  not in person.
16    Q.  And you understand that you're under
17  oath today, which means that you must provide
18  truthful and accurate testimony as if you were
19  testifying in a courtroom?
20    A.  Of course I do.
21    Q.  Okay.  So this deposition will be
22  basically a question-and-answer session between
23  you and me where I'll ask the questions and
24  you'll give the answers.  So unless your
25  attorney instructs you not to answer, you are

7

1  to answer my questions.
2        Do you understand?
3    A.  I do.
4    Q.  Okay.  And if any of my questions are
5  not clear, if you don't understand, just ask me
6  to clarify.  And I'll do my best if I can.
7        Is that all right?
8    A.  That's right.
9    Q.  Okay.  Now, during the course of the
10  deposition, your attorneys may object to my
11  questions; but unless they instruct you not to
12  answer after their objection, you can go ahead
13  and answer my questions.
14        Do you understand?
15    A.  Yes.
16    Q.  Okay.  So I think we'll, you know,
17  probably take a break about every hour.  But,
18  of course, if at any time during the deposition
19  you need to take a break, let me know.  And
20  I'll try to quickly get us to a place where we
21  can do that.  Okay?
22    A.  All right.
23    Q.  So I'm going to ask you to please
24  refrain from engaging in any forms of
25  electronic communication during the deposition,

8

1  so emails, texting, you know, Teams and all
2  that stuff, while we're on the record, if you
3  don't mind just leaving those things aside.
4  Okay?
5    A.  Of course.
6    Q.  Great.
7        Other than the Zoom program and
8  the Box program for the exhibits, do you have
9  any other programs open on your computer in
10  front of you?
11    A.  None.
12    Q.  Okay.  And where are you located
13  today, Dr. Koc?
14    A.  I am located near Barcelona, Spain.
15    Q.  Okay.  Is anybody else in the room
16  with you today?
17    A.  No.
18    Q.  Is there any reason why you would not
19  be able to answer my questions truthfully and
20  accurately today?
21    A.  I don't see any reasons.
22    Q.  Okay.  Are you taking any medications
23  that might affect your ability to testify
24  truthfully?
25    A.  No.

9

1    Q.  Great.
2        ATTORNEY EKLEM:  So let's go
3  ahead and put in Exhibits 1 and 2.
4        Joe, if you want to put in
5  documents 1 and 2, please.
6        -  -  -
7        (Whereupon, Exhibit 1 was marked
8    for identification.)
9        -  -  -
10  BY ATTORNEY EKLEM:
11    Q.  This will be your declaration and
12  errata.
13        -  -  -
14        (Whereupon, Exhibit 2 was marked
15    for identification.)
16        -  -  -
17  BY ATTORNEY EKLEM:
18    Q.  When that's available to you,
19  Dr. Koc, please let me know.
20        THE VIDEOGRAPHER:  Philip, you
21  want to mark those as Exhibits 1 and 2 as
22  well?
23        ATTORNEY EKLEM:  Yes, please.
24        THE VIDEOGRAPHER:  Stand by.
25        ATTORNEY DESAI:  Philip, just so

3  (Pages 6 to 9)

10

1    you know, Dr. Koc has a paper copy of his
2    declaration.  And he also has a binder
3    with a paper copy of all of the exhibits
4    that are referenced.
5        ATTORNEY EKLEM:  Okay.
6    BY ATTORNEY EKLEM:
7        Q.  Dr. Koc, other than your binder that
8    contains your declaration and exhibits, do you
9    have any other papers or notes with you today?
10       A.  No, I don't.
11           Will you be sharing the
12   documents over the Zoom as document sharing, or
13   do I need to go to the Box and get it?
14       Q.  We will do both.  So Joe is going to
15   put them up, and he'll follow along with what
16   I'm saying.  But you can also access them
17   directly, and sometimes it is easier, I think.
18   It may be easier at times for you to download
19   whatever document it is so you can, you know,
20   have control of the navigation.  But we will --
21   we can do both.
22       A.  Okay.
23       Q.  All right.  So what we have here is
24   Exhibit -- I'm sorry?
25           ATTORNEY DESAI:  Dr. Koc, you

11

1    can also feel free to use the paper copies
2    you have as well.
3        THE WITNESS:  Yeah.  I do have a
4    paper copy of everything.
5    BY ATTORNEY EKLEM:
6        Q.  Yes.  Right.  So then that's totally
7    fine, too.
8        So let's -- so what we've
9    entered as Exhibits 1 and 2 is your declaration
10   and your errata.
11          Let's start with Exhibit 1.  So
12   if you want to pick up your declaration,
13   please, Dr. Koc.
14          And the first page is Exhibit A,
15   but if you want to go the page -- the next page
16   with the case caption.
17       A.  Okay.
18       Q.  I just want to confirm a few things
19   here.  So the title is [as read]:
20          "Expert Declaration of
21          Dr. Çetin Kaya Koc in Support
22          of MARA's Opening Claim
23          Construction Brief."
24          Do you see that?
25       A.  Yes.

12

1        Q.  If you go to the very end of the
2    document, the very last page, you should see a
3    signature and a date, January 7, 2026.
4        Do you see that?
5        A.  Yeah.
6        Q.  I just want to confirm.  That's your
7    signature?
8        A.  Yes, it is.
9        Q.  Great.
10       A.  It's not January.  It's
11   December 17th.
12       Q.  I'm sorry.  Yeah.  I don't know what
13   I said.  The date is December 17, 2025.
14          So -- so you can confirm this
15   is -- this is the declaration that you
16   submitted -- Exhibit 1 is the declaration that
17   you submitted in this case in connection with
18   the -- MARA's claim construction brief, right?
19       A.  Right.
20       Q.  Okay.  And this declaration, does it
21   contain your opinions?
22       A.  Yes.
23       Q.  And you stand by all the opinions in
24   your declaration?
25       A.  I do.

13

1        Q.  Other than the errata, which is in
2    Exhibit 2 -- and feel free to take a look at
3    that if you'd like.
4          Other than that errata, is there
5    anything about your declaration that you want
6    to change or correct today before we get
7    started?
8        A.  No.
9        Q.  Okay.  So let's go to paragraph 15 of
10   your declaration, please.  That is on -- that's
11   on page 5.
12       A.  Yeah.
13       Q.  It says that a copy of your CV is
14   attached as Appendix A.
15          Now, I don't -- I don't think
16   there was an Appendix A attached, but I do have
17   a copy of your CV that we received from
18   counsel.
19          ATTORNEY EKLEM:  Joe, could you
20       enter Document 3, please, and mark it as
21       an exhibit, which will be Exhibit 3.
22          -    -    -
23          (Whereupon, Exhibit 3 was marked
24       for identification.)
25          -    -    -

4  (Pages 10 to 13)

14

1  BY ATTORNEY EKLEM:
2      Q.  So, Dr. Koc, what we put up here on
3  the screen and what should also be available in
4  the Box to you is a copy of the CV that we
5  received.
6          Can you confirm that this is a
7  copy of your CV?
8      A.  It is, starting from first page.  I'm
9  assuming the rest of it would be correct too.
10     Q.  Okay.  If you want to take a minute
11 to look through, we can -- you can download it.
12 But I'll represent that this is the copy that
13 we received from your counsel.
14     A.  Yes.  26 pages, all correct.
15     Q.  Okay.  So then let's go back to your
16 declaration now and go to paragraph 6, please.
17     A.  Yeah.
18     Q.  In paragraph 6, it says that you're a
19 retired research professor in the department of
20 computer science at UCSB, right?
21     A.  True.
22     Q.  When did you retire from UCSB?
23     A.  2024, June.
24     Q.  And before UCSB, you were previously
25 a professor at Oregon State University,

15

1  correct?
2      A.  Correct.
3      Q.  Taking a look down at paragraphs 7
4  and 8, both of those paragraphs refer to
5  cryptographic engineering.
6          Do you see that?
7      A.  Yes.
8      Q.  What is cryptographic engineering?
9      A.  The development of cryptographic
10 products in hardware and software form and all
11 of the technologies, algorithms, methods
12 related to it.
13     Q.  Okay.  Would you say that
14 cryptographic engineering is a
15 multidisciplinary field?
16     A.  Indeed.  In my talk, I always say it
17 encompasses electrical engineering, computer
18 science, and mathematics.
19     Q.  Okay.  You said electrical
20 engineering, computer science, and mathematics,
21 correct?
22     A.  Correct.
23     Q.  Great.
24          So let's go on down to
25 paragraph 14 on page 4.

16

1      A.  Yes.
2      Q.  Paragraph 14 indicates that you
3  coauthored five books, correct?
4      A.  True.
5      Q.  Would those books provide a reliable
6  source of information for understanding the
7  concepts addressed in your declaration?
8      A.  Yes, they do.
9      Q.  Okay.  So let's go on down to
10 paragraph 22 on page 7.
11     A.  Yeah.
12     Q.  Paragraph 22 includes your definition
13 of the person of ordinary skill in the art,
14 which is the acronym POSITA, P-O-S-I-T-A.
15          Do you see that?
16     A.  Yes.
17     Q.  Would the person of ordinary skill in
18 the art need to be a cryptographic engineer, in
19 your opinion?
20     A.  Not necessarily, but study
21 cryptography, among other subjects like
22 hardware and software.
23     Q.  Would they need to be able to design,
24 implement, test, and validate cryptographic
25 systems to be a person of ordinary skill?

17

1      A.  They would have to be involved but
2  not necessarily alone doing that.
3      Q.  When you say "not necessarily alone,"
4  do you mean that they might be working with or
5  collaborating with others that have helpful
6  knowledge?
7      A.  True, yeah.  Collaborating with
8  others who have overlapping knowledge of those
9  fields, so, therefore, designing a system
10 together.
11     Q.  So the person of ordinary skill would
12 have some knowledge in mathematics, computer
13 science, and electrical engineering?
14     A.  Not all three, but at least in one of
15 them.
16     Q.  Okay.  All right.  Let's go to
17 paragraph 25 on the next page, page 8.
18     A.  Yeah.
19     Q.  In paragraph 25, about in the
20 middle-ish -- yeah, about in the middle of the
21 paragraph, there's a sentence that begins with
22 [as read]:
23          "The mod operation is
24          often referred to."
25          Do you see that?

18

1  A. Yes.
2  Q. It says [as read]:
3      "The mod operation is
4      often referred to as 'modular
5      reduction' or 'reduction,'
6      because it 'reduces' the value
7      of a number larger than the
8      modulus to below the modulus."
9      Do you see that?
10  A. Yes.
11  Q. Is reducing the value of a number
12  larger than the modulus to below the modulus
13  the same thing as reducing to a specific finite
14  field?
15  A. I may ask a clarification about which
16  finite field it is, yes.
17  Q. Okay. It would be -- well, let's
18  take one scenario where the modulus is -- well,
19  let me ask you a question about your question.
20      When you say "which finite field
21  it is," what kind of information are you
22  looking for? I mean, are you asking what the
23  specific modulus is? Are you asking for a
24  definition of -- a definition of the finite
25  field? What would be helpful?

19

1      ATTORNEY DESAI: Objection to
2  form.
3      THE WITNESS: The previous two
4  sentences and today one that you
5  highlighted, the yellow, defines a very
6  particular finite field involving numbers
7  from zero to n minus one. So the context
8  here of the modular reduction context is
9  for that kind of finite fields, which is a
10  finite field consisting of numbers between
11  0 and n minus 1. Those are integers. And
12  so, therefore, the module operation here
13  would be limited or would be referring to
14  in that kind of field.
15 BY ATTORNEY EKLEM:
16  Q. Okay. Whenever you're doing a mod
17  operation of this type, though, aren't you
18  always using a defined finite field? Maybe not
19  the same finite field as in your example, but
20  wouldn't the finite field always be defined?
21      ATTORNEY DESAI: Objection to
22  form.
23      THE WITNESS: Well, you're
24  always working in a very particular finite
25  field whose definition is given by the

20

1  parameters of that finite field.
2 BY ATTORNEY EKLEM:
3  Q. Okay. So then in your -- in your
4  paragraph 25 -- so in your paragraph 25,
5  performing a mod n is reducing to a specific
6  finite field, right?
7  A. In paragraph 25, a mod n and all
8  those four sentences in this paragraph refers
9  to that particular finite field. Then it is to
10  that finite field, meaning if it is to get
11  modular n.
12  Q. Okay. Let's go to paragraph 31,
13  please, on page 10.
14  A. Yes.
15  Q. So paragraph 31 begins with
16  [as read]:
17      "One fundamental theorem
18      of modular arithmetic is that,
19      for addition, subtraction, and
20      multiplication, 'reducing each
21      intermediate result' with
22      field modulus n 'gives the
23      same answer as computing in
24      ordinary integer arithmetic
25      and reducing the result

21

1      mod n.'"
2      Do you see that?
3  A. Yes.
4  Q. So here you're identifying two
5  techniques where one technique is reducing each
6  intermediate result and the other technique is
7  not reducing each intermediate result but doing
8  one result -- one reduction at the end,
9  correct?
10      ATTORNEY DESAI: Objection to
11  form.
12      THE WITNESS: Exactly what
13  you're asking here?
14 BY ATTORNEY EKLEM:
15  Q. What I'm asking is the description
16  that you provide at the beginning of
17  paragraph 31 identifies two ways to do
18  reduction, correct?
19      ATTORNEY DESAI: Objection to
20  form.
21      THE WITNESS: This particular
22  paragraph is from a prior art of
23  well-known book. And, essentially, it
24  says you can reduce the temporary results
25  and then compute the final results, or you

6 (Pages 18 to 21)

---

**Page 22**

1  can continue -- compute the final results
2  without reduction.  You would obtain the
3  same value.
4  BY ATTORNEY EKLEM:
5  Q.  Okay.  So in other words, if you do
6  it one way, you get a result; and if you do it
7  the other way, you get the same result,
8  correct?
9  ATTORNEY DESAI:  Objection to
10  form.
11  THE WITNESS:  If you do it one
12  way, you get that result.  If you do it
13  the other way, you get another result,
14  which are modularly equivalent.  That's
15  what it's saying.
16  BY ATTORNEY EKLEM:
17  Q.  Is there -- is it possible to
18  reduce only some of the intermediate results
19  and also do a final reduction at the end as a
20  third option?
21  ATTORNEY DESAI:  Objection to
22  form.
23  THE WITNESS:  Any scenario is
24  possible.  Some of it, all of it, a
25  quarter of it could be reduced during the

---

**Page 23**

1  operation.
2  Each time you would get a
3  different number.  Still, they would all
4  be equal to one another, modular n.
5  BY ATTORNEY EKLEM:
6  Q.  Okay.  So let's take a look at
7  paragraph 32.  You provide a couple of examples
8  here.
9  A.  Yeah.
10  Q.  In the -- in the example that you
11  describe that reduces the intermediate results,
12  the modulus here is 97, correct?
13  A.  Correct.
14  Q.  And it's true that 50 mod 97 is 50
15  and 25 mod 97 is 25, correct?
16  A.  Correct.
17  Q.  So in the fourth line of your
18  example, where it shows the four mod operations
19  inside the brackets, technically you would not
20  need to do the last two on 50 and 25, correct?
21  A.  If you do it by hand, you can skip it
22  as a human, but the computer would still have
23  to go through the process of reduction.
24  Q.  Okay.  So if you're doing it on a
25  computer -- I see.

---

**Page 24**

1  So you're saying that if you did
2  it on a computer, you could not skip it.  You
3  would necessarily have to do all of the
4  intermediate reductions?
5  ATTORNEY DESAI:  Objection to
6  form.
7  THE WITNESS:  Depending on the
8  code that performs the -- program that
9  performs the reduction, it would receive
10  the input and would go through -- the
11  steps of the code would produce the
12  output.  In this particular case, it would
13  receive 50 and it would give out 50.
14  BY ATTORNEY EKLEM:
15  Q.  Okay.  So can you -- can you think of
16  a scenario where -- using a computer to do the
17  computations, can you think of a scenario where
18  only some of the intermediate results need to
19  be reduced, but not all of them?
20  ATTORNEY DESAI:  Objection to
21  form.
22  THE WITNESS:  I can think of a
23  program that would check the input.  If
24  it's already less than n, it would just
25  simply output it.  And I could think of a

---

**Page 25**

1  program like this, and that's sensible.
2  BY ATTORNEY EKLEM:
3  Q.  Okay.
4  Okay.  So let's go to
5  paragraph 34 on page 11, please.
6  A.  Yes.
7  Q.  In the second sentence, it says
8  [as read]:
9  "A finite field is a
10  field having a finite number
11  of elements."
12  Do you see that?
13  A.  Yes.
14  Q.  Now, you have Footnote 1 at the
15  bottom of the page that then says [as read]:
16  "A field is a set of
17  numbers with the usual
18  operations of addition,
19  multiplication, and division
20  and all the usual algebra
21  rules hold."
22  Do you see that?
23  A.  Yes.
24  Q.  So does that mean finite field
25  elements are always numbers?

26

1    A.   The finite field elements could be
2  numbers.  The finite field -- there are finite
3  fields with elements that are polynomials.
4  There are finite fields whose elements are more
5  complex than polynomials.  But, yes, in this
6  particular case, Fp prime field would be
7  numbers.
8    Q.   Okay.  Let's go to paragraph 44,
9  please, on page 14.
10    A.   Yes.
11    Q.   Okay.  The first sentence in
12  paragraph 44 says [as read]:
13          "Performing Montgomery
14          reduction involves first
15          adding to the reductant a
16          carefully chosen integer
17          multiple of the modulus (i.e.
18          T plus m times n) such that
19          the sum becomes divisible by
20          the radix R equals 2 to the
21          power of k."
22          Do you see that?
23    A.   Yes.
24    Q.   Okay.  So why do you want the sum to
25  be divisible by R?

27

1    A.   The Montgomery algorithm -- the
2  Montgomery reduction algorithm was invented in
3  1985.  It was not known before.  But since
4  then, we've learned there's a very fast way to
5  do reduction using Montgomery's algorithm.
6      Specifics of that algorithm,
7  algorithmic details, mathematics is part of
8  that sentence that tells you how it needs to
9  function.
10    Q.   So in Montgomery's algorithm, the --
11  you add -- you add a multiple of the modulus to
12  the reductant, and the goal of doing that is to
13  cause the modified reductant to become
14  divisible by R; is that right?
15    A.   In one of the steps, yes, but
16  allowing division by R allows you to make the
17  number smaller, smaller and, therefore, you
18  reduce the number from below to a number less
19  than n.  And that's your goal in Montgomery
20  reduction.
21    Q.   So how does dividing by R cause the
22  number to become smaller or lower, as you said?
23    A.   In a computer, R is the power of 2.
24  Dividing by R implies shifting the number to
25  right.  R is 2 to 3k means k bits, the number

28

1  shifted to right.  If the number was 10 bits,
2  it would shift it to right.  If 4 bits, the
3  number becomes 6 bits, which is now a smaller
4  number.
5    Q.   Is there a way to perform the
6  computation in the computer of dividing by R
7  without -- without simply shifting?
8    A.   No, no reason to do the other way
9  because the simpler way is already available to
10  you.
11    Q.   But is there another way, I guess, is
12  my question.
13    A.   If you try to divide by R, you end up
14  shifting -- shifting it to right, period.
15    Q.   Meaning the same thing happens?  Is
16  that what you mean?
17    A.   Yeah.  And you end up with the same
18  result in fact going through the same steps.
19    Q.   This paragraph continues onto the
20  next page.
21    A.   Yeah.
22    Q.   In the last sentence of the paragraph
23  at the -- yeah.  At the very end of the
24  paragraph, it says [as read]:
25          "This ensures that the

29

1          result is in fact T times R to
2          the minus 1 mod n."
3          Do you see that?
4    A.   Yes.
5    Q.   The T in that expression, that is the
6  modified reductant, right, not the original?
7    A.   The T is the original T.
8    Q.   T is the original --
9    A.   Original T and R inverse is stuck to
10  it, is multiplied with it; you get that result.
11  And that result would be less than that.
12    Q.   Okay.  So must the radix, the R value
13  in Montgomery reduction, necessarily be the
14  power of 2?
15    A.   In the computer implementation where
16  every number is a binary, it must be.  On a
17  piece of paper, you know, human to human, power
18  of 10 would be more useful to elucidate.
19    Q.   So you're not aware of any computer
20  implementations of Montgomery reduction where
21  the radix is not 2?
22    A.   No.  As an expert, as a teacher in
23  computer arithmetic, I have seen other values
24  of R being simulated.  But the need of
25  implementation is when R is a power of 2.

8 (Pages 26 to 29)

1/9/2026        Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

30

1    Q.  Let's go to paragraph 46, please, on
2    page 15.
3    A.  Okay.
4    Q.  The second-to-last sentence says
5    [as read]:
6         "One then shift a to the
7         right by one word, thus
8         reducing the length of a."
9         Do you see that?
10   A.  Yes.
11   Q.  So what is a in this example?  Is it
12   a value, a reductant, an operand?  What would
13   you call it?
14   A.  It's one of the temporary results
15   starting from reductant, ending up with the
16   deduced value.  It would take it one of the
17   temporary values.
18   Q.  So if you look at the Figure 4 pasted
19   into your declaration, which is on the next
20   page --
21   A.  Yes.
22   Q.  -- the temporary value here that
23   you're talking about would be a, including a 9
24   through zero at the top, correct?
25   A.  Yes.

31

1    Q.  So in this example, a is comprised of
2    ten words, correct?
3    A.  A0 to a9, yes, ten words.
4    Q.  And so the shift causes the length of
5    a to be reduced by one word, correct?
6    A.  Look at the figure very carefully.
7    You will see that, starting with a9 to a0, n
8    times n added to it, which may cause an extra k
9    or c.  But, however, also 0 is the least
10   significant word, a0.  The new value of the a0,
11   now 0.
12         So now together, if you count
13   them, it actually -- you didn't reduce it.
14   You, in fact, increase it to 11 words because
15   now you must include c in it.
16         But when you're shifted to
17   right, that zero disappears but remains as ten
18   words because c is still there.
19   Q.  The c is called a carry, correct?
20   A.  Carry word, yes.
21   Q.  And that's not part of the
22   original -- the original -- can we call it an
23   operand?  Is a an operand in this case?
24   A.  C is obtained by adding mn to a.  So
25   it continues to be part of a now.

32

1    Q.  So then help me understand here the
2    sentence that we were talking about at the --
3    near the bottom of paragraph 46.
4         You said [as read]:
5         "One then shift a to the
6         right by one word, thus
7         reducing the length of a."
8         So it says "reducing the length
9    of a," but then you testified that what you're
10   actually doing is making it longer and then
11   bringing it back to the same length.  So in
12   what sense is it reducing the length?
13   A.  If you continue to look at Figure 4,
14   you will see, after c is introduced in the next
15   step, a new c is being introduced in the
16   following step, a new c and a 0 being reduced
17   to the left.  And the following step, two 0 is
18   introduced.  In the following step, three 0s
19   are introduced.  You're making the numbers
20   smaller and smaller in this process.
21   Q.  So --
22   A.  So adding mn, adding mn may or may
23   not immediately reduce the number; but in the
24   final step, what you will obtain is a number
25   that's equal to a mod n, a or inverse mod n for

33

1    Montgomery.
2    Q.  So if I understand you correctly, in
3    the first iteration, the length of a is not
4    reduced.  But by the time you do several
5    iterations -- it's after you do several
6    iterations that the length is reduced; is that
7    right?
8    A.  True.  If you look at this example
9    after the second iteration, it's reduced one
10   word.  After the third iteration, it's reduced
11   two words and moves on that way.
12   Q.  And what is the purpose of making a
13   shorter in this way?
14   A.  You have a purpose, and you want to
15   compute aR inverse mod n, obtain a number that
16   is less than n.  That's your algorithm's
17   objective.  You want to accomplish it as shown.
18   This algorithm accomplishes it.
19   Q.  Okay.  So as a result of getting a
20   smaller number, the length of a is thereby
21   reduced as well?
22   A.  Finally, it would have to be less
23   than n; otherwise, your algorithm did not work.
24   Q.  Well, let me ask my question a little
25   bit differently.

9  (Pages 30 to 33)

1/9/2026        Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

34

1          So what I understood you to be
2    saying is the purpose is to make the number
3    smaller than n, but the number that you're
4    trying to make smaller than n is represented by
5    these words, correct?
6          A.  The number -- final number smaller
7    than n is your objective.  In between all the
8    temporary results, sometimes the size of it
9    could not be reduced, would be reduced later,
10   so it's not a good idea it will always be
11   reduced.
12         Q.  But by the time you get to the end of
13   the multistep process, the number will be
14   reduced and the length of a will also be
15   reduced, correct, the number of words?
16         A.  Yes.
17             ATTORNEY DESAI:  Objection to
18   form.
19             THE WITNESS:  At the final step,
20   number will be reduced.  And a reduced
21   number will have the same length as n.
22   BY ATTORNEY EKLEM:
23         Q.  Let me just try to clarify this a
24   little bit.
25             So in paragraph 46, the end

---

35

1    of -- the end of the second-to-last sentence,
2    it says [as read]:
3             "Thus reducing the length
4          of a."
5             So I think there are two
6    concepts here.  There's the length of a, and
7    then there's the number you're trying to make
8    smaller than n.
9             Those are not necessarily
10   equivalent or -- you know, they're not
11   identical concepts, right?  They're kind of two
12   different concepts; is that correct?
13             ATTORNEY DESAI:  Objection to
14   form.
15             THE WITNESS:  Number a is a
16   temporary -- the number a in any one of
17   those five steps in Figure 4 is the
18   temporary result whose computation will
19   finally give you a mod n -- aR inverse mod
20   n.  That's all there is to it.
21   BY ATTORNEY EKLEM:
22         Q.  So at the beginning, we said that --
23   at the top of the example, a comprises ten
24   words, correct?
25         A.  Yes.

---

36

1          Q.  And at the end of the example, a
2    comprises six words if you count the carry,
3    correct?
4          A.  Correct.
5          Q.  So the reduction process took you
6    from ten words to six words, correct?
7          A.  I didn't hear you.  There was a
8    breakup.  Can you repeat your question?
9          Q.  Yes.
10             The reduction process took you
11   from ten words to six words, correct?
12         A.  Correct.  In this example, yes.
13         Q.  And the reason why it went from ten
14   words to six words is because the number that
15   the words represent was reduced mod n, correct?
16             ATTORNEY DESAI:  Objection to
17   form.
18             THE WITNESS:  Finally, it would
19   deduce mod n, but the reason that it
20   becomes smaller is because the lower part
21   of it, lower word of it, becomes zero by
22   the additional mn.  And then shift it to
23   right would bring you a product factor of
24   R to the minus w, whatever w is.  And,
25   eventually, all of these would give you --

---

37

1    all of those steps would give you a
2    reduced number, much less.
3    BY ATTORNEY EKLEM:
4          Q.  So this example shows the Montgomery
5    reduction being performed in multiple steps,
6    and I think the figure labels it Steps 1
7    through 5, correct?
8          A.  Correct.
9          Q.  Now, the Montgomery reduction
10   technically does not have to be performed in
11   five steps, correct?  It could be done in just
12   one?
13         A.  Montgomery reduction, as described
14   here, continues to add mn, where at each Step 1
15   word becomes zero and the least significant
16   word.  So the number of steps is equal to
17   really approximately the number of words.
18             So that's -- that -- what you
19   end up doing is you add a ten-word number; you
20   end up with that six-word number.  So,
21   therefore, you have reduced the five words
22   using five steps.  That's approximately what
23   happens.
24         Q.  So you're doing it in multiple steps
25   because you have multiple words that represent

---

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2026        202-232-0646

38

1  a, correct?
2      A.  I'm doing in multiple steps involving
3  the words because that Montgomery algorithm can
4  work that way.
5      Q.  And Montgomery algorithm works that
6  way because some numbers are too big to be
7  represented in a single machine word, right?
8      A.  The objective of Montgomery algorithm
9  to have -- to reduce a number to the finite
10  field, modular n.  That's the objective.
11      Q.  Yes.  Well, as we discussed before,
12  right, a modulo n operation could be done in
13  one step, right?
14          Like, your example in
15  paragraph 32, you were explaining how there's
16  two ways to do a modulo.  You could do one
17  step, like 375 modulo 97 equals 84, or you
18  could break it up and reduce intermediate --
19  intermediate results and get the same answer of
20  84, right?
21          ATTORNEY DESAI:  Objection to
22      form.
23          THE WITNESS:  You're mixing
24      concepts here.
25

39

1  BY ATTORNEY EKLEM:
2      Q.  Okay.
3      A.  That example in paragraph 32 has
4  something to do with the -- doing the
5  reductions as the operations, multiplications
6  and additions, are done, interleaving them, a
7  little bit of multiplication and addition and a
8  little bit of a reduction, continuing that way.
9          And -- or just going ahead and
10  finishing the multiplication and doing
11  reduction later, which would still be multiple
12  steps, as Figure 4 shows us.
13      Q.  Okay.  So then going back to
14  paragraph 46.
15      A.  Okay.
16      Q.  I just want to -- I think -- I think
17  I understand what's going on here.
18          So the sentence we were talking
19  about there, the second-to-last one, the
20  [as read]:
21          "One then shift a to the
22          right by one word, thus
23          reducing the length of a."
24          That's the sentence I'm talking
25  about.

40

1          Do you see it?
2      A.  Yes.
3      Q.  Okay.  So what I think -- what I
4  think I understand is that it's not -- it's not
5  just the shifting to the right by one word
6  reduces the length of a, but, instead, it's
7  shifting to the right as many times as it takes
8  to get to the end of your result to achieve
9  aR to the minus 1 mod n, right?
10          ATTORNEY DESAI:  Objection to
11      form.
12          THE WITNESS:  As I explained to
13      you the way Figure 4 works, for example --
14      not for example.
15          Just look at Step 1.  You have a
16      ten-word a.  And Step 2, you still have
17      ten words, because you introduce c even
18      after the shifting before shifting at 11.
19          And then Step 5, now you have
20      introduced one extra zero; now you have
21      nine words, et cetera.
22          So, therefore, this algorithm,
23      the way it works, by adding multiples of
24      n, zeroing the least significant word,
25      still the number could be 10 or 11 words.

41

1      And then shifting it bring it to either
2      nine or ten words -- in this case, ten
3      words.
4          And continuing that way, each
5      time introducing the k word but still
6      having more zeros on the left.  And the
7      final shifts, every single one of the
8      shifts would give you a mod n -- aR
9      inverse mod n.
10  BY ATTORNEY EKLEM:
11      Q.  When you do Montgomery reduction this
12  way, is there always a carry?
13      A.  Carry is not always.  It's a
14  statistical phenomenon.  It happens sometimes,
15  and it doesn't happen some other times.
16      Q.  Well, what do you mean by
17  "statistical phenomenon"?  Does that mean it
18  happens rarely?
19      A.  Not rarely.  It happens with at least
20  or nearly 50 percent chance because you're
21  adding a plus mn.  The mn could introduce a
22  carry or could not introduce a carry, and
23  there's a chance of at least 50 percent.
24          ATTORNEY EKLEM:  Okay.  I lost
25      track of my time.

11  (Pages 38 to 41)

---

42

```
 1        Joe, how long have we been on
 2   the record, or Jennifer, either of you?
 3        THE VIDEOGRAPHER:  Yeah.  We
 4   have 58 minutes.
 5        ATTORNEY EKLEM:  Okay.  Let me
 6   just do a couple more questions.
 7        And then, Dr. Koc, you want to
 8   just take a short break?
 9        THE WITNESS:  As you wish.
10        ATTORNEY EKLEM:  Okay.  So give
11   me a second here.
12        Actually, let's just go ahead
13   and do a short break.
14        Is five minutes okay?
15        THE WITNESS:  Fine.
16        THE VIDEOGRAPHER:  Okay.  We are
17   now going off the video record.  The time
18   is 9:06 a.m.
19            -  -  -
20        (Whereupon, a short recess was
21     taken.)
22            -  -  -
23        THE VIDEOGRAPHER:  We are now
24   going back on the video record.  The time
25   is 9:20 a.m.
```

---

44

```
 1        modular arithmetic of
 2        performing an operation that
 3        'zeros' certain words."
 4        Do you see that?
 5   A.  Yes.
 6   Q.  Okay.  And you have a citation here
 7   to a document, Exhibit Y.
 8   A.  Yeah.
 9        ATTORNEY EKLEM:  I'm going to
10   put that up really quick.
11        Let's see.  That's Doc 11?
12        THE VIDEOGRAPHER:  Doc 11.
13   Stand by.
14        You want to mark it?
15        ATTORNEY EKLEM:  Yes, please.
16        THE VIDEOGRAPHER:  Stand by.
17   BY ATTORNEY EKLEM:
18   Q.  Dr. Koc, feel free to look at your
19   hard copy instead.  Up to you.
20   A.  I have it.
21        THE VIDEOGRAPHER:  Document 11
22   will be Exhibit 4.
23            -  -  -
24        (Whereupon, Exhibit 4 was marked
25     for identification.)
```

---

43

```
 1        ATTORNEY EKLEM:  Thank you.
 2   BY ATTORNEY EKLEM:
 3   Q.  Welcome back, Dr. Koc.
 4        During the break, did you
 5   discuss the substance of your testimony with
 6   counsel?
 7   A.  No.
 8   Q.  Okay.  Let's go to paragraph 51 of
 9   your declaration, please.
10   A.  Yes.
11   Q.  If you want to review it, go ahead.
12   I'll just have a couple of quick questions
13   about this paragraph.  Whenever you're ready,
14   just let me know.
15   A.  Go ahead and ask.
16   Q.  Great.
17        So in paragraph 51, you refer to
18   a step called "cancelation."  And my question
19   is:
20        Is it your opinion that
21   "cancelation" means the same thing as zeroing?
22   A.  Yeah, yes.
23   Q.  Okay.  So you say that [as read]:
24        "'Cancelation' is a term
25        understood in the art of
```

---

45

```
 1            -  -  -
 2   BY ATTORNEY EKLEM:
 3   Q.  Okay.  And just let me know when you
 4   have that in front of you.
 5   A.  Which page are we talking about now?
 6        I'm ready.
 7   Q.  Let's go to -- let me get the -- it
 8   will be -- so the excerpt is four pages long.
 9   So it's the third and fourth page.  Let's start
10   on the fourth page, which is number 96 in the
11   top left, but in the bottom right ends with
12   3440.
13   A.  Okay.
14   Q.  Do you see, near the bottom, the
15   Section 3.2.2, "Floating-Point Subtraction"?
16   A.  Yes.
17   Q.  What is floating-point subtraction?
18   A.  The first question is what is
19   floating point?
20        Floating point is a standard for
21   representing real numbers on a computer.  So,
22   therefore, the real-number subtraction would be
23   emulated by floating-point numbers being
24   subtracted.
25   Q.  Okay.  So then specifically on the
```

46

1  top of the next page, which is 97 in the top
2  right or 3441 on the bottom right, the
3  portion -- the very beginning portion of the
4  page carries over from the previous.
5      And the second line there on
6  this page says [as read]:
7      "This cancelation can be
8  dramatic."
9      Do you see that?
10  A.  Yes.
11  Q.  The cancelation that this document is
12  talking about is the result of subtraction,
13  right?
14  A.  Yes.
15  Q.  So how is this the same kind of
16  cancelation that happens when a multiple of the
17  modulus is added to the reductant in the
18  Montgomery reduction?  Because you're adding in
19  that context.
20  A.  "Cancelation," as a term in modular
21  arithmetic or any other type of arithmetic,
22  implies performing an operation that zeros
23  certain words.  And that's all there is to it
24  with this example.
25  Q.  So in this example, your declaration

47

1  doesn't point to any other usage of the word
2  "cancelation," correct?
3  A.  In Figure 4 that we have been
4  reviewing, in fact, we zeroed in the lower part
5  of the number.
6  Q.  Okay.  Well, let me be -- let me ask
7  the question a little differently.
8      So other than the patent and
9  other than this -- this Exhibit 4 that we're
10  talking about, which is Exhibit Y to your
11  declaration, other than Exhibit Y to your
12  declaration and other than the patent, do you
13  point to any documents that use the word
14  "cancelation" to refer to zeroing?
15  A.  As an expert, I have seen that word
16  to mean and zeroing part of the number.  And I
17  have seen in many places, not just in one.
18  Q.  Okay.  And what kind of places have
19  you seen it?
20  A.  Computer arithmetic-related context.
21  Q.  You didn't point to any of those
22  other sources in your declaration, right?
23  A.  I referred to that one as a
24  cancelation, and certain words are zero; then
25  that's sufficient.

48

1  Q.  So this excerpt comes from the larger
2  document.
3      Do you know if -- if you go up
4  to the very beginning of this Exhibit 4 that
5  we're looking at, not the title page that says
6  "Exhibit Y," but the next one, the second one,
7  this is an article titled "Modern Computer
8  Arithmetic" by Richard Brent and Paul
9  Zimmerman, Version 0.2, correct?
10  A.  Correct.
11  Q.  Have you reviewed the entirety of
12  this document?
13  A.  I have read this document for my
14  computer arithmetic courses and presented parts
15  of it to my students.
16  Q.  Okay.  Do you know if anywhere in the
17  rest of that -- of this document, in its
18  complete form, does it discuss Montgomery
19  reduction?
20  A.  I don't remember because that was a
21  course in lower division computer science.
22  Montgomery wasn't included.
23      I don't remember it now.
24      ATTORNEY EKLEM:  So let's go
25  ahead, Joe, and put in Document 12 as the

49

1  next exhibit.
2      -  -  -
3      (Whereupon, Exhibit 5 was marked
4  for identification.)
5      -  -  -
6      THE VIDEOGRAPHER:  It will be
7  Exhibit 5.  Stand by.
8      ATTORNEY EKLEM:  Are we looking
9  at Exhibit 5, Joe?
10      THE VIDEOGRAPHER:  Yes.
11  Correct.
12      ATTORNEY EKLEM:  Okay.  Sorry.
13  It's the same cover page, so I wasn't...
14  BY ATTORNEY EKLEM:
15  Q.  So, Dr. Koc, you can either follow
16  along in the screen share or you can download
17  the whole document.
18      But does this appear to be the
19  same title and author and version number of
20  "Modern Computer Arithmetic" that we were just
21  discussing in Exhibit 4.
22  A.  Yeah.  This is the same as what I
23  have as Exhibit Y, yes.  I see that document,
24  which is 190 pages, which I assume we're
25  talking about the same document.

1/9/2026          Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

50

1    Q.  Yeah.  That's right.  So -- but let's
2  go to -- you can follow along or scroll through
3  it yourself.  But I want to go to PDF page 56,
4  which is Section 3.2 -- 2.3.2.
5        So here we have a section that
6  discusses "Montgomery's Multiplication."  And
7  it carries over into the next page as well.
8    A.  Yes.
9    Q.  Montgomery multiplication involves
10  Montgomery reduction, right?
11    A.  Yes.
12    Q.  Okay.  If you want to just look at
13  this section real quick and let me know if you
14  see a discussion of using the word "canceling"
15  in this area of the paper.
16    A.  Section 2.3.2, which is discussing
17  Montgomery multiplication, has a very
18  theoretical view.  It doesn't have any
19  examples.  It doesn't have the steps of the
20  algorithm, but for other ways to prove
21  properties of the algorithm and the ranges of
22  the numbers involved, et cetera.
23        So it doesn't -- and that's why
24  that it doesn't come to a place where lower
25  parts of the numbers being canceled by adding a

---

51

1  multiple of the modulus to it.
2    Q.  On page 57, the bottom paragraph
3  there that starts with "For example," does
4  this -- does this not show multiplying a
5  multiple or adding a multiple of the modulus
6  to -- to the input C?
7    A.  In this C is equal to C plus 924N
8  beta, is computed, as we can see the lower part
9  of the number zeroed in.  So he actually shows
10  that lower parts of zero because that's how
11  Montgomery is proven.  Whether or not he used
12  the English expression "cancelation" is not
13  very important.
14    Q.  Okay.  But we agree that he does not
15  use the word "cancelation," right?
16    A.  We agree that it does an operation
17  which zeros the lower part of the number.
18    Q.  Right.  But my question is just --
19  it's specifically does this paragraph or any
20  paragraph around it use the word "cancelation"
21  to describe that?
22    A.  This particular paragraph does the
23  steps of the Montgomery correctly and obtains
24  the number correctly.
25    Q.  And it does not use the word

---

52

1  "cancelation," right?
2    A.  As I said, this algorithm is
3  correctly executed in two steps here to show
4  that the lower parts are being zeroed in, which
5  is the same concept.  Whether or not he uses a
6  very particular expression for that is not
7  relevant.
8    Q.  I understand you don't believe it's
9  relevant, but it -- I guess I don't see the
10  word "cancelation" in that paragraph.
11        I'm just asking:  Do you see the
12  word "cancelation"?
13        ATTORNEY DESAI:  Objection.
14    It's argumentative.  I mean, it's not
15    there.  So, I mean, do you need him to
16    confirm it's not there?
17        Dr. Koc, you can answer.
18        THE WITNESS:  And Brent didn't
19    use the word "cancelation" in this
20    paragraph.
21  BY ATTORNEY EKLEM:
22    Q.  Okay.  But he did use it in the
23  discussion of floating-point subtraction,
24  right?
25    A.  He may have used it in other places

---

53

1  too, yeah.
2        ATTORNEY EKLEM:  Joe, let's put
3    in Document 10 as the next exhibit,
4    please.
5              -  -  -
6        (Whereupon, Exhibit 6 was marked
7    for identification.)
8              -  -  -
9  BY ATTORNEY EKLEM:
10    Q.  Dr. Koc, Exhibit T, as in Tom, to
11  your declaration.
12    A.  Okay.  I have it.
13    Q.  Great.
14        So now on the third page of the
15  document, the bottom right corner -- well, the
16  bottom of the page is 519.  The Bates number
17  ends with 1275.
18        At the top of this page, the
19  title is "Modular Multiplication Without Trial
20  Division" by Peter L. Montgomery.
21        Do you see that?
22    A.  Yes.
23    Q.  So this is the original Montgomery
24  paper, Montgomery reduction paper, right?
25    A.  Yes, it is.

---

54

1    Q.  This paper does not use the word
2  "cancelation" to describe the process of
3  Montgomery reduction, does it?
4    A.  Montgomery original paper is known to
5  be extremely compact paper.  As you can see,
6  it's only three pages -- in fact, two pages,
7  because one of them is references.  So,
8  therefore, he was very succinct in trying to
9  make a point that t gets T plus mN divisible
10  by R.  That's all he cared.
11        All he cared was to show people,
12  hey, T plus mN is divisible by R.  So that's
13  all he did.  And he didn't give an example.  He
14  didn't go through the steps.
15        He's a very succinct person.  I
16  have known him and when he was alive and he was
17  living, and we had worked in the same
18  university.  Yeah.  That's what he does.  Very
19  succinctly, he just tries to prove that T plus
20  mN is divisible by R, period.
21    Q.  You can set that aside.
22        Let's go back to your
23  declaration, paragraph 52, please.
24    A.  Okay.  I have it.
25    Q.  Okay.  The last sentence of -- on

55

1  this page carries over to the next page.  It's
2  not the last -- it's the second-to-last
3  sentence of the paragraph.  And it begins with
4  [as read]:
5        "It describes this
6        replacement."
7        Do you see that?
8        ATTORNEY DESAI:  What page was
9  that again?  I'm sorry.
10        ATTORNEY EKLEM:  Oh, sorry, Joe.
11  We're on --
12        THE WITNESS:  This is -- I don't
13  have the correct -- yeah.
14  BY ATTORNEY EKLEM:
15    Q.  That's okay.  It's page 19 of the
16  declaration, which is Exhibit 1 to the
17  deposition.
18        So, again, Dr. Koc, it's
19  paragraph 52 of your declaration on page 19.
20        THE VIDEOGRAPHER:  Got it.
21        THE WITNESS:  Yeah.
22  BY ATTORNEY EKLEM:
23    Q.  Yeah, so at the bottom of the page is
24  a sentence that begins with -- it describes
25  this replacement, and that sentence carries

56

1  over to the next page.  I just want to point
2  that out because you need to look at the whole
3  sentence here.
4    A.  Yeah.  I do.  I see it.
5    Q.  So in that sentence, you say that
6  [as read]:
7        "The term a0 times
8        n prime times 2 to the w is
9        necessarily modularly
10        equivalent to a0 mod n."
11        Do you see that?
12    A.  Yeah.
13    Q.  Why is that term necessarily
14  equivalent to a0 mod n?
15    A.  The way n prime is computed.
16    Q.  So the modular equivalence comes from
17  the way n prime is computed?
18    A.  Yes.
19    Q.  And n prime is computed -- I think
20  you have it a little higher up in your
21  paragraph.  There's a sentence that says
22  [as read]:
23        "Specifically, the
24        '286 Patent describes using
25        the 'new value' n prime equals

57

1        2 to the minus w mod n for
2        performing Montgomery
3        reduction."
4        Do you see that?
5    A.  Yes, it does.
6    Q.  Okay.  So that's what you're
7  referring to, the computation of n prime where
8  it equals 2 to the minus w mod n?
9    A.  Yes.  In fact, 2 to the minus w n
10  times 2 to the w together would give you one
11  modular n.  That gives you a0.  So a0 is equal
12  to a0 mod n.
13    Q.  So the multiplying by 2 to the minus
14  w is necessary here to make it equivalent to a0
15  mod n, right?
16    A.  Multiplying by 2 to the w, together
17  a0 n prime, would necessarily give you a0 equal
18  to a0 mod n.
19    Q.  Okay.  So then if I took out the 2 to
20  the -- if I took out 2 to the w and if -- if it
21  would -- suppose it was just a0 times n prime;
22  is that still modularly equivalent to a0 mod n?
23    A.  When you're multiplying a0, it would
24  be -- when you're multiplying a0 by another
25  number and adding it to the rest of the a, but

58

1  multiplying a0 by another number, you would
2  obtain a number not necessarily equal to mod n.
3      Q.  Okay.  So multiplying 2 to the w --
4  yeah.  So let me -- let me start over here.
5          So in the expression a0 times
6  n prime times 2 to the w, that expression needs
7  to have 2 to the w there for it to be modularly
8  equivalent to a0 mod n, right?
9      A.  Yes.
10     Q.  Okay.  I see.
11         Okay.  My notes are -- let's go
12 to paragraph 55, please, on page 21.
13         In the middle -- right about in
14 the middle of the paragraph there's a sentence
15 that begins about -- you know, it begins with
16 [as read]:
17         "Because the LSW of the
18         addend a0 times n prime times
19         2 to the w."
20         Do you see that sentence?
21     A.  Yes.
22     Q.  Okay.  That sentence -- inside that
23 sentence there's parentheses, and it says
24 [as read]:
25         "Multiplying 2 to the w

59

1          adds w number of zeros to the
2          end of the addend."
3          Do you see that?
4      A.  Yeah.
5      Q.  So how does multiplying 2 to the w
6  add zeros to the addend?  Because I understand
7  how it works in the decimal example that you
8  gave where you're using ten, so that makes --
9  that's intuitive.
10         But in this context, where it's
11 multiplying by 2 to the w, how does that create
12 zeros?
13     A.  Whether it's modular 10 or modular 2
14 doesn't really makes difference except that
15 humans understand modular 10 better.
16         '286 Patent offers a
17 modification to Montgomery algorithm by
18 introducing n prime, which is equal to 2 to the
19 minus w mod n.
20         And the example on page 23 of my
21 declaration shows the steps of it, where you
22 can either zero LSW of the reductant or don't.
23 And if you add a0 n prime 10 to the w to it,
24 you would have the least significant digit,
25 zero.  And that is what the premise of the

60

1  patent is.  And this example closely follows
2  it.
3      Q.  So in the answer you just gave, you
4  said -- you said you can either zero the least
5  significant word of the reductant or don't.
6          So you were describing the
7  patent, right?  You're saying the patent
8  teaches that you can -- hold on.
9          So you're saying that the
10 '286 Patent teaches that you can either zero
11 the least significant word of the reductant or
12 don't?
13     A.  No, that's not what I said.
14         '286 Patent gives one
15 embodiment, which I have shown in this
16 particular -- in paragraph -- the example in
17 paragraph 56.
18         And there, to your question, as
19 highlighted in yellow here, equals the LSW of
20 the addend is also zero.
21         The answer, yes, it would be
22 zero, because 2 to the w multiplied by 2 to
23 the w, any number, would introduce w 0s to the
24 right of it in bits.
25         And multiplying any number by 10

61

1  to the w in my example would introduce w0s in
2  decimal to the right of it.  And this is the
3  embodiment given in the patent.
4          However, it can be shown that
5  you can 0 the LSW and add the addend.  Or you
6  can add 0 or not.  You can add not n prime, not
7  a0 n prime 2 to the w, but a0 n prime plus n
8  times 2 to the w or minus n 2 to the w.  All of
9  those would also work.
10         And that's the statements in my
11 declaration source very clearly.  But when I
12 look at the patent, I see only one of them
13 being shown by example.
14         And the other one in part of the
15 patent was mentioned in the specification part
16 just in passing.  It could be negative also,
17 which means the patentor was aware of it
18 probably.
19     Q.  Okay.  So then let's go to
20 paragraph 57 of your declaration, please, on
21 page 23.
22     A.  Yeah.  Right here.
23     Q.  So the first sentence here says
24 [as read]:
25         "While both standard

---

62

1    Montgomery method and the
2    '286 Patent's method involve
3    clearing the least significant
4    portions of an unreduced
5    operand and leaving the
6    remainder in the more
7    significant portions, each
8    does so in mathematically
9    distinct ways."
10        Do you see that?
11    A.  Yes.
12    Q.  So what do you mean by "clearing" in
13 this sentence?
14    A.  Cancelation.  Making 0.
15    Q.  So let's move on to paragraph 73 of
16 your declaration, please.
17        Yes.  73, which is --
18    A.  Yes, I have it.
19    Q.  -- bottom of page 30.
20    A.  Yes.  I have it.
21    Q.  This is talking about -- this is in
22 the context of different patents, right?  This
23 is not the '286 anymore.
24    A.  Yeah.
25    Q.  Actually, the exhibit to your

---

63

1 declaration that you're citing here is the
2 '062 Patent.  So I just want to set that
3 straight.
4        So paragraph 73 here, you're
5 discussing portions of the '062 Patent,
6 correct?
7    A.  Yeah.
8    Q.  Okay.
9    A.  I think that's correct.
10    Q.  All right.  So in paragraph 73, the
11 second sentence -- I'm sorry -- the first
12 sentence says [as read]:
13        "The specification
14        describes two types of
15        reduction:  one that is
16        'specific to a certain finite
17        field, or a wordsize
18        reduction.'"
19        Do you see that?
20    A.  Yes.
21    Q.  So in that sentence of the
22 '062 Patent, it's your opinion that the
23 '062 Patent is referring to two different types
24 of finite field reduction?
25    A.  Two types of reduction.  One is to

---

64

1 the finite field, and the other is wordsize
2 reduction.
3    Q.  So the wordsize reduction is not a
4 finite field reduction, correct?
5    A.  Wordsize reduction allows you to
6 eventually do finite field reduction if that's
7 your objective.
8    Q.  But the wordsize reduction is not
9 itself a finite field reduction, right?
10    A.  Again, it depends on the context.  If
11 it is very clearly some algorithm like
12 Montgomery is being used, which keeps the
13 number modular n along its computations and
14 then, therefore, wordsize reduction would
15 eventually produce a number that is equivalent
16 to a number inside the finite field.
17        The difference between finite
18 field reduction was the word size in this
19 context as was given in the specification of
20 this patent.  And the finite field reduction,
21 you would have the number reduced less than n.
22        And the wordsize reduction, you
23 would just -- it's okay to keep the number
24 larger than n but still within certain number
25 of words so that the registers keeping the

---

65

1 number would not be overflow.  That's their
2 difference.
3    Q.  So you said in the wordsize reduction
4 it's okay to keep the number larger than n?
5    A.  In paragraph 74, I explain that
6 further.
7    Q.  Okay.  I saw that you gave an example
8 of how that could work in paragraph 74, but
9 does the patent say that?
10    A.  As an expert with the wordsize
11 reduction and finite field reduction, this is
12 my understanding of what each one of them is.
13 In paragraph 73 and 74, I try to explain that.
14    Q.  Okay.  I just -- I mean, we can look
15 at paragraph 74 here for a second.  I just want
16 to make sure that I didn't miss something.
17        I understand it's your expert
18 opinion that with wordsize reduction the number
19 can stay larger than n.  But does the patent
20 itself say anywhere that in the wordsize
21 reduction the number can stay larger than n?
22    A.  The patent says that the wordsize
23 reduction should lower the length of the result
24 to appropriate word length of the underlying
25 finite field so that those numbers can be kept

---

66

1  in registers of the same word length.  And my
2  paragraph just explains that.
3      Q.  Okay.  Well, we'll get to that
4  example here in a second.
5          Actually, let's just go to
6  paragraph 74 here for a minute.
7          So in paragraph 74 -- in
8  paragraph 74, you're describing the wordsize
9  reduction or what you're calling the wordsize
10  reduction, correct?
11      A.  Yes.  In 73, I'm describing reduction
12  with respect to a finite field.  In
13  paragraph 74, I describe wordsize reduction.
14      Q.  Okay.  When you're describing the
15  wordsize reduction in paragraph 74, you have a
16  citation in the middle of your paragraph to
17  Column 8, lines 44 through 47, of the
18  '062 Patent.
19          Do you see that?
20      A.  Yeah, I do.
21      Q.  Okay.  So let's take a look at that
22  real quick.
23          ATTORNEY EKLEM:  Joe, that's
24      Document 6.  Let's enter that as the next
25      exhibit.

67

1              -  -  -
2          (Whereupon, Exhibit 7 was marked
3      for identification.)
4              -  -  -
5  BY ATTORNEY EKLEM:
6      Q.  And, Dr. Koc, I believe that's
7  Exhibit D to your --
8      A.  Yeah.  Okay.
9      Q.  -- to your declaration, if you have
10  your copy of it.
11      A.  I do.
12          THE VIDEOGRAPHER:  I'm marking
13      Document 6 as Exhibit 7.
14          THE WITNESS:  Go to Column 8?
15  BY ATTORNEY EKLEM:
16      Q.  Yes, please.  Yeah.  Let's go to
17  Column 8.  And then let's just focus on the
18  lines 40 through 49.  That should be enough.
19          THE VIDEOGRAPHER:  What page is
20      that?  I'm sorry.
21          ATTORNEY EKLEM:  It's in
22      Column 8, so I don't have the page number.
23      But just keep going down.  I'll tell you
24      when to stop.  You'll start seeing the
25      columns there in a second.

68

1          THE WITNESS:  Okay.
2  BY ATTORNEY EKLEM:
3      Q.  And then lines 40 through 49 --
4      A.  Yeah.
5      Q.  -- I just want to parse this out a
6  little bit.
7          So at the end of line 40,
8  there's a sentence that says [as read]:
9          "After applying the
10          wordsized algorithm 440, the
11          finite field engine reduces
12          the result using a finite
13          field reduction 450."
14          Do you see that?
15      A.  Yes.
16      Q.  Okay.  So -- so the first thing here
17  is this finite field reduction 450.  And then
18  the next sentence says [as read]:
19          "The finite field
20          reduction may be specific to a
21          certain finite field, or a
22          wordsize reduction."
23      A.  Yes.
24      Q.  So that sentence is describing
25  something about the finite field reduction 450,

69

1  right?
2      A.  Yes.
3      Q.  Okay.  And then the next sentence
4  says [as read]:
5          "The reduction should
6          lower the length of the result
7          to the appropriate word length
8          of the underlying field."
9          Do you see that?
10      A.  Yes.
11      Q.  Okay.  So when it says "the
12  reduction," is it your opinion that the
13  reduction in that third sentence is only
14  talking about the wordsize reduction and not
15  talking about the specific reduction?
16      A.  The following sentence gives you the
17  clue.  The following sentence says [as read]:
18          "This way the finite
19          field elements may be
20          consistently stored in
21          registers of the same word
22          length."
23          So they're talking about
24  wordsize reduction.
25      Q.  Do you think there's another way to

1/9/2026    Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

70

1 interpret that where the reduction that lowers
2 the length of the result is what is supposed to
3 be accomplished by the finite field reduction
4 450?
5     A. The finite field reduction is
6 supposed to obtain a number that's less than n
7 if you're talking about modular n prime fields.
8     And then the wordsize reduction
9 produces a number that fits to the available
10 word length, not beyond that.
11     Could still be less than n.
12 Could be larger than n. There's nothing
13 confusing here, neither in the patent nor in my
14 paragraphs, two paragraphs. It's very clear.
15     Q. Could a reduction specific to a
16 certain finite field achieve the purpose of
17 lowering the length of the result to the
18 appropriate word length of the underlying
19 field?
20     A. We have discussed this before. If
21 the given input is already -- after, let's say,
22 a multiplication, it's already less than n, we
23 end up not reducing it further.
24     So reduction in length is not
25 given, not always -- not always happens. But

---

71

1 it has to be less than n. That's all there is
2 to it.
3     Q. Right. But my question maybe was
4 just a little bit different.
5     My question is:
6     Could -- is it possible for a
7 reduction specific to a certain finite field to
8 achieve the purpose of lowering the length of
9 the result to the appropriate word length of
10 the underlying field?
11     A. I have given several examples in this
12 paragraphs and the follow-up paragraphs that
13 the reduction in total length may not
14 necessarily happen at all times.
15     Q. So --
16     A. In the following paragraph, 76, I
17 give very specific examples.
18     Q. Right. So your examples, I think you
19 said, are intended to show that the -- that it
20 may not necessarily lower the word length, but
21 it could, right?
22     A. Yeah. That necessarily means that.
23 "Not necessarily" means exactly that it could.
24 It may not.
25     Q. Okay. So in paragraph 74 -- I just

---

72

1 want to get a quick clarification of something
2 here.
3     The last sentence of
4 paragraph 74 before -- before your bullet point
5 examples, it says [as read]:
6     "The patents teach
7     storing a" --
8     Excuse me. It says [as read]:
9     "The patents teach
10     storing a finite field
11     elements in two words because
12     the modulus," and then it
13     gives parentheses.
14     It's a little unclear to me what
15 you mean here. It says "because the modulus."
16     But "because the modulus," what?
17     A. In the previous sentence, it says
18 [as read]:
19     "A system of having word
20     size of 3 and a finite field
21     modulus of 10,007."
22     And then -- so two words because
23 5 over 3 rounded up is 2. And so, therefore,
24 all the numbers are -- in this particular
25 finite field, will have two words.

---

73

1     And so a number like 10 million
2 reduced to the specific finite field of 10,007
3 becomes 3,007. But if you do a wordsize
4 reduction of 10 million, then you generate a
5 two-word number congruent to the same number,
6 same result, 3,007.
7     For example, you would have --
8 993,700 would be an acceptable result because
9 they are congruent and they take six digits or
10 two words.
11     Q. Okay. So --
12     A. I explain it that way. And there's
13 nothing wrong here in this part.
14     Q. So then let me just make sure I
15 understand.
16     When you say, "The patents teach
17 storing a finite field elements in two words
18 because the modulus," that means that it
19 teaches storing the elements in two words
20 because the modulus -- it's a function of the
21 size of the modulus, right?
22     A. Yeah. Modulus size.
23     Q. Okay. So in that sentence, it's
24 specific to the modulus?
25     A. Yes, of course. Everything we do is

---

74

1  specific to the modulus. We're doing finite
2  field arithmetic in prime fields. We have a
3  particular modulus, in this case 10,007, which
4  requires six digits or two words. One word has
5  two digits.
6      Q.  Okay. So the modulus is a
7  characteristic of the finite field that you're
8  working with.
9      A.  The modulus defines the finite field.
10     Q.  Okay. So the wordsize reduction
11  reduces the length to a size that is specific
12  to the modulus of the finite field, right?
13     A.  No. Wordsize reduction reduces a
14  number specific to the number of words selected
15  for that operations.
16         That's why you have 993,700, not
17  a number less than 10,007.
18     Q.  And is the number of words selected
19  based on the modulus of the finite field?
20     A.  Precisely. It could be, as long as
21  it's not less than that. It can be bigger if
22  10,007 is five digits. You could at least
23  select six digits, or you could select eight
24  digits, ten digits, all fine.
25     Q.  So the wordsize reduction is specific

75

1  to the finite field that you're working with
2  because it's based on the modulus, right?
3      A.  No. Wordsize reduction is aspecific
4  to the number of words the numbers are
5  represented. And the reduced number could be
6  larger than the modulus but less than the
7  number of words --
8      Q.  Okay.
9      A.  -- it's the total number of
10  words.
11     Q.  The number of words that you choose
12  to use is based on the modulus that you're
13  working with, right?
14     A.  It cannot be less than modulus, but
15  it has to be bigger than the modulus. And it
16  can be quite big, like in this case.
17     Q.  So you have two bullet points that
18  are two different examples in paragraph 74.
19  Let's talk about the first one for a second.
20     A.  Yeah.
21     Q.  The words here say [as read]:
22         "Reducing 10 million with
23         the specific finite field:
24         10 million mod 10,007 equals
25         3,007."

76

1      Q.  Do you see that?
2      A.  Yes.
3      Q.  So what do you mean by "reducing with
4  the specific finite field"? Because that
5  sounds different than reducing -- okay. So let
6  me just take a step back.
7          So the part of the patent that
8  we were talking about discussed these, you
9  know, what we say are two types of reduction.
10  One of them was a reduction specific to a
11  certain finite field, and here you're saying
12  it's a reduction with the specific finite
13  field.
14         Is there a difference there?
15     A.  Two.
16     Q.  So why is the first example here --
17  in what way is it specific to a finite field?
18     A.  The finite field modulus is n equals
19  to 10,007, the result is less than 10,007:
20         That's why.
21     Q.  Okay. It's specific to the finite
22  field because of the fact that you're using a
23  specific modulus, right?
24     A.  Modulus defines the finite field.
25  For the same finite field, I cannot use a

77

1  different modulus. It has to be -- there's
2  only one modulus for every finite field.
3      Q.  Okay. So in your second example, you
4  call it wordsize reduction. And it says
5  [as read]:
6         "Generate a 6-digit
7         (2-word) number congruent to
8         3,007 mod 10,007, for example,
9         993,700."
10         Do you see that?
11     A.  Yes.
12     Q.  Okay. So why are you starting with
13  3,007?
14     A.  Because that's what the result must
15  be congruent to.
16     Q.  And it must be congruent to that
17  because 10 million mod 10,007 is 3,007, right?
18     A.  Indeed.
19     Q.  So in your second example, the number
20  you're generating depends on the modulus,
21  correct?
22     A.  All numbers -- all numbers generated
23  temporarily or finally must be congruent to one
24  another modular n.
25     Q.  Okay. So this wordsize reduction is

---

78

1  specific to this modulus, 10,007, right?
2          ATTORNEY DESAI:  Objection to
3  form.
4          THE WITNESS:  It's specific to
5  its size, then it is -- as you can see,
6  the -- we start with 10 million, which is
7  an eight-digit number.  They apply the
8  reduction algorithm.  If you're lazy, a
9  reduction algorithm would be just
10  continually subtract 10,007 from
11  10 million.
12          Keep doing it until you obtain a
13  number that's in six digits; you can stop.
14  That is the number 9,900 rather than
15  3,700, which is equal to 3,007 modular n,
16  n being 10,007.
17  BY ATTORNEY EKLEM:
18  Q.  So in the first example, the result
19  of the modular operation is 3,007, correct?
20  A.  Yes.
21  Q.  So that -- that fits into two words,
22  correct?
23  A.  That 10,007 doesn't.  10,007 requires
24  six words.  So any other number could be as big
25  as -- nearly as big as 10,007.

---

79

1          For example, any result like
2  10,006 would require five digits, which is at
3  least two words, which is actually six digits.
4  Q.  Well, so in your second example,
5  you're seeking to generate a six-digit,
6  two-word number, correct?
7  A.  My goal is to end up with a six-digit
8  number, not more.
9  Q.  Okay.  But by doing the procedure in
10  the first example, 10 million mod 10,007, you
11  get a number that fits within two words, right?
12  A.  It does.  But any other number --
13  20 million may not produce a four-digit number.
14  You know, two-digit number.  Two-word number,
15  you know.  Another number, another number,
16  another number.  You need to make sure that you
17  have a space for all possible outputs which are
18  as big as 10,007, which is five decimal digits
19  and two words.  And we have decided that we
20  want to give them six digits -- decimal digits
21  because two words actually allows you six
22  decimal digits.
23          So just because one example is
24  only two digits, another example could be even
25  one digit.  Would you reserve a one-digit space

---

80

1  for all such numbers?  That would be very
2  incorrect.
3  Q.  Well, I guess what I'm trying to get
4  to is in your second example -- so both
5  examples are performing some kind of reduction
6  on 10 million, right?
7  A.  Yes.
8  Q.  And the second example creates a
9  six-digit, two-word number by finding one that
10  is congruent to 3,007 mod, 10,007, right?
11  A.  Correct.
12  Q.  So if you -- so you're looking for --
13  you're looking for -- you're looking for a
14  number that's congruent to something that
15  you've already determined.
16  A.  No, that's not correct.  I don't know
17  what I am producing with the reduction
18  algorithm.  The reduction algorithm keeps
19  working.  We have -- together we have looked at
20  Montgomery as well as '286.  That algorithm
21  continually work on the number step by step.
22  And here in bullet number 2, the reduction
23  algorithm is instructed to stop when a
24  six-digit number is reached.  Stop.  And stop,
25  what did they get?  993,700.  Perfect.

---

81

1          Is this number mathematically
2  equivalent to 3,007 modular n?  Yes.  But the
3  computer didn't know that algorithm, doesn't
4  know that algorithm.  Just reduce it with
5  respect to the modulus.
6          It doesn't compute part of them
7  and then, oh, compare them.  We don't do it
8  that way.  We just have a reduction involved,
9  reduction of Type 1, reduction of Type 2.  One
10  is specific to a finite field reduction,
11  modular n.  The other one is with respect to
12  the wordsize reduction, which is six digits or
13  four words, two words here.
14  Q.  So in the -- in the section of
15  Column 8 that we were discussing in the
16  '062 Patent, it says [as read]:
17          "The reduction should
18          lower the length of the result
19          to the appropriate word length
20          of the underlying field."
21          Right?
22  A.  Yes, it did.  In fact, it's still
23  open in front of me, you know, that --
24  Q.  Yeah.
25  A.  -- Column 8, yeah.

---

---

82

1    Q. Yeah.
2        So if your goal is to get it
3    down in your example to two words, six digits
4    or two words, that can be achieved by just
5    doing the first example, right?
6        A. Finite field reduction will also end
7    up a number that is less than six digits. And
8    wordsize reduction, when it reaches six digits,
9    it stops.
10       Q. So why not just take 3,007 and put
11   two zeros in front of it? Then you have six
12   digits and two words.
13       A. 3,007, two zeros in the left or
14   right?
15       Q. On the left. 003,007.
16       A. Where did you get the number?
17       Q. Well, let's look at -- let's go back
18   to the '062 Patent, Column 8.
19       A. Okay.
20       Q. I'm sorry here. Hold on one sec.
21          Yeah. Column 8, line 30 to 35.
22       A. Okay. I'm here.
23       Q. So the second sentence -- well,
24   actually, the whole thing here. Let's start
25   with the first one.

---

83

1        [As read]:
2        "Finite field elements
3        are stored by the finite field
4        engine and memory segments
5        larger than are actually
6        required. The most
7        significant bits are set to 0.
8        Operations can be performed on
9        these elements by acting on
10       the memory segment as a whole,
11       while ignoring the extra
12       digits. This representation
13       is referred to as 'wordsized'
14       representation."
15       So why couldn't you just do
16   that, take 3,007 and add zeros to the
17   significant side to make it match what you're
18   trying to do?
19       A. Can we go back to my declaration, to
20   that 74 paragraph?
21       Q. Yes.
22          THE VIDEOGRAPHER: I apologize.
23   I didn't hear that. You said
24   "declaration"?
25          THE WITNESS: Yes. Declaration,

---

84

1    paragraph 74.
2        THE VIDEOGRAPHER: Stand by.
3        THE WITNESS: Here we have two
4    inputs to the reduction algorithm. Two
5    inputs: 10 million and 10,007.
6        We don't know what the output
7    is. Output is being computed by the
8    reduction algorithm.
9        The reduction algorithm computes
10   the output, 3,007. It could have been
11   some other number. You're welcome. So
12   3,007 is that.
13       In fact, when it is computed, it
14   already had two zeros in front of it
15   because it's in a register of six digits.
16   Already had that two zeros.
17       You cannot -- 3,007 is not given
18   to you. You compute that.
19       I hope I am clear.
20   BY ATTORNEY EKLEM:
21       Q. I think so.
22          So if the zeros are already
23   there with 3,007, then it doesn't -- so then
24   doing example one has the effect of the
25   wordsize reduction of ensuring that it fits

---

85

1    within the required number of words, right?
2        A. N is already less than the number of
3    words provided. When it's less than n, it
4    would be less than the number of words n
5    resides in.
6        ATTORNEY EKLEM: I think we've
7    been on for a little more than an hour,
8    Dr. Koc.
9        Would you like to take five
10   minutes?
11       THE WITNESS: Sure.
12       THE VIDEOGRAPHER: Okay. We are
13   now going off the video record. The time
14   is 10:31 a.m.
15       - - -
16       (Whereupon, a short recess was
17   taken.)
18       - - -
19       THE VIDEOGRAPHER: We're now
20   going back on the video record. The time
21   is 10:40 a.m.
22       ATTORNEY EKLEM: Thank you.
23   BY ATTORNEY EKLEM:
24       Q. Dr. Koc, during the break, did you
25   discuss the substance of your testimony with

---

86

1  counsel?
2      A.  No.
3      Q.  Okay.  So let's go to paragraph 80 of
4  your declaration, please, on page 33.
5      A.  Yeah.  I have it.
6      Q.  So in paragraph 80, just to be clear,
7  you're citing some portions of the '370 Patent,
8  so we'll be talking about a different patent
9  here.
10         In paragraph 80, you say
11  [as read]:
12         "The specification states
13         that 'omitting the public key
14         from the certificate can save
15         on bandwidth and storage and
16         the verification process
17         described above yields reduced
18         verification times.'"
19         Do you see that?
20      A.  Yes.
21      Q.  Do you have an understanding of what
22  bandwidth is?
23      A.  Of course.
24      Q.  Could you explain?
25      A.  At the speed at which data can be

87

1  delivered.
2      Q.  Okay.  And, I mean, is it common to
3  measure bandwidth in units of bits per second
4  or megabits per second or gigabits per second,
5  et cetera?
6      A.  Yes.
7      Q.  Okay.  So the more data that needs to
8  be transmitted, the more time it takes to
9  transmit it, right?
10      A.  True.
11      Q.  So you could -- you could analyze the
12  amount of time it takes to transmit data or,
13  rather, the time it takes -- hold on.  Let me
14  start over.
15         Actually, strike that.  That's
16  okay.
17         Shifting over to paragraph 81.
18      A.  Okay.
19      Q.  In this paragraph, you cite a few --
20  three different portions of the '370 Patent.
21         Do you see that?
22      A.  Yes.
23      Q.  Okay.  One of them is Column 9,
24  lines 9 through 15.
25         ATTORNEY EKLEM:  So, Joe, that's

88

1  Document 8.  Let's go ahead and enter
2  that.
3         -  -  -
4         (Whereupon, Exhibit 8 was marked
5      for identification.)
6         -  -  -
7  BY ATTORNEY EKLEM:
8      Q.  And, Dr. Koc, that's Exhibit F.
9      A.  Yes.
10      Q.  F, as in foxtrot, to your
11  declaration.
12      A.  Are you going to put it on the screen
13  or not?
14         ATTORNEY EKLEM:  Did you catch
15      that?
16         THE VIDEOGRAPHER:  Stand by.
17  It's laggy.  It should come up in a
18  minute.
19         And we're going to mark
20  Document 8 as Exhibit 8.
21         ATTORNEY EKLEM:  And then if you
22  want to take us to Column 9, Joe, lines 9
23  through 14.  Yep.  That paragraph.
24         THE WITNESS:  Yeah.
25

89

1  BY ATTORNEY EKLEM:
2      Q.  So, Dr. Koc, do you see, in the last
3  sentence there, it says --
4      A.  Yeah, I do.
5      Q.  -- [as read]:
6         "In other words,
7      33 percent more signatures can
8      be verified in a given amount
9      of time using the embodiment
10      described above"?
11         Do you see that?
12      A.  Yes.
13      Q.  Okay.  So what it's considering here
14  is a number of signatures verified per amount
15  of time, correct?
16      A.  Yes.
17      Q.  All right.  Let's go to paragraph 83
18  of your declaration, please.
19      A.  83?
20      Q.  Yes.
21      A.  Okay.
22      Q.  And so this -- we're shifting now.
23  This is in the context of the '961 Patent,
24  "Random Number Generators" section of your
25  report.

90

1    A. Yes.
2    Q.  So different patent.  I just want to
3  level set.
4        So in paragraph 83 --
5    A.  Yeah.
6    Q.  -- you distinguish between random
7  number generator, RNG, and pseudorandom
8  generator, PRNG, correct?
9    A.  Correct.
10    Q.  Okay.  And in paragraph 84, the next
11  paragraph, you say [as read]:
12        "To achieve true
13        randomness, RNGs rely on
14        'naturally occurring' source
15        of randomness, not
16        deterministic functions or
17        algorithms."
18        And the next sentence says
19  [as read]:
20        "'Physically' or
21        'naturally occurring' sources
22        of randomness may include any
23        form of physical entropy, such
24        as thermal noise, atmospheric
25        noise, radioactive decay,

91

1        recorded audio or video feeds,
2        or even mouse movements on a
3        computer over time."
4        Do you see that?
5    A.  Yes.
6    Q.  Okay.  So the RNGs that you're
7  referring to in your report, as distinct from
8  PRNGs, the RNGs achieve true randomness using
9  physical or naturally occurring sources of
10  randomness, right?
11    A.  I should probably give you an
12  overview of the subject, then it becomes better
13  understood.
14        The subject of random numbers,
15  random number generator has been in flux since
16  1990s.
17        And by around 2000 or so, it has
18  been well established because cryptography has
19  matured.  And we understood what kind of
20  randomness we need in cryptography versus in
21  other fields where randomness could -- are
22  used.  For example, printing lottery tickets or
23  performing physical simulations, et cetera.
24        RNG is really a general name.
25  It includes everything.  But RNG for

92

1  cryptography is very specific.  And that
2  specifically comes from physically or naturally
3  occurring source of randomness that has higher
4  entropy included.
5        So PRNGs, without any physical
6  randomness injected, would not be suitable for
7  cryptography.
8        RNGs, as long as the definition
9  is very clear, if you're in the context of the
10  cryptography, RNGs must include physical
11  entropy and, therefore, useful because we
12  believe that -- as field people, cryptographic
13  engineers like myself, we believe that random
14  numbers should have two properties for
15  cryptography.
16        One is they have to be uniformly
17  distributed over the values of the numbers;
18  two, they have to be unpredictable.  PRNGs do
19  not produce unpredictable sequences of numbers.
20        They're mathematically related
21  to one another.  So, therefore, PRNGs are not
22  suitable.
23        So now what we do, we don't say
24  "RNG" anymore.  We just say "TRNG," true random
25  number generators.  But over the past

93

1  references of books, papers, still use "RNG."
2  And there we should always say, "What is the
3  context?"  If its context is crypto, then it is
4  TRNG.
5        That's my teaching.
6    Q.  Okay.  So in your declaration, when
7  you say "RNG," you're referring specifically to
8  the true random number generators, right?
9    A.  Especially -- yes, I do, especially
10  if the context is cryptography.
11    Q.  Okay.  And it's your opinion that --
12  okay.
13        So with that understanding, it's
14  your opinion that -- so -- so what you're
15  communicating here in paragraphs 83 and 84 is
16  that a PRNG is not an RNG, meaning a PRNG is
17  not a true random number generator, right?
18    A.  The second part of the sentence is
19  correct.  That is, PRNG is not a true random
20  number generator.  But if you use the word
21  "RNG" for the whole family, PRNG is under the
22  same tree but on the right-hand side, on the
23  left-hand side, whatever, where TRNG isn't.
24    Q.  Have you ever heard of a
25  deterministic random number generator, or DRNG?

24  (Pages 90 to 93)

94

1    A.  We use the word "DRNG" as a synonym
2 to PRNG.
3    Q.  Okay.  And then let's go to
4 paragraph 87 really quick.  87, page 37.
5    A.  Yes.  I got it.
6    Q.  The last sentence here of
7 paragraph 87, you say that [as read]:
8        "Depending on the
9        specific security requirements
10       of a given application, this
11       hybrid model, in which a PRNG
12       generates random numbers using
13       a high-entropy seed value, may
14       be referred to as an 'RNG' or
15       'cryptographically secure
16       PRNG,' because the seed is
17       chosen using a
18       nondeterministic method."
19       Do you see that?
20   A.  Yes.
21   Q.  So earlier you said that under the
22 tree of RNGs, one branch is PRNGs, correct?
23   A.  PRNG and DRNG together, yes.
24   Q.  And so a "cryptographically secure
25 PRNG" would be under the -- under that category

95

1 of -- maybe a subcategory of PRNG/DRNG,
2 correct?
3    A.  Yeah.  That's why you call them
4 hybrids, yes, because you borrow from physical
5 source of randomness to enhance the randomness
6 of the PRNGs.
7    Q.  Okay.
8        ATTORNEY EKLEM:  Okay.  Joe,
9 let's put in Document 13, please, as the
10 next exhibit.
11       - - -
12       (Whereupon, Exhibit 9 was marked
13       for identification.)
14       - - -
15       THE VIDEOGRAPHER:  Document 13
16 will be Exhibit 9.
17 BY ATTORNEY EKLEM:
18   Q.  Do you recognize what's being shown
19 here as Exhibit 9, Dr. Koc?
20   A.  Yes, I do.
21   Q.  Is this one of your textbooks?
22   A.  It is.
23   Q.  And the title is "Cryptographic
24 Engineering," right?
25   A.  Right.

96

1    Q.  Okay.  And this is one of the books
2 that was -- that is listed in your CV, right?
3    A.  Yes.
4    Q.  Okay.  Let's go to the 23rd page of
5 the PDF.
6        I think we have a number problem
7 here.  Go down one more page, please.
8    A.  That's correct.
9    Q.  So this is page -- numbered page 5 of
10 the book.
11   A.  Yeah.
12   Q.  So the first paragraph under the
13 heading "2.1 Introduction."
14   A.  Okay.
15   Q.  And this is in Chapter 2, the title
16 of Chapter 2 on this page.  It says [as read]:
17       "Random Number Generators
18       for Cryptographic
19       Applications."
20       Do you see that?
21   A.  Yes.
22   Q.  Okay.  And so the first paragraph
23 under Section 2.1 says [as read]:
24       "A large number of
25       cryptographic applications

97

1        require random numbers, e.g.,
2        as session keys, signature
3        parameters, ephemeral keys
4        (DSA, ECDSA), challenges or in
5        zero-knowledge protocols.  For
6        this reason, random number
7        generators (RNGs) are part of
8        many IT-security products."
9        Do you see that?
10   A.  Yes.
11   Q.  Okay.  So in this paragraph, does
12 random number generator, RNGs, refer only to
13 true random number generators?
14   A.  Again, the general name, like I said,
15 RNG sometimes used to mean everything.  And for
16 cryptography, it has to be true, or a
17 deterministic random number generator using
18 physical entropy can also pass, depending on
19 the application.
20   Q.  Okay.  In the second paragraph of the
21 page, the second-to-last sentence says
22 [as read]:
23       "Ideally, random numbers
24       should be."
25       Do you see that?

98

1    A.  Yes.
2    Q.  Okay.  Let me read a section of this
3  so I can ask you a question.  It says
4  [as read]:
5        "Ideally, random number
6      generators should be uniformly
7      distributed on their range and
8      independent.  However, this
9      characterizes an ideal RNG,
10      which is a mathematical
11      construction.
12        "In Section 2.2 we
13      formulate the general
14      requirements RNGs should have,
15      and in Section 2.3 we divide
16      the entity of 'real-world'
17      RNGs into several classes."
18        Do you see that?
19    A.  Yes.
20    Q.  Okay.  So this portion of your
21  textbook is distinguishing between an ideal RNG
22  and a real-world RNG, correct?
23    A.  Yeah, it does.
24    Q.  Okay.  And so it also describes here
25  two main classes of real-world RNGs called

99

1  deterministic RNGs and true RNGs, correct?
2    A.  Yes.
3    Q.  So there's at least two kind of RNGs,
4  namely, deterministic RNGs and true RNGs,
5  right?
6    A.  If you look at this section very
7  carefully, an application domain has not been
8  specified.  For a general-purpose usage of
9  RNGs, yes, you can definitely say that.
10        ATTORNEY EKLEM:  Okay.  Let's go
11      down two more pages to numbered page 7.
12      Yeah.  There we go.
13  BY ATTORNEY EKLEM:
14    Q.  So on page 7, you see -- so we're
15  still in -- at the top, we have reminders here.
16  We're in Chapter 2, "Random Number Generators
17  for Cryptographic Applications."  And now we're
18  in "Section 2.3 Classification."
19        Do you see that?
20    A.  Yes.
21    Q.  Okay.  The paragraph under
22  Section 2.3 says [as read]:
23        "Following [1] (which
24      narrows the focus to random
25      bit generators) 'real-world'

100

1        RNGs fall into two main
2      classes.  The first class
3      consists of the deterministic
4      RNGs (DRNGs, aka pseudorandom
5      number generators).  Starting
6      with a seed, DRNGs generate
7      pseudorandom numbers
8      algorithmically.  The true
9      RNGs (TRNGs) form the second
10      class, which falls into two
11      subclasses:  physical TRNGs
12      (PTRNGs) and nonphysical TRNGs
13      (NPTRNGs)."
14        Do you see that?
15    A.  Yes.
16    Q.  Okay.  So I think you've said this --
17  or alluded to this before:  Deterministic RNGs
18  is another name for pseudorandom number
19  generators, right?
20    A.  True.
21    Q.  Okay.  And whichever way you refer to
22  it, DRNGs or PRNGs, they are a type of RNG,
23  correct?
24    A.  They are.
25    Q.  And true RNGs are another type of

101

1  RNG, correct?
2    A.  Also true.
3    Q.  Okay.  So then just -- you can
4  already see it there on the screen here.  Below
5  that paragraph is labeled "Figure 2.1 RNG
6  Classification," showing a tree structure.
7        Do you see that?
8    A.  Yeah.
9    Q.  So at the top of the tree is RNG,
10  right?
11    A.  Yeah.
12    Q.  So one type of RNG is deterministic,
13  and another type is true or nondeterministic,
14  right?
15    A.  Right.
16    Q.  Okay.  And this particular Figure 2.1
17  says "deterministic" under RNG.
18        But that's just another way of
19  saying "pseudorandom number generator," right?
20    A.  Well, you repeat it, yes.
21    Q.  Okay.  So let's go down to the next
22  page, please, at the top.  It's Figure 2.2.
23  The title of it is [as read]:
24        "Pure DRNG:  Generic
25      design."

102

```
 1          Do you see that?
 2     A.  Yeah.
 3     Q.  And it shows the output -- it
 4  describes the output of the generic pure DRNG
 5  design as a random number.
 6          Do you see that?
 7     A.  Yeah.
 8     Q.  So at least this textbook considers
 9  the output of a DRNG, refers to it as a random
10  number, right?
11     A.  You have to qualify that.  You have
12  to go and read the bottom text.  You will see
13  that, first of all, as I said, random number is
14  application domain-dependent.  If your subject
15  is cryptography, then you want to either use
16  true random number generator or come close to
17  true random number generator as much as
18  possible in order to remain secure.
19          That's in the previous page.  It
20  says [as read]:
21          "Depending on the
22      'security anchor.'"
23          So if you look at this, if you
24  read the bottom, which is the part before the
25  second equation, you'll see that this can --
```

103

```
 1  can this be used for cryptographic purposes?
 2  Only if, only if the seed is selected from a
 3  true random number generator and that's not
 4  sufficient, that functions that you see there,
 5  psi and phi, has to satisfy certain
 6  mathematical properties in order for that to be
 7  unpredictable.
 8          Random numbers for other -- for
 9  output applications than cryptography do not
10  need to be unpredictable.  They need to be as
11  close to ideal -- ideality, that is, uniform
12  distribution, as possible.
13          But for cryptography, not only
14  do they have to be uniformly distributed, but
15  they also have to be unpredictable.
16          To inject unpredictability into
17  this picture, you must select a seed from a
18  physical entropy source and plus you have to
19  select those two functions, phi and psi, very
20  carefully.
21     Q.  So three pages down, on page 11 of
22  the document, yeah, the first full paragraph
23  there that starts with [as read]:
24          "A class of DRNGs."
25          Do you see that?
```

104

```
 1     A.  Yes.
 2     Q.  It says [as read]:
 3          "A class of DRNGs which
 4      is very interesting from a
 5      theoretical point of view are
 6      cryptographically secure
 7      RNGs."
 8          Do you see that?
 9     A.  Yes.
10     Q.  So cryptographically secure RNGs is a
11  type of RNG, right?
12     A.  Yes.
13     Q.  And in this case, it's a class of
14  DRNG, which is a pseudorandom number generator,
15  right?
16     A.  A class, however, very special
17  because they depend on well-known functions of
18  computability problems.
19          ATTORNEY EKLEM:  Okay.  Let's go
20  back four pages -- I'm sorry -- five
21  pages, PDF 24.  Yeah, starts with -- nope.
22  Nope.  Down one.
23          Thank you.
24  BY ATTORNEY EKLEM:
25     Q.  So the second paragraph under
```

105

```
 1  Section 2.2 here says [as read]:
 2          "A closer look at typical
 3      applications allows a positive
 4      formulation of necessary
 5      requirements.  Absolutely
 6      inevitable is
 7          "(R1) The random numbers
 8      should have good statistical
 9      properties."
10          Do you see that?
11     A.  Yes.
12     Q.  So this requirement, R1, is presented
13  as a requirement for RNGs, correct?
14     A.  General-purpose RNGs.
15     Q.  But it has to be true for TRNGs as
16  well, right?
17     A.  TRNGs do also satisfy R1 and more.
18     Q.  Okay.  So PRNGs or DRNGs, whichever,
19  and TRNGs have to satisfy R1, correct?
20     A.  Yes.  They both do.
21     Q.  Later down on the page is R2.
22          Do you see that near the bottom?
23     A.  Yes, yes.
24     Q.  R2 says [as read]:
25          "The knowledge of
```

1/9/2026        Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

106

1    subsequences of random numbers
2    shall not allow one to
3    practically compute
4    predecessors or successors or
5    to guess the numbers with
6    nonnegligibly larger
7    probability than without
8    knowledge of these
9    subsequences."
10       Do you see that?
11   A.  Yes.
12   Q.  This is a requirement for DRNGs,
13  TRNGs, and PRNGs, correct?
14   A.  No.  This is a requirement for TRNGs.
15  DRNGs or PRNGs do not have this property, not a
16  requirement for them either.
17   Q.  So R2 is not a requirement for PRNGs
18  or DRNGs?
19   A.  That's an incorrect way of stating
20  it.  PRNGs and DRNGs do not satisfy art.  They
21  only satisfy R1.
22          TRNGs, on the other hand,
23  satisfy both R1 and R2.
24   Q.  So you're saying that a DRNG or a
25  PRNG does not satisfy R2?

---

107

1    A.  They don't have to.  And, generally,
2   they don't.  Yes.
3    Q.  Well, so this section of the book,
4   though, is presenting R1 and R2 as requirements
5   of RNGs generally, right?
6    A.  Like I said, but then it goes into
7   the specifics and says that RNGs for the
8   purposes of general computations, PRNG and TRNG
9   are sufficient to where R1 is satisfied.
10          But RNGs for the purpose of
11  cryptography must require R2 -- must satisfy
12  R2.  And then they can be used for that
13  purpose.
14          If you want to take a DRNG and
15  use it in cryptography, then you must make sure
16  that you provide some physical entropy to it.
17  Then it comes -- not exactly becomes TRNG but
18  it comes near to it.
19          That's an expert opinion, not
20  just mine, including this fellow Werner
21  Schindler, who works for German NSA.
22   Q.  So does this -- does this discussion
23  say that DRNGs and PRNGs do not satisfy R2?
24          I don't see where it says that.
25   A.  Again, you are convoluting the

---

108

1   sentence.  This discussion says that DRNGs must
2   satisfy R1 and stop there.  And TRNGs must
3   satisfy both, R1 and R2.
4    Q.  So the sentence below R2 says
5   [as read]:
6          "In Section 2.4 we will
7       introduce two further
8       requirements that are
9       characteristic for DRNGs."
10          Do you see that?
11   A.  Yeah.
12   Q.  So why is it that -- why is it that
13  DRNGs don't satisfy R2 if the further
14  requirements are explained down below?
15   A.  Let's go to 2.4.
16   Q.  Well, my question is about this
17  section, though, because what it's saying is
18  that "further requirements for DRNGs."
19   A.  And just because that sentence is
20  below R2, that you think that it has to be R2.
21  No, it doesn't.  So to clarify that, you should
22  go to Section 2.4 to discover what those
23  requirements are.
24   Q.  So you're saying that with a PRNG or
25  DRNG they do allow someone to practically

---

109

1   compute predecessors and successors?
2    A.  They are mathematically possible.
3   And many -- there are many examples of
4   cryptographic systems broken because those
5   computations were possible.
6    Q.  So "practically compute" means
7   "possible to compute"?
8    A.  More than that.
9          ATTORNEY DESAI:  Objection to
10          form.
11          THE WITNESS:  More than that.
12          Practically computes that with the
13          existing computing arsenal we had in a
14          very reasonable amount of timing, hours or
15          maybe no more than days, it can be
16          computed.
17  BY ATTORNEY EKLEM:
18   Q.  So could you -- I mean, so then what
19  does it mean to allow one to practically
20  compute predecessors or successors?  Can you
21  explain what that means?
22   A.  It means with a small amount of
23  resources, computing and money and small amount
24  of time, you can do it.
25   Q.  What's a small amount of time?

---

1/9/2026          Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

110

1    A.  Minutes sometimes.  But not years.
2    Q.  And you're saying whether something
3  is practical to compute depends on the time
4  frame because technology changes?
5    A.  The current time frame, yes.
6  Practical could be different 100 years from
7  today where we have, I don't know, quantum
8  computers.  You know, we're talking about this
9  decade, more or less, or last decade at most.
10    Q.  Okay.  So let's go back to your
11  declaration, please, and go to paragraph 86.
12    A.  Okay.  Thank you.
13    Q.  Okay.  You're there, Dr. Koc?
14    A.  Yeah.  Yes, I am.
15    Q.  Thank you.
16    A.  Yeah.
17    Q.  And in the middle of the paragraph
18  starts a sentence [as read]:
19         "The earliest version of
20         DSS, which published in 1994,
21         distinguishes between randomly
22         generated and pseudorandomly
23         generated integers (i.e.,
24         numbers)."
25             And then you have a citation

---

111

1  there to Exhibit P to your declaration.
2         Do you see that?
3    A.  Yeah.
4    Q.  Okay.  But you have in here
5  quotations from that document --
6    A.  Yeah.
7    Q.  -- where it says [as read]:
8         "x equals a randomly or
9         pseudorandomly generated
10         integer.  k equals a randomly
11         or pseudorandomly generated
12         integer."
13         Do you see that?
14    A.  Yes.
15    Q.  So for purposes of DSA, random or
16  pseudorandom is acceptable, right?
17    A.  This is not standard.  As you said,
18  it was published in 1994, and a lot of things
19  have changed since then.
20         Standards do not necessarily
21  really tell you what key lengths to select and
22  how much secure you will be, but it just makes
23  the computational steps very clear.
24         As you can see, it says "random
25  or pseudorandom," which means truly random or

---

112

1  zero random.  We can use both.
2         But that's from 1994 until
3  today, at 30 years as an expert.  Not just
4  myself, also Werner Schindler would tell you,
5  for cryptography, you must select it randomly,
6  truly randomly, period.
7         ATTORNEY EKLEM:  Why don't we
8    take a ten-minute break.  I need to go
9    through my notes here.  I think we might
10    be finished.
11         THE VIDEOGRAPHER:  Now going off
12    the video record.  The time is 11:27 a.m.
13           - - -
14         (Whereupon, a short recess was
15    taken.)
16           - - -
17         THE VIDEOGRAPHER:  We are now
18  going back on the video record.  The time
19  is 11:38 a.m.
20         ATTORNEY DESAI:  Okay.  I have a
21    few -- sorry.  Are you done?
22         ATTORNEY EKLEM:  Almost.
23         ATTORNEY DESAI:  Sorry.  Sorry.
24    Go ahead.
25         ATTORNEY EKLEM:  Yes.

---

113

1  BY ATTORNEY EKLEM:
2    Q.  Dr. Koc, did you have any
3  conversations with counsel during the break
4  about the substance of your testimony?
5    A.  No.
6         ATTORNEY EKLEM:  Okay.  I have
7    no further questions at this time.
8         ATTORNEY DESAI:  Okay.
9           - - -
10    E X A M I N A T I O N
11           - - -
12  BY ATTORNEY DESAI:
13    Q.  Dr. Koc, do you have your
14  declaration?
15    A.  Yes.
16    Q.  Okay.  Could you turn to
17  paragraph 57.
18    A.  Yes.
19    Q.  So we're at page 23 for the screen --
20    A.  Yeah.
21    Q.  -- paragraph 57.
22         Okay.  And in this paragraph,
23  you state that [as read]:
24         "Both the standard
25         Montgomery method and the

---

29  (Pages 110 to 113)

1/9/2026       Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

---

114

1    '286 Patent method involve
2    clearing the least significant
3    portions of an unreduced
4    operand."
5         Do you see that?
6    A. Yes.
7    Q. Okay. Now, Mr. Eklem asked you what
8    "clearing" means, and I believe you said
9    "cancelation."
10        Do you recall that testimony?
11   A. Yes.
12   Q. Okay. Is it your testimony that both
13   the standard Montgomery method and the
14   '286 Patent method used cancelation?
15   A. Yes.
16        ATTORNEY EKLEM: Objection.
17   Leading.
18        ATTORNEY DESAI: Okay. I'm
19   sorry.
20   BY ATTORNEY DESAI:
21   Q. So how are the least significant
22   portions cleared in standard Montgomery
23   reduction?
24   A. By adding m times n clears off the
25   least significant word.

---

115

1    Q. When you say "clears off the least
2    significant word," can you be more specific
3    what you mean?
4    A. Makes it zero. Makes it zero, the
5    least significant word.
6    Q. Okay. And how are the least
7    significant portions cleared in the '286 Patent
8    method?
9    A. By adding 2a -- a0 n prime 2 to
10   the w.
11   Q. And if we go to -- if we go to
12   paragraph 54, your declaration.
13   A. Yes.
14   Q. At the bottom of page 20, there is a
15   reference to [as read]:
16        "MARA's proposed
17        construction of
18        'replacement'"?
19   A. Yeah.
20   Q. Okay. And you see that the
21   construction is [as read]:
22        "Add a modular equivalent
23        of the operand's least
24        significant word to the more
25        significant words of the

---

116

1         operand such that the result
2         can be shifted down to drop
3         the least significant word."
4            Do you see that?
5    A. Yes.
6    Q. If you have an operand and you add a
7    modular equivalent of the operand's least
8    significant word, does that addition
9    necessarily result in zeroing the least
10   significant word of the operand?
11   A. No. It would depend. It has to be
12   selected. Those multiplication --
13   multiplicative factor has to be correctly
14   selected.
15   Q. Okay. Can we go to -- back to
16   page 23. I want to just pull up that example
17   you have on page 23.
18   A. Yes.
19   Q. Okay. Now, this is an example of the
20   '286 Patent method; is that right?
21   A. Yes.
22   Q. Okay. And in Step 3, what's
23   happening there?
24   A. The last two digits are -- according
25   to the '286 Patent, are made little. That's

---

117

1    what it's done, yeah.
2    Q. Can you perform the '286 Patent
3    method without zeroing the least significant
4    word first?
5    A. I have tried that. And in the
6    example, I can leave that 95 there and go ahead
7    and add to it T0 n prime 10 to the w because
8    that number is already -- has two zeros on the
9    right. It doesn't touch the 95. 95 remains in
10   place. The rest of the number is affected.
11   And so you can go ahead and shift it to right,
12   ignore 95, still have the correct result.
13   Q. Okay. So if we omit the zeroing
14   Step 3, okay -- you understand?
15   A. Yes.
16   Q. -- and we do Step 4 now, that would
17   mean you would do -- the addition would be
18   39195 plus 95 times 65 times 10 squared, right?
19   A. Right.
20   Q. And you could do the math yourself,
21   but would you agree that the result of that,
22   what I just stated, would be 656695?
23        Do you want to just confirm
24   that?
25   A. True. Yes. Yes.

---

118

1    Q.  So that would be an example of adding
2  a modular equivalent of the operand's least
3  significant word that does not result in
4  zeroing the least significant word of the
5  operand?
6    A.  Indeed, correct.
7    Q.  So we would have arrived at the same
8  place in Step 5 when we shift the two digits
9  right, and we did that without having added to
10  zero the least significant word, right?
11    A.  True.  True.
12    Q.  So unlike standard Montgomery, is it
13  fair to -- is it fair to say that the '286
14  method does not require an addition that zero
15  is the least significant word?
16    A.  It doesn't.
17      ATTORNEY DESAI:  I don't have
18  any further questions.  Thank you.
19      ATTORNEY EKLEM:  Just a minute.
20  We don't have to take a -- sorry.  I was
21  going to say we don't need to break.  Just
22  give me one second.
23      Just a quick follow-up.
24          - - -
25      E X A M I N A T I O N

119

1          - - -
2  BY ATTORNEY EKLEM:
3    Q.  Dr. Koc, in the -- your counsel was
4  just asking you about your example on page 23
5  of your declaration.
6    A.  Yeah.
7    Q.  As I understand it, the -- counsel
8  was asking you about modifying that example
9  such that in Step 3 this least significant word
10  of T is not zeroed such that in Step 4 the T0
11  would be 39195, correct?
12    A.  Yes.
13    Q.  And so if you did that, you're saying
14  that the answer at the very end would still
15  come out to 87?
16    A.  Yes, it would.  Because all the
17  temporary results would be the same as this
18  example, and you would end up with 87.
19    Q.  So help me understand a little bit.
20      You're saying that the temporary
21  results -- you're saying that the temporary
22  results would be the same as this example,
23  meaning if you did Steps 1 through 8 at each
24  step of Figure 7?
25      ATTORNEY DESAI:  Objection.

120

1  Form.
2      THE WITNESS:  So let me explain
3  that to you.  Look at Steps 3, 4, 5.
4      In one branch of computation,
5  you zero the last two digits.  You're at
6  095.  Add T0 n prime 10 to the w.
7  BY ATTORNEY EKLEM:
8    Q.  Uh-hum.
9    A.  And so that way you get 656600.  And
10  you shift it right; you have 6566.
11      And in the other branch of
12  computation, you don't zero 39195.  You
13  remain -- you keep 95.
14      Now, when you keep 95, you have
15  39195.  Then add it to it, 95 times 65 times
16  100, doesn't touch the lower digits.  Because
17  that 100, whatever the product 65 times 95 is,
18  that 100 makes it two zero on the right.  It
19  doesn't touch the 95.  95 remains in place, so
20  the number becomes 656695.
21      Now, go ahead and shift it two
22  digits to right, you get 6566s, which is the
23  same as Step 5.  This particular example is
24  short.  Really, 3, 4, 5 is the only three --
25  only step as needed.  The 6, 7, 8 is not '286

121

1  regular steps.  It's the Montgomery reduction
2  step, because the '286 algorithm works that
3  way.  Defines itself to be multiple steps of
4  Lambert, let's call it, because that was the
5  inventor, Lambert reduction 3, 4, 5, another 3,
6  4, 5, another 3, 4, 5, but the number is
7  bigger, modulus is bigger when all of them are
8  finished, and you do a Montgomery and you have
9  the result.
10      So what I'm saying is that for
11  every 3, 4, 5 type of steps, results for the
12  fifth step, at the end of fifth step, would be
13  the same whether you erased that two digits or
14  not erased two digits.  So that way, when you
15  enter the Montgomery step, it would enter at
16  the same number and compute the same result,
17  87.
18    Q.  So in that scenario, in this modified
19  scenario we're talking about where you don't
20  zero at Step 3, at Step 4, are you still adding
21  a modular equivalent?
22    A.  Writing the same number, you can.
23  You write the same number, 95 times 65 times
24  100, and to the number that was -- whose last
25  two digits was not zero.

1/9/2026          Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.     Dr. Çetin Kaya Koç

122

1   Q.  Okay.  Got it.
2           ATTORNEY EKLEM:  Okay.  I have
3   no further questions.
4           Dr. Koc, thank you for your
5   time.
6           THE VIDEOGRAPHER:  With that,
7   we're concluding the deposition.  The time
8   on the record is 11:54 a.m.
9           THE COURT REPORTER:  Can I get
10  the orders for the record.
11          Mr. Eklem, I think we have a
12  standing order.
13          Mr. Desai, would you like an
14  immediate rough draft and an expedited
15  copy?
16          ATTORNEY DESAI:  Yes, please.
17          THE COURT REPORTER:  And what
18  would you like for the final?
19          ATTORNEY DESAI:  We can take the
20  final like Tuesday of next week.
21          THE COURT REPORTER:  Okay.
22  That's fine.
23          THE VIDEOGRAPHER:  Okay.
24              -  -  -
25

123

1           (Whereupon, the deposition
2   was concluded at 11:54 a.m.)
3               -  -  -
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

124

1              CERTIFICATE
2           I HEREBY CERTIFY that the
3   proceedings, evidence and objections are
4   contained fully and accurately in the
5   stenographic notes taken by me upon the
6   deposition of ÇETIN KAYA KOC, taken on
7   1/9/26 and that this is a true and correct
8   transcript of same.
9
10
11
12   _____
13          Jennifer Miller, RMR, CCR, CRR
14          and Notary Public
15
16
17
18
19
20
21       (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means
24   unless under the direct control and/or
25   supervision of the certifying reporter.)

125

1   Case: Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.
2   Witness Name:  Dr. Çetin Kaya Koç
3   Deposition Date:  01/09/2026
4
5
6   Please be advised that the transcript in the above
7   referenced matter is now complete and ready for signature.
8   The deponent may come to this office to sign the transcript,
9   a copy may be purchased for the witness to review and sign,
10  or the deponent and/or counsel may waive the option of
11  signing. Please advise us of the option selected.
12  Please forward the errata sheet and the original signed
13  signature page to counsel noticing the deposition, noting the
14  applicable time period allowed for such by the governing
15  Rules of Procedure. If you have any questions, please do
16  not hesitate to call our office at (202)-232-0646.
17
18  Sincerely,
19  Digital Evidence Group
20  Copyright 2026 Digital Evidence Group
21  Copying is forbidden, including electronically, absent
22  express written consent.
23
24
25

1/9/2026          Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.    Dr. Çetin Kaya Koç

```
                                                126

  1   Digital Evidence Group, L.L.C.
  2   1730 M Street, NW, Suite 812
  3   Washington, D.C. 20036
  4   (202) 232-0646
  5
  6   SIGNATURE PAGE
  7   Case: Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.
  8   Witness Name:  Dr. Çetin Kaya Koç
  9   Deposition Date: 01/09/2026
 10   I do hereby acknowledge that I have read
 11   and examined the foregoing pages
 12   of the transcript of my deposition and that:
 13   (Check appropriate box):
 14   (  ) The same is a true, correct and
 15   complete transcription of the answers given by
 16   me to the questions therein recorded.
 17   (  ) Except for the changes noted in the
 18   attached Errata Sheet, the same is a true,
 19   correct and complete transcription of the
 20   answers given by me to the questions therein
 21   recorded.
 22
 23   _____    _____
      DATE              WITNESS SIGNATURE
 24   _____    _____
 25   DATE              NOTARY
```

```
                                                127

  1              Errata Sheet
  2   NAME OF CASE:     Malikie Innovations Ltd., et al. vs Mara Holdings, Inc.
  3   DATE OF DEPOSITION: 01/09/2026
  4   NAME OF WITNESS:    Dr. Çetin Kaya Koç
  5   Reason Codes:  1. To clarify the record.
  6                  2. To conform to the facts.
  7                  3. To correct transcription errors.
  8   Page _____ Line _____ Reason _____
  9   From _____ to _____
 10   Page _____ Line _____ Reason _____
 11   From _____ to _____
 12   Page _____ Line _____ Reason _____
 13   From _____ to _____
 14   Page _____ Line _____ Reason _____
 15   From _____ to _____
 16   Page _____ Line _____ Reason _____
 17   From _____ to _____
 18   Page _____ Line _____ Reason _____
 19   From _____ to _____
 20   Page _____ Line _____ Reason _____
 21   From _____ to _____
 22   Page _____ Line _____ Reason _____
 23   From _____ to _____
 24              _____
 25              CETIN KOC
```

33 (Pages 126 to 127)