IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.<br><br>Plaintiffs,<br><br>v.<br><br>MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC.)<br><br>Defendant. | CASE NO. 7:25-CV-00222-DC-DTG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO STAY**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") respectfully submit this Unopposed Motion to Extend Time to respond to Defendant's Opposed Motion to Stay Pending Ex Parte Reexamination (Dkt. 54).

Defendant filed its motion to stay on January 20, 2026. Plaintiffs' deadline to respond is currently January 27, 2026. Plaintiffs request a 1-week extension of time, which would move the deadline to February 3, 2026 as follows:

| Item | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Deadline to Respond to Defendant's Motion to Stay | January 27, 2026 | February 3, 2026 |

Plaintiffs' requested extension does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event. Defendant does not oppose the requested relief.

1

Dated: January 23, 2026

Respectfully Submitted,

*/s/ Mark D. Siegmund*
Khue V. Hoang
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Of Counsel*:

Mark D. Siegmund, TX Bar No. 24117055
**Cherry Johnson Siegmund James, PC**
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

*Attorneys for Plaintiffs*
*Malikie Innovations, Ltd. and*
*Key Patent Innovations, Ltd.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 22, 2026, counsel for Plaintiffs and counsel for Defendant conferred via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant does not oppose the requested relief.

> */s/ Philip J. Eklem*
> Philip J. Eklem

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this 23rd day of January 2026.

> */s/ Mark D. Siegmund*
> Mark D. Siegmund