**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 7:25-cv-00222-DC-DTG |
| MARA HOLDINGS, INC. F/K/A MARATHON DIGITAL HOLDINGS, INC. | § § § § | |
| Defendant. | § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

After consideration of the Opening Claim Construction brief (Dkt. No. 52), the Court hereby appoints Joshua J. Yi, Ph.D. as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between the plaintiffs and the defendant and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form on a USB drive, and the claim construction briefs in paper form to:

Dr. Joshua J. Yi
13492 Research Blvd; Ste. 120 – #445
Austin, TX 78750-2254
E-mail: josh@joshuayipatentlaw.com

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi no later than January 29, 2026. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi no later than one business day after filing.

**SIGNED** this 26th day of January, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE