**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD and** | § | |
| **KEY PATENT INNOVATIONS LTD,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **CASE NO. 7:25-CV-00222-DC-DTG** |
| *v.* | § | |
| | § | |
| **MARA HOLDINGS, INC (f/k/a** | § | |
| **Marathon Digital Holdings, Inc.),** | § | |
| | § | |
| *Defendant,* | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO RESPOND (DKT. NO. 55)**

Pending before the Court is the plaintiffs, Malikie Innovations Ltd. and Key Patent Innovations Ltd.'s first unopposed motion for an extension of time to respond to the defendant, Mara Holdings, Inc.'s motion to stay the case (Dkt. No. 55). The plaintiffs seek to extend the response deadline by one (1) week. Having considered the motion, the Court finds it should be **GRANTED**.

It is **ORDERED** that the plaintiffs shall respond to the defendant's motion to stay the case on or before **February 3, 2026**.

**SIGNED** this 28th day of January, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE