UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD, <br><br> *Plaintiffs*, <br><br> vs <br><br> MARA HOLDINGS, INC. <br><br> *Defendant*. | Case No. 7:25-cv-00222-DC-DTG |

### DEFENDANT'S NOTICE OF USPTO'S GRANTING OF *EX PARTE* REEXAMINATION AS TO THE '062 AND '960 PATENTS

Defendant MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.) ("MARA") respectfully submits this Notice to alert the Court to the USPTO's decisions to grant *ex parte* reexaminations as to a third and fourth of the six asserted patents in this case. On February 11, 2026, the USPTO granted reexamination of U.S. Patent Nos. 8,666,062 (the "'062 Patent") and 7,372,960 (the "'960 Patent") finding that a substantial new question of patentability is raised by the request for *ex parte* reexamination. Copies of the USPTO's decisions relating to the '062 and '960 Patents are attached as Exhibit A and B.

There are six asserted patents in this case. As previously noted in, the USPTO has already issued decisions granting *ex parte* reexaminations of the '286 and '827 patents. *See* MARA's Reply in Support of Motion to Stay Pending Ex Parte Reexamination (Dkt. 62), at 1. Requests for *ex parte* reexamination of the remaining two patents are still pending.

Respectfully submitted,

Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
(512) 495-6300 – Telephone

4896-6962-8815

(512) 495-6399 – Facsimile

By: */s/ Steve Wingard*

    Steve Wingard
    State Bar No. 00788694
    swingard@scottdoug.com
    Stephen L. Burbank
    State Bar No. 24109672
    sburbank@scottdoug.com
    Robert P. Earle
    State Bar No. 241245566
    rearle@scottdoug.com

**ATTORNEYS FOR DEFENDANT MARA HOLDINGS, INC.**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF electronic noticing system on this the 13th day of February 2026.

*/s/ Steve Wingard*
Steve Wingard

2

4896-6962-8815