**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.<br><br>Plaintiffs,<br><br>v.<br><br>MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC<br><br>Defendant. | CASE NO. 7:25-cv-00222-DC-DTG<br><br>JURY TRIAL DEMANDED |

**MARA'S NOTICE OF SUBMISSION OF ERRATA TO DR. KOÇ'S
EXPERT DECLARATION IN SUPPORT OF MARA'S OPENING
CLAIM CONSTRUCTION BRIEF**

TO THE HONORABLE JUDGE DAVID COUNTS:

Defendant hereby advises the Court that, on January 8, 2026, Defendant sent to Plaintiffs an errata to the expert declaration of Dr. Çetin Kaya Koç, which was submitted in support of Defendant's Opening Claim Construction Brief (D.I. 52-2). The errata, attached as Exhibit A, contains corrected language for paragraphs 16 and 76 of Dr. Koç's opening expert declaration.

Dated: February 13, 2026

Respectfully Submitted,

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

*/s/ Anish Desai*
Anish Desai
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
Paul, Weiss, Rifkind, Wharton &

Garrison LLP
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
Priyata Patel
W. Sutton Ansley
Eric C. Westerhold
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

*Counsel for Defendant MARA Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 13, 2026, I caused correct copies of the foregoing document to be served via email on all counsel of record.

*/s/ Anish Desai*
Anish Desai