UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| Malikie Innovations Ltd. and<br>Key Patent Innovations Ltd.,<br><br>        Plaintiffs,<br><br>      v.<br><br>MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.)<br><br>        Defendant. | Case No. 7:25-cv-00222-DC-DTG<br>JURY TRIAL DEMANDED |

## ERRATA TO THE EXPERT DECLARATION OF DR. ÇETIN KAYA KOÇ IN SUPPORT OF MARA'S OPENING CLAIM CONSTRUCTION BRIEF

I, Dr. Çetin Kaya Koç, provides the following errata to clarify and/or correct my December 17, 2025 Expert Declaration in support of Defendant MARA Holdings, Inc.'s Opening Claim Construction Brief:

| Paragraph | Original Language | Corrected Language |
|---|---|---|
| 16 | Exhibit E U.S. Patent No. 8,788,827 B2 to Marinus Struik et al. (filed September 14, 2012, issued July 22, 2014) | Exhibit E U.S. Patent No. 8,788,827 B2 to Marinus Struik et al. (filed September 14, 2012, issued July 22, 2014)<br><br>Exhibit F U.S. Patent No. 10,284,370 B2 to Marinus Struik et al. (filed June 27, 2014, issued May 7, 2019) |
| 76 | Calculating 5 – 6 mod 19: subtracting 6 from 5 generates an unreduced result −1. Performing modular reduction on the unreduced result −1 (i.e., −1 mod 19) yields a reduced result 18, who's bit-length is more than the unreduced result, not lowered | Calculating 5 – 6 mod 19: subtracting 6 from 5 generates an unreduced result −1. Performing modular reduction on the unreduced result −1 (i.e., −1 mod 19) yields a reduced result 18, who's bit-length is the same as the unreduced result, not lowered. |

| 76 | [3] Under a typical method to represent negative integers in binary called two's complement, –1 is represented as 11 and 18 is represented as 010010. | [3] Under a typical method to represent negative integers in binary called two's complement, –1 is represented as 111111 and 18 is represented as 010010. |

Dated: January 7, 2026

*(signature)*

_____

Dr. Çetin Kaya Koç