## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD,<br><br>*Plaintiffs*,<br><br>vs<br><br>MARA HOLDINGS, INC.<br><br>*Defendant*. | Case No. 7:25-cv-00222-DC-DTG |

### DEFENDANT'S NOTICE OF USPTO'S GRANTING OF *EX PARTE* REEXAMINATION AS TO THE '370 Patent

Defendant MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.) ("MARA") respectfully submits this Notice to alert the Court to the USPTO's decisions to grant *ex parte* reexaminations as to a fifth of the six asserted patents in this case. On February 18, 2026, the USPTO granted reexamination of U.S. Patent Nos. 10,284,370 (the "'370 Patent"), finding that a substantial new question of patentability is raised by the request for *ex parte* reexamination. A copy of the USPTO's decision relating to the '370 Patent is attached hereto as Exhibit A.

There are six asserted patents in this case. As previously noted, the USPTO has already issued decisions granting *ex parte* reexaminations of the '286, '827, '062, and '960 patents. *See* MARA's Reply in Support of Motion to Stay Pending Ex Parte Reexamination (Dkt. 62) and MARA's Notice of USPTO's Granting of *Ex Parte* Reexamination as to the '062 and '960 patents (Dkt.66).

The request for *ex parte* reexamination of the remaining patent is still pending.

        Respectfully submitted,

        Scott Douglass & McConnico LLP
        303 Colorado Street, Suite 2400
        Austin, TX  78701-3234
        (512) 495-6300 – Telephone
        (512) 495-6399 – Facsimile


By: */s/ Steve Wingard*

        Steve Wingard
        State Bar No. 00788694
        swingard@scottdoug.com
        Stephen L. Burbank
        State Bar No. 24109672
        sburbank@scottdoug.com
        Robert P. Earle
        State Bar No. 241245566
        rearle@scottdoug.com

**ATTORNEYS FOR DEFENDANT MARA HOLDINGS, INC.**


CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF electronic noticing system on this the 18th day of February, 2026.


        */s/ Steve Wingard*
        Steve Wingard

2