# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.** § § § § § § | NO:   MO:25-CV-00222-DC-DTG |
| vs. | |
| **MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC.)** *Defendant* | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, March 04, 2026 at 09:00 AM (2 hour time block).

**IT IS SO ORDERED** this **23rd day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE