UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD, <br><br> *Plaintiffs*, <br><br> vs <br><br> MARA HOLDINGS, INC. <br><br> *Defendant*. | Case No. 7:25-cv-00222-DC-DTG |

**DEFENDANT'S NOTICE OF USPTO'S GRANTING OF *EX PARTE* REEXAMINATION AS TO THE '961 PATENT**

Defendant MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.) ("MARA") respectfully submits this Notice to alert the Court to the USPTO's decision to grant *ex parte* reexamination as to the sixth and final patent asserted in this case. On March 10, 2026, the USPTO granted reexamination of U.S. Patent 7,372,961 (the "'961 Patent"), finding that a substantial new question of patentability is raised by the request for *ex parte* reexamination. A copy of the USPTO's decision relating to the '961 Patent is attached hereto as Exhibit A.

There are six asserted patents in this case. As previously noted, the USPTO has already issued decisions granting *ex parte* reexaminations as to five of them – the '286, '827, '062,'960, and '370 patents. *See* MARA's Reply in Support of Motion to Stay Pending *Ex Parte* Reexamination (Dkt. 62), MARA's Notice of USPTO's Granting of *Ex Parte* Reexamination as to the '062 and '960 patents (Dkt.66), and MARA's Notice of USPTO's Granting of *Ex Parte* Reexamination as to the '370 patent (Dkt. 71).

Accordingly, the USPTO has now granted *ex parte* reexamination as to all six of the patents asserted in this case.

4922-9102-9654

Respectfully submitted,

>Scott Douglass & McConnico LLP
>303 Colorado Street, Suite 2400
>Austin, TX 78701-3234
>(512) 495-6300 – Telephone
>(512) 495-6399 – Facsimile
>
>By: */s/ Steve Wingard*
>
>>Steve Wingard
>>State Bar No. 00788694
>>swingard@scottdoug.com
>>Stephen L. Burbank
>>State Bar No. 24109672
>>sburbank@scottdoug.com
>>Robert P. Earle
>>State Bar No. 241245566
>>rearle@scottdoug.com
>
>**ATTORNEYS FOR DEFENDANT MARA HOLDINGS, INC.**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF electronic noticing system on this the 11th day of March, 2026.

>*/s/ Steve Wingard*
>Steve Wingard