**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD, <br><br> *Plaintiffs*, <br><br> vs <br><br> MARA HOLDINGS, INC. <br><br> *Defendant*. | Case No. 7:25-cv-00222-DC-DTG |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW**
**ATTORNEYS OF RECORD**

TO THE HONORABLE JUDGE:

Pursuant to Local Rule AT-3, Defendant MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.) ("Defendant"), hereby moves the Court to enter an Order removing Priyata Patel and Anish Desai as attorneys of record for Defendant and to terminate their representation of Defendant for all purposes in the above-captioned matter. Priyata Patel and Anish Desai are no longer with PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP and have agreed to terminate their representation of Defendant.  The withdrawal of these attorneys will not delay the proceedings in this matter. Defendant will continue to be represented by undersigned remaining counsel of record.

The parties have conferred and Plaintiff does not oppose this motion.

4917-0716-8152

Dated: March 18, 2026

Respectfully submitted,


By:  */s/ Steve Wingard*

Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
(512) 495-6300 – Telephone
(512) 495-6399 – Facsimile

Elizabeth S. Weiswasser (*admitted Pro Hac Vice*)
Catherine Nyarady (*admitted Pro Hac Vice*)
Ian A. Moore (*admitted Pro Hac Vice*)
Tom Yu (*admitted Pro Hac Vice*)
Thomas Macchio
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe (*admitted Pro Hac Vice*)
W. Sutton Ansley (*admitted Pro Hac Vice*)
Eric C. Westerhold (*admitted Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

**ATTORNEYS FOR DEFENDANT MARA HOLDINGS, INC.**

2

4917-0716-8152

CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested relief.

*/s/ Steve Wingard*
Steve Wingard

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF electronic noticing system on this the 18th day of March, 2026.

*/s/ Steve Wingard*
Steve Wingard

3

4917-0716-8152