**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. AND KEY PATENT INNOVATIONS LTD,<br><br>*Plaintiffs*,<br><br>vs<br><br>MARA HOLDINGS, INC.<br><br>*Defendant*. | Case No. 7:25-cv-00222-DC-DTG |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD**

The Court, having considered Defendant's Unopposed Motion to Withdraw Attorneys of Record (the "Unopposed Motion") and, for good cause shown, finds that the Unopposed Motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that Priyata Patel and Anish Desai are hereby withdrawn as attorneys for Defendant for all purposes.

**SIGNED** on the _____ day of ______________ 2026.

______________________________
UNITED STATES DISTRICT JUDGE