IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and**<br>**Key Patent Innovations Ltd.,** | §<br>§<br>§<br>§ | |
| **Plaintiffs,** | §<br>§ | **CIVIL ACTION NO. 7:25-cv-00222** |
| **v.** | §<br>§ | **JURY TRIAL DEMANDED** |
| **MARA Holdings, Inc. (f/k/a Marathon**<br>**Digital Holdings, Inc.)** | §<br>§<br>§ | |
| **Defendant.** | §<br>§ | |

## PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiffs Malikie Innovations Ltd. ("Malikie") and Key Patent Innovations Ltd. ("KPI") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respond to the Counterclaims asserted by Defendant and Counterclaim Plaintiff MARA Holdings, Inc. ("MARA") in its Answer to Plaintiffs' First Amended Complaint for Patent Infringement and Counterclaims (Dkt. No. 85). Plaintiffs respond to MARA's Counterclaims on a paragraph-by-paragraph basis as follows. To the extent any allegation in MARA's Counterclaims is not specifically addressed herein, it is denied.

## DEFENDANT'S COUNTERCLAIMS

160.    Paragraph 160 contains conclusions of law and characterizations of MARA's own pleading to which no response is required. To the extent a response is deemed necessary, Plaintiffs deny that MARA is entitled to any relief on its Counterclaims.

## THE PARTIES

161.    Plaintiffs lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 of MARA's Counterclaims and, on that basis, deny them.

1

162.    Plaintiffs admit that Malikie Innovations Ltd. is an entity organized and existing under the laws of Ireland with registered offices at The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.  Plaintiffs deny the remaining allegations in Paragraph 162 to the extent they mischaracterize or are inconsistent with the allegations in Plaintiffs' First Amended Complaint.

163.    Plaintiffs admit that Key Patent Innovations Ltd. is an entity organized and existing under the laws of Ireland with registered offices at The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.  Plaintiffs deny the remaining allegations in Paragraph 163 to the extent they mischaracterize or are inconsistent with the allegations in Plaintiffs' First Amended Complaint.

## **JURISDICTION AND VENUE**

164.    Plaintiffs admit that this Court has personal jurisdiction over them with respect to MARA's Counterclaims.  Plaintiffs deny the remaining allegations in Paragraph 164.

165.    Paragraph 165 contains conclusions of law to which no response is required.  To the extent a response is deemed necessary, Plaintiffs admit that this Court has subject-matter jurisdiction over MARA's Counterclaims and deny any remaining allegations.

166.    Plaintiffs admit that they asserted claims for patent infringement against MARA in this Court.  Plaintiffs deny the remaining characterizations and allegations in Paragraph 166.

167.    Plaintiffs admit that their First Amended Complaint alleges that MARA infringes the '827, '370, '062, '960, '961, and '286 Patents.  Plaintiffs deny any remaining allegations or characterizations in Paragraph 167.

168.    Plaintiffs deny the allegations in Paragraph 168.

169. Paragraph 169 contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Plaintiffs deny the allegations in Paragraph 169.

## BACKGROUND

170. Plaintiffs admit that they brought suit against MARA on May 12, 2025, for infringement of the '827, '370, '062, '960, '961, and '286 Patents. Plaintiffs admit that the '286 Patent is not expired and that the '827, '370, '062, '960, and '961 Patents are currently expired, but denies MARA's allegations to the extent they are intended to suggest the patents were not valid and enforceable during the period of MARA's infringement. Plaintiffs admit that the USPTO has granted requests for *ex parte* reexamination as to all of the Asserted Patents but deny MARA's allegations to the extent they are intended to suggest that the Asserted Patents are not valid and enforceable. Plaintiffs deny any remaining allegations or characterizations in Paragraph 170.

## FIRST COUNTERCLAIM
**(Declaration of Non-Infringement of U.S. Patent No. 8,788,827)**

171. Plaintiffs incorporate by reference their responses to Paragraphs 160–170 above as though fully set forth herein.

172. Plaintiffs deny the allegations in Paragraph 172.

173. Plaintiffs deny the allegations in Paragraph 173.

174. To the extent Paragraph 174 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 174 but deny that MARA is entitled to such relief.

## SECOND COUNTERCLAIM
**(Declaration of Invalidity of U.S. Patent No. 8,788,827)**

175. Plaintiffs incorporate by reference their responses to Paragraphs 160–174 above as though fully set forth herein.

176. Plaintiffs deny the allegations in Paragraph 176.

177.    Plaintiffs deny the allegations in Paragraph 177.

178.    Plaintiffs deny the allegations in Paragraph 178.

### THIRD COUNTERCLAIM
**(Declaration of Non-Infringement of U.S. Patent No. 10,284,370)**

179.    Plaintiffs incorporate by reference their responses to Paragraphs 160–178 above as though fully set forth herein.

180.    Plaintiffs deny the allegations in Paragraph 180.

181.    Plaintiffs deny the allegations in Paragraph 181.

182.    To the extent Paragraph 182 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 182 but deny that MARA is entitled to such relief.

### FOURTH COUNTERCLAIM
**(Declaration of Invalidity of U.S. Patent No. 10,284,370)**

183.    Plaintiffs incorporate by reference their responses to Paragraphs 160–182 above as though fully set forth herein.

184.    Plaintiffs deny the allegations in Paragraph 184.

185.    Plaintiffs deny the allegations in Paragraph 185.

186.    Plaintiffs deny the allegations in Paragraph 186.

### FIFTH COUNTERCLAIM
**(Declaration of Non-Infringement of U.S. Patent No. 8,666,062)**

187.    Plaintiffs incorporate by reference their responses to Paragraphs 160–186 above as though fully set forth herein.

188.    Plaintiffs deny the allegations in Paragraph 188.

189.    Plaintiffs deny the allegations in Paragraph 189.

190.    To the extent Paragraph 190 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 190 but deny that MARA is entitled to such relief.

## SIXTH COUNTERCLAIM
### (Declaration of Invalidity of U.S. Patent No. 8,666,062)

191. Plaintiffs incorporate by reference their responses to Paragraphs 160–190 above as though fully set forth herein.

192. Plaintiffs deny the allegations in Paragraph 192.

193. Plaintiffs deny the allegations in Paragraph 193.

194. Plaintiffs deny the allegations in Paragraph 194.

## SEVENTH COUNTERCLAIM
### (Declaration of Non-Infringement of U.S. Patent No. 7,372,960)

195. Plaintiffs incorporate by reference their responses to Paragraphs 160–194 above as though fully set forth herein.

196. Plaintiffs deny the allegations in Paragraph 196.

197. Plaintiffs deny the allegations in Paragraph 197.

198. To the extent Paragraph 198 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 198 but deny that MARA is entitled to such relief.

## EIGHTH COUNTERCLAIM
### (Declaration of Invalidity of U.S. Patent No. 7,372,960)

199. Plaintiffs incorporate by reference their responses to Paragraphs 160–198 above as though fully set forth herein.

200. Plaintiffs deny the allegations in Paragraph 200.

201. Plaintiffs deny the allegations in Paragraph 201.

202. Plaintiffs deny the allegations in Paragraph 202.

## NINTH COUNTERCLAIM
### (Declaration of Non-Infringement of U.S. Patent No. 7,372,961)

203.    Plaintiffs incorporate by reference their responses to Paragraphs 160–202 above as though fully set forth herein.

204.    Plaintiffs deny the allegations in Paragraph 204.

205.    Plaintiffs deny the allegations in Paragraph 205.

206.    To the extent Paragraph 206 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 206 but deny that MARA is entitled to such relief.

## TENTH COUNTERCLAIM
**(Declaration of Invalidity of U.S. Patent No. 7,372,961)**

207.    Plaintiffs incorporate by reference their responses to Paragraphs 160–206 above as though fully set forth herein.

208.    Plaintiffs deny the allegations in Paragraph 208.

209.    Plaintiffs deny the allegations in Paragraph 209.

210.    Plaintiffs deny the allegations in Paragraph 210.

## ELEVENTH COUNTERCLAIM
**(Declaration of Non-Infringement of U.S. Patent No. 8,532,286)**

211.    Plaintiffs incorporate by reference their responses to Paragraphs 160–210 above as though fully set forth herein.

212.    Plaintiffs deny the allegations in Paragraph 212.

213.    Plaintiffs deny the allegations in Paragraph 213.

214.    To the extent Paragraph 214 requires a response, Plaintiffs admit that MARA seeks the relief stated in Paragraph 214 but deny that MARA is entitled to such relief.

## TWELFTH COUNTERCLAIM
**(Declaration of Invalidity of U.S. Patent No. 8,532,286)**

215.    Plaintiffs incorporate by reference their responses to Paragraphs 160–214 above as though fully set forth herein.

216.    Plaintiffs deny the allegations in Paragraph 216.

217.    Plaintiffs deny the allegations in Paragraph 217.

218.    Plaintiffs deny the allegations in Paragraph 218.

## GENERAL DENIAL

Except as expressly admitted herein, Plaintiffs deny each and every allegation contained in MARA's Counterclaims.

## ANSWER TO MARA'S PRAYER FOR RELIEF

Plaintiffs deny that MARA is entitled to any of the relief requested in its Prayer for Relief or any other relief whatsoever.  Plaintiffs specifically deny that MARA is entitled to:

A.    A judgment in Counterclaim Plaintiff's favor;

B.    Dismissal of Counterclaim Defendants' First Amended Complaint in its entirety with prejudice;

C.    A finding that Counterclaim Plaintiff has not infringed and does not infringe any valid and enforceable claim of the Asserted Patents;

D.    A finding that the asserted claims of the Asserted Patents are invalid;

E.    A declaration that Counterclaim Plaintiff is the prevailing party, that this is an exceptional case, or an award of costs, expenses, and attorneys' fees; and

F.    Any other and further relief.

## RESERVATION OF RIGHTS

Plaintiffs expressly reserve the right to assert any additional legal or equitable defenses to which they may be entitled, including all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the patent laws of the United States, and any other defenses that presently exist or may become available as a result of discovery or further factual investigation in this action.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury on all issues triable to a jury.

Respectfully submitted,

*/s/ Khue V. Hoang*
Khue V. Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz
Michael Polka
Michael Caulkins
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
mpolka@reichmanjorgensen.com
mcaulkins@reichmanjorgensen.com

Philip J. Eklem
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Of Counsel:*

Mark D. Siegmund, TX Bar No. 24117055
Cherry Johnson Siegmund James, PC
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

**Attorneys for Plaintiffs Malikie Innovations Ltd.
and Key Patent Innovations Ltd.**

9

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on the 10th day of April 2026, a true and correct copy of the foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*
Mark D. Siegmund
