**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

Malikie Innovations Ltd. and
Key Patent Innovations Ltd.,

Plaintiffs,

v.

MARA Holdings, Inc. (f/k/a Marathon Digital Holdings, Inc.)

Defendant.

Case No. 7:25-cv-00222-DC-DTG

**ORDER GRANTING DEFENDANT MARA HOLDINGS, INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY**

Having considered Defendant MARA Holdings, Inc.'s ("MARA") Unopposed Motion for the Issuance of Letter Rogatory to the Ontario Superior Court of Justice to Examine Persons and Produce Documents of Blackberry Limited (the "Motion"), the Court hereby **GRANTS** MARA's Motion. Accordingly, the Court will execute the Letter Rogatory attached to MARA's Motion. The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Letter Rogatory, and to return the original signed and sealed executed Letter (including its schedules and exhibit), as well as two certified copies of the signed and sealed executed Letter (including its schedules and exhibit), to MARA's counsel for delivery to the proper authority.

Dated: ______________________, 2026.

______________________________
HONORABLE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE