**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD.<br><br>    Plaintiffs,<br><br>    v.<br><br>MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC<br><br>    Defendant. | CASE NO. 7:25-cv-00222-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MARA HOLDINGS, INC.'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendant MARA Holdings, Inc. ("MARA") hereby notifies the Court of supplemental authority in support of MARA's motion to stay this case pending the results of the *ex parte* reexaminations of all six of the patents-in-suit (Dkt. 54).

As the Court is aware, MARA petitioned the Patent Office to institute *ex parte* reexaminations on each of the six patents-in-suit, and the Patent Office granted each of those petitions, finding that each petition raised a substantial new question of patentability.  Dkt. 79.

MARA hereby provides notice that, on May 20, 2026, the Patent Office denied Plaintiffs' requests for summary termination of the *ex parte* reexaminations of five of the patents-in-suit. Thus, those pending reexaminations will proceed on the merits.  For the Court's convenience, MARA has attached hereto copies of those decisions as Exhibit A–E.[1]

---

[1] Plaintiffs have filed a nearly identical request for a summary termination of the *ex parte* reexamination proceeding concerning the sixth patent-in-suit.  Earlier today, MARA filed a timely opposition to that request, which remains pending.

MARA respectfully requests that the Court take notice of and consider the Patent Office's denial of Plaintiffs' request to terminate the *ex parte* reexaminations.  *See* Dkt. 61 at 4, n. 3 (Plaintiffs asserting that the motion to stay should be denied in part because it intended to request that the Patent Office terminate the reexamination proceedings).

Dated: May 21, 2026

Respectfully submitted,

/s/  Steve Wingard
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Catherine Nyarady
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Sixth Avenue
New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that on May 21, 2026, a copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.


<u>/s/ *Steve Wingard*</u>
Steve Wingard