**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MALIKIE INNOVATIONS LTD. and**<br>**KEY PATENT INNOVATIONS LTD.,**<br><br>   *Plaintiffs,*<br><br>**v.**<br><br>**MARA HOLDINGS, INC. (f/k/a**<br>**Marathon Digital Holdings, inc.),**<br><br>   *Defendant,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 7:25-CV-00222-DC-DTG** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION FOR ISSUANCE OF LETTER ROGATORY (DKT. NO. 92)**

Pending before the Court is the defendant, MARA Holdings, Inc.'s Unopposed Motion for the Issuance of Letter Rogatory to the Ontario Superior Court of Justice to Examine Persons and Produce Documents of Blackberry Limited (Dkt. No. 92). Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, the Court will execute the Letter Rogatory attached to the defendant's motion (Dkt. No. 92-1). The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Letter Rogatory, and to return the original signed and sealed executed Letter (including its schedules and exhibit), as well as two certified copies of the signed and sealed executed Letter (including its schedules and exhibit), to the defendant's counsel for delivery to the proper authority.

**SIGNED** this 2nd day of June, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE