## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

|  |  |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD. <br><br> Plaintiffs, <br><br> v. <br><br> MARA HOLDINGS, INC. (F/K/A MARATHON DIGITAL HOLDINGS, INC <br><br> Defendant. | CASE NO. 7:25-cv-00222-DC-DTG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Malikie Innovations Ltd. And Key Patent Innovations Ltd. (collectively "Plaintiffs") and Defendant Mara Holdings, Inc., (collectively the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that they have reached an agreement that settles all matters in controversy between the Parties.

In furtherance of their agreement, the Parties expect to move to dismiss this case in the next thirty (30) days. Thus, the Parties respectfully ask that the Court stay all unreached deadlines set forth in the Court's First Amended Scheduling Order (Dkt. 50) for thirty (30) days while they finalize the long-form agreement and move to dismiss.

Dated: June 9, 2026

Respectfully submitted,

Catherine Nyarady
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Sixth Avenue

Khue V. Hoang
khoang@reichmanjorgensen.com
Patrick Colsher
pcolsher@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019

4907-2574-4563

New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

***Counsel for Defendant MARA Holdings, Inc.***

Telephone: (212) 381-1965
Matthew G. Berkowitz
mberkowitz@reichmanjorgensen.com
Michael M. Polka
mpolka@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Philip J. Eklem
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Mark D. Siegmund
TX Bar No. 24117055
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PC
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

***Counsel for Plaintiffs Malikie Innovations
Ltd. and Key Patent Innovations Ltd.***

4907-2574-4563