## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

|  |  |
|---|---|
| MALIKIE INNOVATIONS LTD.,<br>KEY PATENT INNOVATIONS LTD.<br><br>Plaintiffs,<br><br>v.<br><br>MARA HOLDINGS, INC. (F/K/A<br>MARATHON DIGITAL HOLDINGS, INC<br><br>Defendant. | CASE NO. 7:25-cv-00222-DC-DTG<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Malikie Innovations Ltd. And Key Patent Innovations Ltd. (collectively Plaintiffs) and Defendant Mara Holdings, Inc., having reached an agreement, jointly stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action and all claims asserted by Plaintiffs against Defendant are hereby dismissed with prejudice;

2. All counterclaims asserted by Defendant against Plaintiffs are hereby dismissed without prejudice to the extent specified in the parties' agreement; and

3. All parties shall bear their own fees, costs, and expenses.

Dated: June 9, 2026

Respectfully submitted,

Catherine Nyarady
Elizabeth S. Weiswasser
Ian A. Moore
Tom Yu
Thomas Macchio
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Sixth Avenue

/s/ *Khue V. Hoang*
Khue V. Hoang
khoang@reichmanjorgensen.com
Patrick Colsher
pcolsher@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019

New York, NY 10019
Telephone: (212) 373-3000

Christopher M. Pepe
W. Sutton Ansley
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300

Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-3234
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

*Counsel for Defendant MARA Holdings, Inc.*

Telephone: (212) 381-1965
Matthew G. Berkowitz
mberkowitz@reichmanjorgensen.com
Michael M. Polka
mpolka@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Philip J. Eklem
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Mark D. Siegmund
TX Bar No. 24117055
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PC
7901 Fish Pond Rd., 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

*Counsel for Plaintiffs Malikie Innovations
Ltd. and Key Patent Innovations Ltd.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on this 15th day of June, 2026.

/s/ Mark D. Siegmund
Mark D. Siegmund

2